| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following: _X_ Patents or ___ Trademarks:

| DOCKET NO.<br>3:16–cv–00463–BEN–JMA | DATE FILED<br>2/19/16 | US District Court Southern District of California<br>San Diego, CA |
|---|---|---|
| PLAINTIFF<br>ViaSat, Inc. | | DEFENDANT<br>Acacia Communications, Inc., et al. |

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| **1.** 8,559,828 | **6.** 8,705,664 | **11.** 9,100,125 |
| **2.** 8,639,126 | **7.** 8,705,977 | **12.** |
| **3.** 8,687,974 | **8.** 8,744,279 | **13.** |
| **4.** 8,682,180 | **9.** 8,886,051 | **14.** |
| **5.** 8,693,897 | **10.** 8,891,980 | **15.** |

In the above–entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>__ Amendment __ Answer __ Cross Bill __ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| **1.** | **6.** | **11.** |
| **2.** | **7.** | **12.** |
| **3.** | **8.** | **13.** |
| **4.** | **9.** | **14.** |
| **5.** | **10.** | **15.** |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>John Morrill | (BY) DEPUTY CLERK | DATE |
|---|---|---|