1  FITZGERALD KNAIER LLP
2     Kenneth M. Fitzgerald, Esq. (SBN: 142505)
   kfitzgerald@fitzgeraldknaier.com
3     Keith M. Cochran, Esq. (SBN: 254346)
   kchochran@fitzgeraldknaier.com
4  550 West C Street, Suite 2000
5  San Diego, California  92101
Tel:  (619) 241-4810
6  Fax:  (619) 955-5318
7
8  Attorneys for Plaintiff and Counter Defendant
ViaSat, Inc.
9

10                **UNITED STATES DISTRICT COURT**

11                **SOUTHERN DISTRICT OF CALIFORNIA**

12

**ViaSat, Inc.**, ) Case No.: 3:16-cv-00463-BEN-JMA
13 *a Delaware corporation*, )
)  **ViaSat, Inc.'s Notice of**
14 ) **Appearance of Attorney Keith M.**
15               Plaintiff ) **Cochran**
16      and Counter Defendant, )
)
17    v. )
)
18 **Acacia Communications, Inc.**, ) Dist. Judge: Hon. Roger T. Benitez
19 *a Delaware corporation*, )
)
20            Defendant ) Case Initiated: January 21, 2016
21     and Counter Claimant, )
)
22 )

23
24
25
26
27
28

**TO: THE ABOVE-ENTITLED COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

I, Keith M. Cochran (SBN: 254346), certify that I am admitted to practice in this Court and hereby enter an appearance as counsel in this case for plaintiff and counter defendant ViaSat, Inc. Please add me to your respective proofs of service:

>Keith M. Cochran, Esq.
>Fitzgerald Knaier LLP
>550 West C Street, Suite 2000
>San Diego, CA 92101
>Tel: 619-241-4810
>Fax: 619-955-5318
>E-mail: kcochran@fitzgeraldknaier.com

Dated:   February 26, 2016                               FITZGERALD KNAIER LLP

By: *s/ Keith M. Cochran*
Kenneth M. Fitzgerald, Esq.
Keith M. Cochran, Esq.
Attorneys for Plaintiff and Counter Defendant ViaSat, Inc.