1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11 VIASAT, INC., etc.,,

Case No.:  16cv463 BEN (JMA)

12

Plaintiff,

13 v.

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE**

14 ACACIA COMMUNICATIONS, INC., etc., et al.,

15

16

Defendant.

17

18     On July 15, 2016 at 9:00 a.m., the Court convened a Case Management

19 Conference in the above entitled action.

20     Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court

21 issues the following orders:

22     1.     The Rule 26(f) conference shall be completed by **August 10, 2016**.

23     2.     All parties shall fully comply with the Initial Disclosure requirements of

24 Rule 26(a)(1) by **August 24, 2016**.

25     3.     A proposed joint discovery plan shall be lodged with Magistrate

26 Judge Adler's chambers on or before **August 24, 2016** (the parties should

27

28

16cv463 BEN (JMA)

1  consult Rule 26(f) for the substance of the discovery plan).[1]  With regard to

2  electronically stored information (ESI), the parties shall address:

3        a.    The nature of each parties' computer system, including the

4                computer software and hardware system configuration, the

5                operating and application software, and the backup, retention,

6                storage, and archival procedures regarding ESI that is relevant

7                to the case.

8        b.    The preservation of ESI relevant to the case.

9        c.    Search terms, search protocols and methods or procedures for

10               privilege review and protection against inadvertent disclosure of

11               privileged ESI.

12       d.    Methods to minimize delay and expense of ESI through de-

13               duplication, sampling or other means.

14     4.    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a

15 telephonic Case Management Conference shall be held on **August 31, 2016** at

16 **9:30 a.m.** before Magistrate Judge Adler.  All counsel shall appear telephonically

17 at this conference, and shall use the following call-in information:  Dial-In Number

18 866-590-5055, Access Code 2275709.

19     Failure of any counsel or party to comply with this Order will result in the

20 imposition of sanctions.

21     **IT IS SO ORDERED**.

22 Dated:  July 18, 2016

23                               Honorable Jan M. Adler

24                               United States Magistrate Judge

25

26

27

28 [1] The proposed joint discovery plan may be e-mailed to efile_adler@casd.uscourts.gov or faxed to (619) 702-9939.