WARREN LEX LLP
    Matthew S. Warren, Esq. (SBN: 230565)
    16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

Attorneys for Plaintiff and Counter Defendant
ViaSat, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.,**<br>*a Delaware corporation*,<br><br><br><br>Plaintiff<br>and Counter Defendant,<br><br>v.<br><br><br>**Acacia Communications, Inc.,**<br>*a Delaware corporation*,<br><br><br>Defendant<br>and Counter Claimant, | ) Case No.: 3:16-cv-00463-BEN-JMA<br>)<br>) **Plaintiff and Counter Defendant**<br>) **ViaSat, Inc.'s Notice of Association of**<br>) **Counsel – Matthew S. Warren**<br>)<br>)<br>)<br>)<br>)<br>)<br>) Dist. Judge: Hon. Roger T. Benitez<br>) Hon. Magistrate Jan M. Adler<br>)<br>) Case Initiated: January 21, 2016<br>)<br>) |

**TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff and Counter Defendant ViaSat, Inc. hereby associates as co-counsel Matthew S. Warren (State Bar No. 230565) of:

WARREN LEX LLP

2261 Market Street, No. 606

San Francisco, California

Phone: (415) 895-2940

Fax: (415) 895-2964

Dated:   November 17, 2016                    WARREN LEX LLP

By: _____

Matthew S. Warren, Esq.
Attorneys for Plaintiff and Counter
Defendant ViaSat, Inc.