WARREN LEX LLP
    Patrick M. Shields, Esq. (SBN: 204739)
        16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California  94114
Tel:  (415) 895-2940
Fax:  (415) 895-2964

Attorneys for Plaintiff and Counter Defendant
ViaSat, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.,**<br>*a Delaware corporation*,<br><br>Plaintiff<br>and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.,**<br>*a Delaware corporation*,<br><br>Defendant<br>and Counter Claimant, | ) Case No.: 3:16-cv-00463-BEN-JMA<br>)<br>) **Plaintiff and Counter Defendant**<br>) **ViaSat, Inc.'s Notice of Association of**<br>) **Counsel – Patrick M. Shields**<br>)<br>)<br>)<br>)<br>)<br>) Dist. Judge: Hon. Roger T. Benitez<br>) Hon. Magistrate Jan M. Adler<br>)<br>) Case Initiated: January 21, 2016<br>)<br>) |

1 **TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2     PLEASE TAKE NOTICE that Plaintiff and Counter Defendant ViaSat, Inc.

3 hereby associates as co-counsel Patrick M. Shields (State Bar No. 204739) of:

4     WARREN LEX LLP

5     2261 Market Street, No. 606

6     San Francisco, California

7     Phone: (415) 895-2940

8     Fax: (415) 895-2964

9

10 Dated:   November 17, 2016                    WARREN LEX LLP

11                                                          By: _____

12                                                          Patrick M. Shields, Esq.
                                                            Attorneys for Plaintiff and Counter
13                                                          Defendant ViaSat, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28