# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., etc.,<br><br>                    Plaintiff,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC., etc., et al.,<br><br>                    Defendants. | Case No.:  16cv463 BEN (JMA)<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

The Court convened a telephonic Case Management Conference on December 12, 2016.  **IT IS HEREBY ORDERED** that a further Case Management Conference will be held on **February 14, 2017** at **9:30 a.m.** before Magistrate Judge Jan M. Adler.  Counsel for each party shall participate in the conference, and shall use the following call-in information:  Dial-In Number 866-590-5055, Access Code 2275709.

    **IT IS SO ORDERED**.

Dated:  December 12, 2016

_____
Honorable Jan M. Adler
United States Magistrate Judge