

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

VIASAT, INC.
                                 Plaintiff,

v.

ACACIA COMMUNICATIONS, INC.
                                 Defendant.

Civil No. 16-cv-00463-BEN-JMA

## PRO HAC VICE APPLICATION

Acacia Communications, Inc.
Party Represented

I,     Marie A. McKiernan     hereby petition the above entitled court to permit me
             (Applicant)

to appear and participate in this case and in support of petition state:

    My firm name: Wolf, Greenfield & Sacks, P.C.
    Street address: 600 Atlantic Avenue
    City, State, ZIP: Boston, MA, 02210
    Phone number: 617-646-8000
    Email: mmckiernan@wolfgreenfield.com
    That on   06/16/2014   I was admitted to practice before   Commonwealth of Massachusetts
               (Date)                                                    (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I  ☐ have)  ☒ have not)  concurrently or within the year preceding this application made any pro hac vice application to this court.

                          (If previous application made, complete the following)

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted    ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

                                                                           (Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Victor M. Felix                                        619-515-3229
(Name)                                                (Telephone)

Procopio, Cory, Hargreaves & Savitch LLP
(Firm)

525 B Street, Suite 2200, San Diego, CA 92101
(Street)                                                       (City)                        (Zip code)

                                                          (Signature of Applicant)

I hereby consent to the above designation.

                                                          (Signature of Designee Attorney)