

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.  **Plaintiff,** | Civil No. 16-cv-00463-BEN-JMA |
| v. | **PRO HAC VICE APPLICATION** |
| ACACIA COMMUNICATIONS, INC.  **Defendant.** | Acacia Communications, Inc.  Party Represented |

I, _____Austin L. Steelman_____ hereby petition the above entitled court to permit me
   (Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Wolf, Greenfield & Sacks, P.C.
Street address: 600 Atlantic Avenue
City, State, ZIP: Boston, MA, 02210
Phone number: 617-646-8000
Email: asteelman@wolfgreenfield.com

That on _11/21/2016_ I was admitted to practice before _Commonwealth of Massachusetts_
          (Date)                                                    (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have)  ☒ have not)  concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case _____

Case Number _____ Date of Application _____

Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Victor M. Felix                                    619-515-3229
(Name)                                             (Telephone)

Procopio, Cory, Hargreaves & Savitch LLP
(Firm)

525 B Street, Suite 2200, San Diego, CA 92101
(Street)                               (City)                (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)