

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

VIASAT, INC.
**Plaintiff,**

v.

ACACIA COMMUNICATIONS, INC.
**Defendant.**

Civil No. 16-cv-00463-BEN-JMA

**PRO HAC VICE APPLICATION**

Acacia Communications, Inc.
Party Represented

I, __Thomas A. Franklin__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Wolf, Greenfield & Sacks, P.C.
Street address: 600 Atlantic Avenue
City, State, ZIP: Boston, MA, 02210
Phone number: 617-646-8000
Email: tfranklin@wolfgreenfield.com

That on __11/27/2007__ (Date) I was admitted to practice before __Commonwealth of Massachusetts__ (Name of Court) and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____   Date of Application _____
Application: ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Thomas A. Franklin_
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Victor M. Felix
(Name)

619-515-3229
(Telephone)

Procopio, Cory, Hargreaves & Savitch LLP
(Firm)

525 B Street, Suite 2200, San Diego, CA 92101
(Street)   (City)   (Zip code)

_/s/ Thomas A. Franklin_
(Signature of Applicant)

I hereby consent to the above designation.

_/s/ Victor M. Felix_
(Signature of Designee Attorney)