## **Index of Exhibits**

Joint Motion for Determination of Discovery Dispute

| Exhibit | Pages | Description |
|---|---|---|
| A. | 1-6 | Declaration of Gary Martin In Support of Acacia Communications, Inc. |