FITZGERALD KNAIER LLP
    Kenneth M. Fitzgerald, Esq. (SBN: 142505)
    kfitzgerald@fitzgeraldknaier.com
    Keith M. Cochran, Esq. (SBN: 254346)
    kchochran@fitzgeraldknaier.com
550 West C Street, Suite 2000
San Diego, California  92101
Tel:   (619) 241-4810
Fax:  (619) 955-5318

WARREN LEX LLP
    Matthew S. Warren, Esq. (SBN: 230565)
    16-463@cases.warrenlex.com
    Patrick M. Shields, Esq. (SBN: 204739)
    16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California  94114
Tel:   (415) 895-2940
Fax:  (415) 895-2964

Attorneys for Plaintiff and Counter Defendant
ViaSat, Inc.

WOLF, GREENFIELD & SACKS, P.C.
    Michael A. Albert (Admitted *Pro Hac Vice*)
    malbert@wolfgreenfield.com
    Hunter D. Keeton (Admitted *Pro Hac Vice*)
    hkeeton@wolfgreenfield.com
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel:   (617) 646-8000
Fax:  (617) 646-8646

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
    Victor M. Felix (SBN: 179622)
    victor.felix@procopio.com
525 B Street, Suite 2200
San Diego, California  92101
Tel:   (619) 515-3229
Fax:  (619) 744-5409

Attorneys for Defendant and Counter Claimant
Acacia Communications, Inc.

*ViaSat v. Acacia,* 3:16-cv-00463-BEN-JMA
Joint Motion to Modify Scheduling Order

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*, | Case No.: 3:16-cv-00463-BEN-JMA |
| | **Joint Motion to Modify Scheduling Order** |
| Plaintiff and Counter Defendant, | |
| v. | Dist. Judge: Hon. Roger T. Benitez |
| | Hon. Magistrate Jan M. Adler |
| **Acacia Communications, Inc.**, *a Delaware corporation*, | |
| Defendant and Counter Claimant, | Case Initiated: January 21, 2016 |

Plaintiff and counterclaim defendant ViaSat, Inc. ("ViaSat") and defendant and counterclaimant Acacia Communications, Inc. ("Acacia") jointly move the Court to modify the August 31, 2016 Scheduling Order (Doc. 26) and extend all discovery and other pre-trial dates by 90 days.

Good cause exists for continuing the discovery dates and other pre-trial proceedings because of the large amount of documents being produced in this case, the locations of the deponents, and the technical issues involved. The initial productions of documents by the parties were delayed due to each party's demand on the other for an identification of trade secrets, but the parties have been working together to accelerate their production of documents since the productions commenced. To date, ViaSat has produced roughly 57,000 pages of documents and Acacia has produced roughly 40,000 pages of documents. Both parties need some additional time to complete document production. After completing the exchange of documents, the documents must be reviewed and analyzed by counsel and experts before depositions are taken. Those depositions will require scheduling coordination and extensive travel time to both Cleveland, Ohio and Boston, Massachusetts where the primary witnesses are located. Further, both parties have retained experts, who will require additional time to review the technical documents exchanged, the computer source code soon to be made available for inspection, and the deposition transcripts of the fact witnesses before preparing their final opinions and Rule 26 reports.

Counsel for both parties believe that the existing case schedule would be difficult or impossible to meet, and that both parties and the Court will benefit from extending the current deadlines by 90 days, in order to facilitate the efficient completion of discovery, preparation of dispositive or possibly dispositive motions and, if necessary, trial preparation. This is the first request to modify the scheduling order, and the parties hope and expect it to be the last.

1      Therefore, the parties respectfully request that the Court issue an amended
2   scheduling order extending the discovery and pretrial dates by 90 days as follows:
3      1.   Completion of all fact discovery shall be continued from May 1, 2017
4   to August 1, 2017.
5      2.   Compliance with the disclosure provisions in Rule 26(a)(2)(A) and (B)
6   of the Federal Rules of Civil Procedure shall be continued from June 1, 2017 to
7   September 1, 2017.
8      3.   Disclosure regarding contradictory or rebuttal evidence under Federal
9   Rules of Civil Procedure 26(a)(2)(D) and 26(e) shall be continued from June 30,
10  2017 to September 30, 2017.
11     4.   Completion of all expert discovery shall be continued from August 1,
12  2017 to November 1, 2017
13     5.   The filing deadline of all other pretrial motions shall be continued from
14  August 28, 2017 to November 30, 2017.
15     6.   The Mandatory Settlement Conference scheduled for October 30, 2017
16  shall be continued approximately 90 days to a date determined by the Court.
17     7.   The pre-trial disclosure requirements of Federal Rule of Civil
18  Procedure 26(a)(3) shall be continued from November 13, 2017 to February 12,
19  2018.
20     8.   Compliance with Civil Local Rule 16.1(f)(4) shall be continued from
21  November 27, 2017 to February 28, 2018.
22     9.   Preparation of the pretrial order and compliance with Civil Local Rule
23  16.1(f) shall be continued from December 4, 2017 to March 5, 2018.
24     10.  Preparation, service, and lodging of the Proposed Final Pretrial
25  Conference Order shall be continued from December 11, 2017 to March 12, 2018.
26     11.  The final Pretrial Conference scheduled for December 18, 2017 shall
27  be continued approximately 90 days to a date determined by the Court.
28

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | Dated: February 22, 2017 | FITZGERALD KNAIER LLP |

By: *s/ Kenneth M. Fitzgerald*
    Kenneth M. Fitzgerald, Esq.
    Keith M. Cochran, Esq.
    Attorneys for Plaintiff and Counter
    Defendant ViaSat, Inc.

Dated: February 22, 2017    WOLF, GREENFIELD & SACKS, P.C.

By: *s/ Michael A. Albert*
    Michael A. Albert
    Hunter D. Keeton
    Attorneys for Defendant and
    Counter Claimant Acacia
    Communications, Inc.

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michael A. Albert, Esq., and I have obtained his authorization to affix his electronic signature to this document.

Dated:  February 22, 2017                     FITZGERALD KNAIER LLP

                                            By: *s/ Kenneth M. Fitzgerald*
                                                  Kenneth M. Fitzgerald, Esq.
                                                  Keith M. Cochran, Esq.
                                                  Attorneys for Plaintiff and Counter Defendant ViaSat, Inc