*ViaSat, Inc. v. Acacia Communications, Inc.*

U.S. District Court Case No.:  3:16-cv-00463-BEN-JMA

### PROOF OF SERVICE

I, the undersigned, say:  I am over 18 years of age, employed in the County of San Diego, California, in which county the within-mentioned service occurred; and that I am not a party to the subject cause.  My business address is 550 West "C" Street, Suite 2000, San Diego, California  92101.

On February 22, 2017, I served the following document(s):

**1.      Joint Motion to Modify Scheduling Order.**

to each of the addressees named hereafter as follows:

| **Co-Counsel for Plaintiff and Counter Defendant ViaSat, Inc.** |
|---|

Matthew S. Warren, Esq.
Patrick M. Shields, Esq.
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114
Tel: (415) 895-2940
Fax: (415) 895-2964
Email: 16-463@cases.warrenlex.com

| **Counsel for Defendant and Counter Claimant Acacia Communications, Inc.** |
|---|

Michael Albert, Esq.
Hunter Keeton, Esq.
Marie A. McKiernan, Esq.
Austin L. Steelman, Esq.
Daniel G. Rudoy, Esq.
Thomas A. Franklin, Esq.
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210
Tel: (617) 646-8000
Fax: (617) 646-8646
Email:  malbert@wolfgreenfield.com

hkeeton@wolfgreenfield.com
mmckiernan@wolfgreenfield.com
asteelman@wolfgreenfield.com
drudoy@wolfgreenfield.com
tfranklin@wolfgreenfield.com

Victor M. Felix, Esq.
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA  92101
Tel: (619) 515-3229
Fax: (619) 744-5409
Email: victor.felix@procopio.com

☒ **BY ELECTRONIC FILING**.  I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the Court.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to the electronic service through the Court's transmission facilities.  Under said practice, the above-parties were served via CM/ECF.

☐ **BY MAIL.**  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Federal Rule of Civil Procedure § 5(b)(2)(B).

☐ **BY FAX.**  In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to Federal Rule of Civil Procedure § 5(b)(2)(D).

☐ **BY PERSONAL SERVICE.**  I caused said document(s) to be hand delivered to the addressee(s) pursuant to Federal Rule of Civil Procedure § 5(b)(2)(A).

☐ **BY OVERNIGHT DELIVERY**.  I deposited said document(s) in a box or other facility regularly maintained by an express service carrier providing overnight.

☐ **BY EMAIL.**  The document stated herein was transmitted by email and the transmission was reported as complete and without error.  A transmission

1   report was properly issued indicating the date and time of receipt of the
2   transmission.

3         I declare under penalty of perjury under the laws of the United States of
4   America that the foregoing is true and correct.  Executed on February 22, 2017.

5
6   _s/ Kenneth M. Fitzgerald_
    Kenneth M. Fitzgerald

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE