# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*,<br><br>           Plaintiff<br>  and Counter Defendant,<br><br>      v.<br><br>**Acacia Communications, Inc.**, *a Delaware corporation*,<br><br>           Defendant<br>  and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**Order Granting Joint Motion to Modify Scheduling Order** |

Good cause appearing, the Court grants the parties' joint motion to modify the August 31, 2016 Scheduling Order and extends all discovery and other pre-trial dates as follows:

1. Completion of all fact discovery shall be continued from May 1, 2017 to August 1, 2017.

2. Compliance with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure shall be continued from June 1, 2017 to September 1, 2017.

3. Disclosure regarding contradictory or rebuttal evidence under Federal Rules of Civil Procedure 26(a)(2)(D) and 26(e) shall be continued from June 30, 2017 to September 29, 2017.

4. Completion of all expert discovery shall be continued from August 1, 2017 to November 1, 2017

5. The filing deadline of all other pretrial motions shall be continued from August 28, 2017 to November 30, 2017.

6. The Mandatory Settlement Conference scheduled for October 30, 2017 shall be continued to February 1, 2018 at 10:00 a.m.

7. The pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) shall be continued from November 13, 2017 to February 19, 2018.

8. Compliance with Civil Local Rule 16.1(f)(4) shall be continued from November 27, 2017 to February 26, 2018.

9. Preparation of the pretrial order and compliance with Civil Local Rule 16.1(f) shall be continued from December 4, 2017 to March 5, 2018.

10. Preparation, service, and lodging of the Proposed Final Pretrial Conference Order shall be continued from December 11, 2017 to March 12, 2018.

1     11.    The final Pretrial Conference scheduled for December 18, 2017 shall
2 be continued to March 19, 2018 at 10:30 a.m.

**IT IS SO ORDERED**

Dated: February 27, 2017

                                      Jan M. Adler
                                      United States Magistrate Judge