UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.<br><br>                              Plaintiff,<br><br>v.<br><br>ACACIA COMMUNICATIONS,<br>INC., et al.,<br><br>                              Defendants. | Case No.:  16cv463 BEN (JMA)<br><br>**ORDER RESCHEDULING CASE<br>MANAGEMENT CONFERENCE** |

Due to a conflict on the Court's calendar, the Case Management Conference scheduled for May 9, 2017 is rescheduled for **May 12, 2017** at **9:00 a.m.** before Magistrate Judge Jan M. Adler.  Counsel for each party shall participate in the conference, and shall use the following call-in information:  Dial-In Number 888-684-8852, Access Code 2602013, press * to bypass security code.

**IT IS SO ORDERED**.

Dated:  April 12, 2017

_____
Honorable Jan M. Adler
United States Magistrate Judge