

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

VIASAT, INC.

Plaintiff,

v.

ACACIA COMMUNICATIONS, INC.

Defendant.

Civil No. 16-cv-00463-BEN-JMA

**PRO HAC VICE APPLICATION**

Acacia Communications, Inc.
Party Represented

I, _Stuart Duncan Smith_ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Wolf, Greenfield & Sacks, P.C.

Street address: 600 Atlantic Avenue

City, State, ZIP: Boston, MA, 02210

Phone number: 617-646-8000

Email: sduncansmith@wolfgreenfield.com

That on  _11/21/2013_  I was admitted to practice before  _Commonwealth of Massachusetts_
(Date)   (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I  ☐ have)  ☒ have not)  concurrently or within the year preceding this application made

any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____   Date of Application _____

Application:  ☐ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Victor M. Felix                           619-515-3229
(Name)                                    (Telephone)

Procopio, Cory, Hargreaves & Savitch LLP
(Firm)

525 B Street, Suite 2200, San Diego, CA 92101
(Street)                      (City)                   (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)