FITZGERALD KNAIER LLP
   Kenneth M. Fitzgerald, Esq. (SBN: 142505)
   kfitzgerald@fitzgeraldknaier.com
   Keith M. Cochran, Esq. (SBN: 254346)
   kchochran@fitzgeraldknaier.com
550 West C Street, Suite 2000
San Diego, California, 92101
Tel:  (619) 241-4810
Fax:  (619) 955-5318

WARREN LEX LLP
   Matthew S. Warren (SBN: 230565)
   Patrick M. Shields (SBN: 204739)
   Erika H. Warren (SBN: 295570)
   16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California, 94114
Tel: +1 (415) 895-2940
Fax: +1 (415) 895-2964

Attorneys for Plaintiff and Counter Defendant
ViaSat, Inc.

WOLF, GREENFIELD & SACKS, P.C.
   Michael A. Albert (Admitted *Pro Hac Vice*)
   malbert@wolfgreenfield.com
   Hunter D. Keeton (Admitted *Pro Hac Vice*)
   hkeeton@wolfgreenfield.com
600 Atlantic Avenue
Boston, Massachusetts, 02210
Tel:  (617) 646-8000
Fax:  (617) 646-8646


PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   Victor M. Felix (SBN: 179622)
   victor.felix@procopio.com
525 B Street, Suite 2200
San Diego, California, 92101
Tel:  (619) 515-3229
Fax:  (619) 744-5409

Attorneys for Defendant and Counter Claimant
Acacia Communications, Inc.

[Caption on Next Page]

---

*ViaSat v. Acacia,* 3:16-00463-BEN-JMA
Joint Motion for Approval of Stipulated Addendum to the Protective Order

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*,<br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.**, *a Delaware corporation*,<br><br>Defendant and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**Joint Motion for Approval of Stipulated Addendum to the Protective Order**<br><br>Dist. Judge: Hon. Roger T. Benitez<br>Hon. Magistrate Jan M. Adler<br><br>Case Initiated: January 21, 2016 |

In response to discovery requests from Plaintiff and Counterclaim Defendant ViaSat, Inc., ("ViaSat"), certain third parties intend to produce certain documents, including documents containing sensitive and proprietary information. These third parties have accordingly requested certain additional protections for the information that they may produce in response to any discovery in this case. ViaSat and Defendant and Counterclaimant Acacia Communications, Inc. ("Acacia") jointly move the Court to grant the parties' Joint Motion for Approval of a Stipulated Addendum to the Protective Order in this case (Docket No. 29), as amended (Docket No. 47), and enter the Stipulated Addendum attached hereto as Exhibit A.

Good cause exists for approving the Stipulated Addendum to the Protected Order to allow the exchange of information through discovery while protecting the confidential and highly sensitive nature of the information.

Date: July 14, 2017

FITZGERALD KNAIER LLP

By: *s/ Keith M. Cochran*
Kenneth M. Fitzgerald, Esq.
Keith M. Cochran, Esq.
Attorneys for Plaintiff and Counter Defendant ViaSat, Inc.

Date: July 14, 2017

WOLF, GREENFIELD & SACKS, P.C.

By: *s/ Hunter D. Keeton*
Michael A. Albert
Hunter D. Keeton
Attorneys for Defendant and Counter Claimant Acacia Communications, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Hunter D. Keeton, Esq., and I have obtained his authorization to affix his electronic signature to this document.

Date:  July 14, 2017                                                    FITZGERALD KNAIER LLP

                                                                        By: *s/ Keith M. Cochran*
                                                                            Kenneth M. Fitzgerald, Esq.
                                                                            Keith M. Cochran, Esq.
                                                                            Attorneys for Plaintiff and
                                                                            Counter Defendant ViaSat, Inc.