# EXHIBIT A

# Exhibit A-1

```
 1  FITZGERALD KNAIER LLP
        Kenneth M. Fitzgerald, Esq. (SBN: 142505)
 2      kfitzgerald@fitzgeraldknaier.com
        Keith M. Cochran, Esq. (SBN: 254346)
 3      kchochran@fitzgeraldknaier.com
 4  550 West C Street, Suite 2000
    San Diego, California, 92101
 5  Tel:   (619) 241-4810
    Fax:   (619) 955-5318
 6
 7  WARREN LEX LLP
        Matthew S. Warren (SBN: 230565)
 8      Patrick M. Shields (SBN: 204739)
        Erika H. Warren (SBN:  295570)
 9      16-463@cases.warrenlex.com
10  2261 Market Street, No. 606
    San Francisco, California, 94114
11  Tel: +1 (415) 895-2940
    Fax: +1 (415) 895-2964
12
13  Attorneys for Plaintiff and Counter Defendant
    ViaSat, Inc.
14
    WOLF, GREENFIELD & SACKS, P.C.
15      Michael A. Albert (Admitted Pro Hac Vice)
        malbert@wolfgreenfield.com
16      Hunter D. Keeton (Admitted Pro Hac Vice)
        hkeeton@wolfgreenfield.com
17  600 Atlantic Avenue
    Boston, Massachusetts, 02210
18  Tel:   (617) 646-8000
    Fax:   (617) 646-8646
19
20
    PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
21      Victor M. Felix (SBN: 179622)
        victor.felix@procopio.com
22  525 B Street, Suite 2200
    San Diego, California, 92101
23  Tel:   (619) 515-3229
    Fax:   (619) 744-5409
24
25  Attorneys for Defendant and Counter Claimant
    Acacia Communications, Inc.
26
27  [Caption on Next Page]
28
```

*ViaSat v. Acacia,* 3:16-00463-BEN-JMA
Stipulated Addendum to the Protective Order
# Exhibit A-2

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*, <br><br> Plaintiff and Counter Defendant, <br><br> v. <br><br> **Acacia Communications, Inc.**, *a Delaware corporation*, <br><br> Defendant and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA <br><br> **Stipulated Addendum to the Protective Order** <br><br> Dist. Judge: Hon. Roger T. Benitez <br> Hon. Magistrate Jan M. Adler <br><br> Case Initiated: January 21, 2016 |

1    Plaintiff and Counter Defendant ViaSat, Inc. and Defendant and Counter
2    Claimant Acacia Communications, Inc., in the above-captioned matter, jointly agree
3    and request that the following language be added as an Addendum to the Stipulated
4    Protective Order (Docket No. 29), as amended (Docket No. 47), to be incorporated
5    as paragraphs 16 and 17:
6       16.    Any highly confidential documents or things produced by a third party
7    in response to discovery in this case, or containing their highly confidential
8    information, shall be marked "THIRD PARTY HIGHLY CONFIDENTIAL
9    INFORMATION."
10      17.    Material designated "THIRD PARTY HIGHLY CONFIDENTIAL
11   INFORMATION" shall be given all the protections of material designated
12   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" except that,
13   notwithstanding any provision herein, a Receiving Party may disclose any
14   information or item designated THIRD PARTY HIGHLY CONFIDENTIAL
15   INFORMATION to the recipients of HIGHLY CONFIDENTIAL -
16   ATTORNEYS' EYES ONLY under Paragraph 7.3, except regarding Paragraph
17   7.3(a), under which a Receiving Party may disclose THIRD PARTY HIGHLY
18   CONFIDENTIAL INFORMATION only to the Receiving Party's Outside Counsel
19   of Record in this action, as well as employees of said Outside Counsel of Record to
20   whom it is reasonably necessary to disclose the information for this litigation, and
21   7.3(b), under which a Receiving Party may disclose THIRD PARTY HIGHLY
22   CONFIDENTIAL INFORMATION only to experts who are not a party's
23   designated employee Expert.

24   Date:   July 14, 2017                                FITZGERALD KNAIER LLP

                                                         By: *s/ Keith M. Cochran*
                                                         Kenneth M. Fitzgerald, Esq.
                                                         Keith M. Cochran, Esq.
                                                         Attorneys for Plaintiff and Counter
                                                         Defendant ViaSat, Inc.

**Exhibit A-4**

1  Date:   July 14, 2017                                     WOLF, GREENFIELD & SACKS, P.C.

2                                                            By: *s/ Hunter D. Keeton*
3                                                                Michael A. Albert
                                                                 Hunter D. Keeton
4                                                                Attorneys for Defendant and
                                                                 Counter Claimant Acacia
5                                                                Communications, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A-5**

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Hunter D. Keeton, Esq., and I have obtained his authorization to affix his electronic signature to this document.

Date:  July 14, 2017                                              FITZGERALD KNAIER LLP

                                                                 By: *s/ Keith M. Cochran*
                                                                     Kenneth M. Fitzgerald, Esq.
                                                                     Keith M. Cochran, Esq.
                                                                     Attorneys for Plaintiff and
                                                                     Counter Defendant ViaSat, Inc.

**Exhibit A-6**