# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*,<br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.**, *a Delaware corporation*,<br><br>Defendant and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**Order Approving Stipulated Addendum to the Protective Order**<br><br>Dist. Judge: Hon. Roger T. Benitez<br>Hon. Magistrate Jan M. Adler<br><br>Case Initiated: January 21, 2016 |

Upon consideration of the Joint Motion for Approval of Stipulated Addendum to the Protective Order, filed by Plaintiff and Counter Defendant ViaSat, Inc. and Defendant and Counter Claimant Acacia Communications, Inc. in the above-captioned matter, IT IS ORDERED that the following language be added as an Addendum to the Stipulated Protective Order (Docket No. 29), as amended (Docket No. 47), to be incorporated as paragraphs 16 and 17:

16. Any highly confidential documents or things produced by a third party in response to discovery in this case, or containing their highly confidential information, shall be marked "THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION."

17. Material designated "THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION" shall be given all the protections of material designated HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" except that, notwithstanding any provision herein, a Receiving Party may disclose any information or item designated THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION to the recipients of HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY under Paragraph 7.3, except regarding Paragraph 7.3(a), under which a Receiving Party may disclose THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION only to the Receiving Party's Outside Counsel of Record in this action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation, and 7.3(b), under which a Receiving Party may disclose THIRD PARTY HIGHLY CONFIDENTIAL INFORMATION only to experts who are not a party's designated employee Expert.

**IT IS SO ORDERED.**

Dated: July 14, 2017

Honorable Jan. M. Adler
United States Magistrate Judge