FITZGERALD KNAIER LLP
   Kenneth M. Fitzgerald, Esq. (SBN: 142505)
   kfitzgerald@fitzgeraldknaier.com
   Keith M. Cochran, Esq. (SBN: 254346)
   kchochran@fitzgeraldknaier.com
550 West C Street, Suite 2000
San Diego, California  92101
Tel:  (619) 241-4810
Fax: (619) 955-5318

WARREN LEX LLP
   Matthew S. Warren, Esq. (SBN: 230565)
   16-463@cases.warrenlex.com
   Patrick M. Shields, Esq. (SBN: 204739)
   16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California  94114
Tel:  (415) 895-2940
Fax: (415) 895-2964

Attorneys for Plaintiff and Counter Defendant
ViaSat, Inc.

WOLF, GREENFIELD & SACKS, P.C.
   Michael A. Albert (Admitted *Pro Hac Vice*)
   malbert@wolfgreenfield.com
   Hunter D. Keeton (Admitted *Pro Hac Vice*)
   hkeeton@wolfgreenfield.com
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel:  (617) 646-8000
Fax: (617) 646-8646

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   Victor M. Felix (SBN: 179622)
   victor.felix@procopio.com
525 B Street, Suite 2200
San Diego, California  92101
Tel:  (619) 515-3229
Fax: (619) 744-5409

Attorneys for Defendant and Counter Claimant
Acacia Communications, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*,<br><br>                    Plaintiff<br>      and Counter Defendant,<br><br>    v.<br><br>**Acacia Communications, Inc.**, *a Delaware corporation*,<br><br>                    Defendant<br>      and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**Joint Motion to Modify Scheduling Order**<br><br>Dist. Judge: Hon. Roger T. Benitez<br>Hon. Magistrate Jan M. Adler<br><br>Case Initiated: January 21, 2016 |

Plaintiff and counterclaim defendant ViaSat, Inc. ("ViaSat") and defendant and counterclaimant Acacia Communications, Inc. ("Acacia") jointly move the Court to modify the August 31, 2016 Scheduling Order (Doc. 26) and the Order Granting the parties' prior Joint Motion to Modify the Scheduling Order (Doc. 48), to briefly extend a portion of the fact discovery deadline and certain other subsequent deadlines by 30 days or fewer, as set forth in the attached Proposed Order.

Good cause exists for continuing certain of the remaining discovery deadlines. The parties have been working diligently on discovery, and in the course of June and July have each produced hundreds of thousands of pages of documents. They have also conducted one fact deposition in June, and several in July. They have also each issued third-party subpoenas, and are in the process of conducting additional third party discovery. Apart from fact depositions, the parties believe they will be able to complete fact discovery by the present deadline of August 1, 2017. But the parties do not believe they will be able to complete all fact depositions by the present deadline, due to the large number of documents produced in this case, the technical issues involved, the locations of the deponents, as well as vacation schedules and other commitments for both the witnesses and counsel for the parties.

Both the parties and the Court will benefit from extending the deadline to complete fact depositions by thirty days, to August 31, 2017. Further, they believe they may need to conduct fact depositions of two Acacia witnesses subsequent to that date, as proposed below. As a result, certain subsequent deadlines for expert discovery should also be extended for slightly lesser periods, also as proposed below. Dispositive motions and all subsequent deadlines would remain the same, including the pre-trial deadlines.

This is the second request to modify the scheduling order. The parties previously submitted one joint motion to modify the scheduling order (Doc. 46), which the Court granted (Doc. 48).

Therefore, the parties respectfully request that the Court issue an amended scheduling order in the proposed form attached, extending certain discovery deadlines as follows:

1. All fact discovery apart from fact witness depositions shall be complete by August 1, 2017.

2. Completion of all fact witness depositions shall be continued from August 1, 2017 to August 31, 2017, except that Acacia witnesses Murugesan "Raj" Shanmugaraj and Christian Rasmussen may be deposed after August 31, 2017. To the extent either of these witnesses is deposed after deadline(s) for disclosures under Rule 26(a)(2)(A)-(D) have passed, the parties may in good faith amend those disclosures once within ten calendar days of the last such deposition, and solely to address the deposition or depositions that occurred after the disclosure deadline.

3. As Mr. Shanmugaraj is Acacia's President and CEO, ViaSat shall limit his deposition to topics and documents on which he has unique first-hand, non-repetitive knowledge of the facts at issue in the case, and for a period not to exceed five hours. Acacia shall not designate Mr. Shanmugaraj to testify on its behalf under Federal Rule of Civil Procedure 30(b)(6).

4. Compliance with the disclosure provisions in Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure shall be continued from September 1, 2017 to September 22, 2017.

5. Disclosure regarding contradictory or rebuttal evidence under Federal Rules of Civil Procedure 26(a)(2)(D) and 26(e) shall be continued from September 29, 2017 to October 20, 2017.

1    6.    Completion of all expert discovery shall be continued from
November 1, 2017 to November 10, 2017.

All other deadlines in the Court's scheduling order (Doc. 26, as modified by Doc. 48) would remain unaltered by the present proposed order.

                                                 Respectfully submitted

Dated:  August 1, 2017           FITZGERALD KNAIER LLP

                                      By: *s/ Kenneth M. Fitzgerald*
                                          Kenneth M. Fitzgerald, Esq.
                                          Keith M. Cochran, Esq.
                                          Attorneys for Plaintiff and
                                          Counter Defendant ViaSat, Inc.

Dated:  August 1, 2017           WOLF, GREENFIELD & SACKS, P.C.

                                      By: *s/ Michael A. Albert*
                                          Michael A. Albert
                                          Hunter D. Keeton
                                          Attorneys for Defendant and
                                          Counter Claimant Acacia
                                          Communications, Inc.

Dated:  August 1, 2017           PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

                                      By: *s/ Victor M. Felix*
                                          Victor M. Felix
                                          Attorney for Defendant and
                                          Counter Claimant Acacia
                                          Communications, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Kenneth M. Fitzgerald and Michael A. Albert, Esq., and I have obtained their authorization to affix their electronic signatures to this document.

Dated:   August 1, 2017

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: *s/ Victor M. Felix*
    Victor M. Felix
    Attorney for Defendant and
    Counter Claimant Acacia
    Communications, Inc.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 525 "B" Street, Suite 2200, San Diego, California 92101. On **August 1, 2017**, I served the foregoing document.

☑ *(Federal)* **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

☑ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

s/Victor M. Felix
Victor M. Felix