# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*,<br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.**, *a Delaware corporation*,<br><br>Defendant and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**Order Granting Joint Motion to Modify Scheduling Order**<br>**[ECF No. 58]** |

Good cause appearing, the Court grants the parties' joint motion to modify the August 31, 2016 Scheduling Order (Doc. 26) and the February 27, 2017 Order Granting Joint Motion to Modify Scheduling Order (Doc. 48), and extends certain dates as follows:

1. All fact discovery apart from fact witness depositions shall be complete by August 1, 2017.

2. Completion of all fact witness depositions shall be continued from August 1, 2017 to August 31, 2017, except that Acacia witnesses Murugesan "Raj" Shanmugaraj and Christian Rasmussen may be deposed after August 31, 2017. To the extent either of these witnesses is deposed after deadline(s) for disclosures under Rule 26(a)(2)(A)-(D) have passed, the parties may in good faith amend those disclosures once within ten (10) calendar days of the last such deposition, and solely to address the deposition or depositions that occurred after the disclosure deadline.

3. As Mr. Shanmugaraj is Acacia's President and CEO, ViaSat shall limit his deposition to topics and documents on which he has unique first-hand, non-repetitive knowledge of the facts at issue in the case, and for a period not to exceed five hours. Acacia shall not designate Mr. Shanmugaraj to testify on its behalf under Federal Rule of Civil Procedure 30(b)(6).

4. Compliance with the disclosure provisions in Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure shall be continued from September 1, 2017 to September 22, 2017.

5. Disclosure regarding contradictory or rebuttal evidence under Federal Rules of Civil Procedure 26(a)(2)(D) and 26(e) shall be continued from September 29, 2017 to October 20, 2017.

6. Completion of all expert discovery shall be continued from November 1, 2017 to November 10, 2017.

All other deadlines in the Court's scheduling order (Doc. 26, as modified by Doc. 48) remain unaltered by the present order.

**IT IS SO ORDERED**

Dated: August 9, 2017

_____
Honorable Jan. M. Adler
United States Magistrate Judge