FITZGERALD KNAIER LLP
    Kenneth M. Fitzgerald, Esq. (SBN: 142505)
    kfitzgerald@fitzgeraldknaier.com
    Keith M. Cochran, Esq. (SBN: 254346)
    kcochran@fitzgeraldknaier.com
402 West Broadway, Suite 1400
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

WARREN LEX LLP
    Matthew S. Warren, Esq. (SBN: 230565)
    16-463@cases.warrenlex.com
    Patrick M. Shields, Esq. (SBN: 204739)
    16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

Attorneys for Plaintiff and Counter Defendant
ViaSat, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*, <br><br> Plaintiff and Counter Defendant, <br><br> v. <br><br> **Acacia Communications, Inc.**, *a Delaware corporation*, <br><br> Defendant and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA <br><br> **ViaSat, Inc's Request to File Under Seal: (a) Unredacted Joint Motion for Determination of Discovery Dispute No. 2, and (b) Exhibits to the Declaration of Keith Cochran** <br><br> Dist. Judge: Hon. Roger T. Benitez <br> Hon. Magistrate Jan M. Adler <br><br> Case Initiated: January 21, 2016 |

1  Plaintiff and Counter Defendant ViaSat, Inc. ("ViaSat") respectfully requests
2  that the Court file under seal (a) an unredacted copy of the parties Joint Motion for
3  Determination of Discovery Dispute No. 2, and (b) exhibits 1-4, 6-26, and 28-30 to
4  the Declaration of Keith Cochran in support of the Joint Motion.  True and correct
5  copies of those documents are being lodged under seal concurrently herewith.
6  Attached hereto is a redacted copy of the Joint Motion for Determination of
7  Discovery Dispute No. 2, and the Declaration of Keith Cochran in support of the
8  Joint Motion, attaching exhibits 5, 27, and 31.

9  The parties' Joint Motion for Determination of Discovery Dispute No. 2
10 references confidential information derived from documents that defendant and
11 counterclaimant Acacia Communications, Inc. ("Acacia") designated as "Highly
12 Confidential" under the stipulated protective order.  In the publicly filed version of
13 the parties' Joint Motion for Determination of Discovery Dispute No. 2, references
14 to the confidential information have been redacted.  In response to an inquiry from
15 ViaSat's counsel, Acacia's counsel requested these redactions.

16 The Declaration of Keith Cochran also attaches documents and deposition
17 testimony that Acacia designated as "Highly Confidential" under the stipulated
18 protective order in this case.  Attached to the Cochran Declaration are exhibits 1-4,
19 6-26, and 28-30, which contain confidential information and were designated as
20 "Highly Confidential" under the stipulated protective order.  Acacia's counsel
21 requested that these exhibits be filed under seal.

22 Therefore, pursuant to Acacia's request and ViaSat's obligations under the
23 stipulated protective order, ViaSat respectfully requests that the Court file under seal
24 (a) an unredacted copy of the parties Joint Motion for Determination of Discovery
25 Dispute No. 2, and (b) exhibits 1-4, 6-26, and 28-30 to the Declaration of Keith
26 Cochran.

27
28

- 1 -  3:16-cv-00463-BEN-JMA
ViaSat's Request to File Under Seal

| | | |
|---|---|---|
| 1 | Dated: August 18, 2017 | FITZGERALD KNAIER LLP |
| 2 | | By: s/ *Kenneth M. Fitzgerald* |
| 3 | | Kenneth M. Fitzgerald, Esq. |
| 4 | | Keith M. Cochran, Esq. |
| 5 | | -and- |
| 6 | | |
| 7 | | WARREN LEX LLP |
| | | Matthew S. Warren, Esq. |
| 8 | | Patrick M. Shields, Esq. |
| 9 | | Attorneys for Plaintiff and Counter Defendant ViaSat, Inc. |