FITZGERALD KNAIER LLP
    Kenneth M. Fitzgerald, Esq. (SBN: 142505)
    kfitzgerald@fitzgeraldknaier.com
    Keith M. Cochran, Esq. (SBN: 254346)
    kchochran@fitzgeraldknaier.com
550 West C Street, Suite 2000
San Diego, California  92101
Tel:  (619) 241-4810
Fax:  (619) 955-5318

WARREN LEX LLP
    Matthew S. Warren, Esq. (SBN: 230565)
    16-463@cases.warrenlex.com
    Patrick M. Shields, Esq. (SBN: 204739)
    16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California  94114
Tel:  (415) 895-2940
Fax:  (415) 895-2964

Attorneys for Plaintiff and Counter Defendant
ViaSat, Inc.

WOLF, GREENFIELD & SACKS, P.C.
    Michael A. Albert (Admitted *Pro Hac Vice*)
    malbert@wolfgreenfield.com
    Hunter D. Keeton (Admitted *Pro Hac Vice*)
    hkeeton@wolfgreenfield.com
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel:  (617) 646-8000
Fax:  (617) 646-8646

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
    Victor M. Felix (SBN: 179622)
    victor.felix@procopio.com
525 B Street, Suite 2200
San Diego, California  92101
Tel:  (619) 515-3229
Fax:  (619) 744-5409

Attorneys for Defendant and Counter Claimant
Acacia Communications, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.,**<br>*a Delaware corporation*,<br><br>Plaintiff<br>and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.,**<br>*a Delaware corporation*,<br><br>Defendant<br>and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**Joint Motion to Modify Previous Scheduling Orders**<br><br>Dist. Judge: Hon. Roger T. Benitez<br>Hon. Magistrate Jan M. Adler<br><br>Case Initiated: January 21, 2016 |

1    Plaintiff and counterclaim defendant ViaSat, Inc. ("ViaSat") and defendant

2   and counterclaimant Acacia Communications, Inc. ("Acacia") jointly move the Court

3   to modify the August 31, 2016, Scheduling Order (Doc. 26), the February 27, 2017,

4   Order Granting Joint Motion to Modify Scheduling Order (Doc. 48), and the August

5   9, 2017, Order Granting Joint Motion to Modify Scheduling Order (Doc. 59).

6    Good cause exists for the parties' proposed modifications to the scheduling

7   order (Doc. 59).  Since this Court's entry of the current Scheduling Order,

8   unanticipated difficulties related to witness availability have arisen that have delayed

9   key depositions under both Rule 30(b)(1) and Rule 30(b)(6), making it impossible for

10   the parties to complete their noticed depositions until October—after the current

11   deadline for opening expert reports.  These unanticipated difficulties include a

12   medical emergency afflicting one deponent that has delayed a key Rule 30(b)(6)

13   deposition by more than three weeks.  In addition, ViaSat and Acacia have recently

14   agreed to a schedule for the deponents subject to Joint Motion for Determination of

15   Discovery Dispute No. 2, decided by this Court on August 31, 2017 (Doc. No. 63).

16   As a result of these developments, under the current schedule opening expert

17   reports would not be reasonably complete, and would require substantial

18   supplementation, in turn requiring adjustment to the calendar for expert depositions.

19    The parties have worked together to minimize adjustments to the schedule,

20   while still allowing sufficient time to complete discovery.  The parties' proposed

21   modified schedule, set forth below, would still conclude both fact and expert

22   discovery in 2017, and would delay the final pretrial conference by only six weeks.

23    Therefore, the parties respectfully request that the Court issue an amended

24   scheduling order extending the discovery and pretrial dates as follows:

25    1.    Completion of all noticed or subpoenaed depositions shall be

26   continued from August 31, 2017, to October 13, 2017.

27

28

1    2.    Compliance with the disclosure provisions in Federal Rules of Civil

2    Procedure 26(a)(2)(A) and (B) shall be continued from September 22, 2017, to

3    October 27, 2017.

4    3.    Disclosure regarding contradictory or rebuttal evidence under Federal

5    Rules of Civil Procedure 26(a)(2)(D) and 26(e) shall be continued from October 20,

6    2017, to November 17, 2017.

7    4.    Completion of all expert discovery shall be continued from November

8    10, 2017, to December 15, 2017

9    5.    The filing deadline of all other pretrial motions shall be continued from

10    November 30, 2017, to February 2, 2018.

11    6.    The Mandatory Settlement Conference shall be continued from

12    February 1, 2018, to approximately March 16, 2018, or a similar date determined by

13    the Court.

14    7.    The pretrial disclosure requirements of Federal Rule of Civil Procedure

15    26(a)(3) shall be continued from February 19, 2018, to April 6, 2018.

16    8.    Compliance with Civil Local Rule 16.1(f)(4) shall be continued from

17    February 26, 2018, to April 13, 2018.

18    9.    Preparation of the pretrial order and compliance with Civil Local Rule

19    16.1(f) shall be continued from March 5, 2018, to April 20, 2018.

20    10.    Preparation, service, and lodging of the Proposed Final Pretrial

21    Conference Order shall be continued from March 12, 2018, to April 27, 2018.

22    11.    The final Pretrial Conference shall be continued from March 19, 2018,

23    to approximately May 4, 2018, or a similar date determined by the Court.

24

25    Dated:   September 8, 2017                    FITZGERALD KNAIER LLP

26
                                                    By: *s/ Kenneth M. Fitzgerald*
27                                                  _____
                                                    Kenneth M. Fitzgerald, Esq.
28                                                  Keith M. Cochran, Esq.

1

Dated:   September 8, 2017                                WARREN LEX LLP

2

3                                                         By: *s/ Matthew S. Warren*

Matthew S. Warren

4                                                             Patrick M. Shields
Attorneys for Plaintiff and Counter

5                                                             Defendant ViaSat, Inc.

6

7

Dated:   September 8, 2017                                WOLF, GREENFIELD & SACKS, P.C.

8                                                         By: *s/ Hunter D. Keeton*

Michael A. Albert

9                                                             Hunter D. Keeton

10                                                            Attorneys for Defendant and
Counter Claimant Acacia

11                                                            Communications, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Hunter D. Keeton, Esq., and I have obtained his authorization to affix his electronic signature to this document.

Dated:   September 8, 2017                         WARREN LEX LLP

By: *s/ Matthew S. Warren*
_____
Matthew S. Warren
Patrick M. Shields
Attorneys for Plaintiff and Counter
Defendant ViaSat, Inc.

1

## **CERTIFICATE OF SERVICE**

2

3    I am a resident of the State of California, over the age of eighteen years, and

4    not a party to this action.  My business address is Warren Lex LLP, 2261 Market

5    Street, No. 606, San Francisco, California, 94114.

6    On September 8, 2017, I served the foregoing document by CM/ECF notice

7    of electronic filing through this Court's electronic transmission facilities by hyperlink

8    to the parties and counsel registered as CM/ECF Users.

9    I declare under penalty of perjury that the foregoing is true and correct.

10

11                                          By: *s/ Matthew S. Warren*

12                                          Matthew S. Warren

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28