# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*,<br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.**, *a Delaware corporation*,<br><br>Defendant and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**Order Granting Joint Motion to Modify Previous Scheduling Orders [ECF No. 67]** |

1  Good cause appearing, the Court grants the parties' joint motion to modify
2 the August 31, 2016 Scheduling Order (Doc. 26), the February 27, 2017 Order
3 Granting Joint Motion to Modify Scheduling Order (Doc. 48), and the August 9,
4 2017 Order Granting Joint Motion to Modify Scheduling Order (Doc. 59), and
5 extends all discovery and other pretrial dates as follows:
6  1. Completion of all noticed or subpoenaed depositions shall be
7 continued from August 31, 2017, to October 13, 2017.
8  2. The Case Management Conference scheduled for October 24, 2017 at
9 9:30 a.m. remains on calendar as scheduled (Dial-in Number 866-590-5055, Access
10 Code 2275709).
11  3. Compliance with the disclosure provisions in Rule 26(a)(2)(A) and (B)
12 of the Federal Rules of Civil Procedure shall be continued from September 22, 2017,
13 to October 27, 2017.
14  4. Disclosure regarding contradictory or rebuttal evidence under Federal
15 Rules of Civil Procedure 26(a)(2)(D) and 26(e) shall be continued from October 20,
16 2017, to November 17, 2017.
17  5. Completion of all expert discovery shall be continued from November
18 10, 2017, to December 15, 2017
19  6. The filing deadline of all other pretrial motions shall be continued from
20 November 30, 2017, to February 2, 2018.
21  7. The Mandatory Settlement Conference scheduled for February 1, 2018,
22 shall be continued to April 19, 2018 at 10:00 a.m. Mandatory Settlement Conference
23 statements shall be submitted on or before April 12, 2018.
24  8. The pretrial disclosure requirements of Federal Rule of Civil Procedure
25 26(a)(3) shall be continued from February 19, 2018, to May 7, 2018.
26  9. Compliance with Civil Local Rule 16.1(f)(4) shall be continued from
27 February 26, 2018, to May 14, 2018.
28

10. Preparation of the pretrial order and compliance with Civil Local Rule 16.1(f) shall be continued from March 5, 2018, to May 21, 2018.

11. Preparation, service, and lodging of the Proposed Final Pretrial Conference Order shall be continued from March 12, 2018, to May 25, 2018.

12. The final Pretrial Conference scheduled for March 19, 2018 shall be continued to June 4, 2018 at 10:30 a.m.

**IT IS SO ORDERED**

Dated:  September 11, 2017

Honorable Jan M. Adler
United States Magistrate Judge