UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., etc.,<br><br>Plaintiff,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC.,<br>etc., et al.,<br><br>Defendants. | Case No.:  16cv463 BEN (JMA)<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

The Court convened a telephonic Case Management Conference on October 24, 2017.  **IT IS HEREBY ORDERED** that a further Case Management Conference will be held on **December 13, 2017** at **9:00 a.m.** before Magistrate Judge Jan M. Adler.  Counsel for each party shall participate in the conference, and shall use the following call-in information:  Dial-In Number 888-684-8852, Access Code 2602013, press * to bypass Security Code.

**IT IS SO ORDERED**.

Dated:  October 24, 2017

Honorable Jan M. Adler
United States Magistrate Judge