UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., etc.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC., etc., et al.,<br><br>　　　　　　　　　Defendants. | Case No.:  16cv463 BEN (JMA)<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

　　　The Court convened a telephonic Case Management Conference on October 24, 2017.  **IT IS HEREBY ORDERED** that a further Case Management Conference will be held on **December 13, 2017** at **9:00 a.m.** before Magistrate Judge Jan M. Adler.  Counsel for each party shall participate in the conference, and shall use the following call-in information:  Dial-In Number 888-684-8852, Access Code 2602013, press * to bypass Security Code.

　　　**IT IS SO ORDERED**.

Dated:  October 24, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Jan M. Adler
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge