1  WARREN LEX LLP
2     Erika H. Warren (Cal. Bar No. 295570)
   16-463@cases.warrenlex.com
3  2261 Market Street, No. 606
4  San Francisco, California, 94114
Tel:  +1 (415) 895-2940
5  Fax:  +1 (415) 895-2964

6
  Attorney for Plaintiff and Counter Defendant
7  ViaSat, Inc.

8
## UNITED STATES DISTRICT COURT
9
## SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 **ViaSat, Inc.**, *a Delaware corporation*, | ) Case No.: 3:16-cv-00463-BEN-JMA ) |
| 12 | ) **Plaintiff and Counter Defendant** |
| 13 | ) **ViaSat, Inc.'s Notice of Association of** |
| Plaintiff | ) **Counsel – Erika H. Warren** |
| 14 and Counter Defendant, | ) |
| 15 v. | ) ) |
| 16 | ) |
| 17 **Acacia Communications, Inc.**, *a Delaware corporation*, | ) Dist. Judge: Hon. Roger T. Benitez ) Hon. Magistrate Jan M. Adler |
| 18 | ) |
| 19 Defendant | ) Case Initiated: January 21, 2016 ) |
| 20 and Counter Claimant, | ) |

21
22
23
24
25
26
27
28

1  **TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that Plaintiff and Counter Defendant ViaSat, Inc.

3  hereby associates as co-counsel Erika H. Warren (Cal. Bar. No. 295570) of:

4  WARREN LEX LLP

5  2261 Market Street, No. 606

6  San Francisco, California, 94114

7  Phone: +1 (415) 895-2940

8  Fax: +1 (415) 895-2964

10  Dated:   December 4, 2017                    WARREN LEX LLP

11                                               By: _____

12                                                    Erika H. Warren

13                                               Attorney for Plaintiff and Counter
14                                               Defendant ViaSat, Inc.