**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*,<br><br>                    Plaintiff<br>       and Counter Defendant,<br><br>    v.<br><br>**Acacia Communications, Inc.**, *a Delaware corporation*,<br><br>                    Defendant<br>       and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE TO SUBMIT JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**<br>**[DOC. NO. 76]**<br><br>Dist. Judge: Hon. Roger T. Benitez<br>Hon. Magistrate Jan M. Adler<br><br>Case Initiated: January 21, 2016 |

1  Good cause being shown to grant the parties' Joint Motion for Extension of
2  Deadline to Submit Joint Motion for Determination of Discovery Dispute, the
3  Court hereby grants the motion. The deadline to file a joint motion for
4  
5  determination of discovery dispute relating to Mr. Chandrasekar Raj's errata sheet is
6  extended to January 23, 2018.
7  
8  Dated:  January 18, 2018

_____
Honorable Jan M. Adler
United States Magistrate Judge