WOLF, GREENFIELD & SACKS, P.C.
   Michael A. Albert (Admitted *Pro Hac Vice*)
   Mass. B.B.O No. 558566
   malbert@wolfgreenfield.com
   Hunter D. Keeton (Admitted *Pro Hac Vice*)
   Mass. B.B.O No. 660609
   hkeeton@wolfgreenfield.com
   Stuart V. C. Duncan Smith (Admitted *Pro Hac Vice*)
   Mass. B.B.O No. 687976
   sduncansmith@wolfgreenfield.com
600 Atlantic Avenue
Boston, Massachusetts, 02210
Tel: (617) 646-8000   Fax: (617) 646-8646

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   Victor M. Felix (SBN: 179622)
   victor.felix@procopio.com
525 B Street, Suite 2200
San Diego, California, 92101
Tel: (619) 515-3229   Fax: (619) 744-5409

Attorneys for Defendant and Counter Claimant Acacia Communications, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.,** *a Delaware corporation,*  <br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.,** *a Delaware corporation,*<br><br>Defendant and Counter Claimant | Case No. 3:16-cv-00463-BEN-JMA<br><br>**THIRD DECLARATION OF STUART V. C. DUNCAN SMITH**<br><br>Judge: Hon. Roger T. Benitez<br>Mag. Judge: Hon. Jan M. Adler<br><br>Date: March 12, 2018<br>Time: 10:30 a.m.<br>Courtroom: 5A |

I, Stuart V. C. Duncan Smith, declare:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and an associate of the law firm of Wolf, Greenfield & Sacks P.C., which represents defendant and counter claimant Acacia Communication, Inc. ("Acacia") in the above-referenced action filed by plaintiff and counter defendant ViaSat, Inc. ("ViaSat"). I have been admitted *pro hac vice* in this matter. I make this declaration in support of Acacia's Motion To Strike and Exclude Certain Opinions of ViaSat's Experts. I am familiar with the facts set forth in this Declaration and could testify competently to their truth if called as a witness.

2. I reattach here some, but not all, of the exhibits to Acacia's January 17, 2018 Motion for Partial Summary Judgment Regarding Damages (D.I. 75) and January 26, 2018 Motion for Summary Judgment Regarding No Liability (D.I. 83). These exhibits have the same exhibit numbers that they were assigned previously. New exhibits start at exhibit number 42.

3. Attached as Exhibit 1 is a copy of the IP Core Development and License Agreement between ViaSat and Acacia, dated November 20, 2009, entered as Deposition Exhibit No. 107. An identical copy was filed as Exhibit 1 to Acacia's January 17, 2018 Motion for Partial Summary Judgment Regarding Damages (D.I. 75).

4. Attached as Exhibit 2 is a copy of the Expert Report of Stephen D. Prowse, Ph.D., CFA, dated October 27, 2017, with Corrected Designation dated October 30, 2017. An identical copy was filed as Exhibit 2 to Acacia's January 17, 2018 Motion for Partial Summary Judgment Regarding Damages (D.I. 75). [FILED UNDER SEAL]

5. Attached as Exhibit 14 is a copy of the Expert Report of Ivan Djordjevic, Ph.D., dated November 21, 2017. An identical copy was filed as Exhibit 14 to Acacia's January 26, 2018 Motion for Summary Judgment Regarding No Liability (D.I. 83). [FILED UNDER SEAL]

6. Attached as <u>Exhibit 15</u> is a copy of the Expert Report of Dr. Alexander Vardy, dated November 21, 2017. An identical copy was filed as Exhibit 15 to Acacia's January 26, 2018 Motion for Summary Judgment Regarding No Liability (D.I. 83). [FILED UNDER SEAL]

7. Attached as <u>Exhibit 16</u> is a copy of the Opening Report of Professor Krishna Narayanan, Ph.D., dated October 27, 2017. An identical copy was filed as Exhibit 16 to Acacia's January 26, 2018 Motion for Summary Judgment Regarding No Liability (D.I. 83). [FILED UNDER SEAL]

8. Attached as <u>Exhibit 42</u> is a copy of the Rebuttal Expert Report of Stephen D. Prowse, Ph.D., CFA, dated November 21, 2017. [FILED UNDER SEAL]

9. Attached as <u>Exhibit 43</u> is a copy of excerpts of the condensed transcript of the December 8, 2017 deposition of Dr. Krishna Narayanan. [FILED UNDER SEAL]

10. Attached as <u>Exhibit 44</u> is a copy of excerpts of the condensed transcript of the December 12, 2017 deposition of Ivan Djordjevic, Ph.D. [FILED UNDER SEAL]

11. Attached as <u>Exhibit 45</u> is a copy of excerpts of the condensed transcript of the July 26, 2017 deposition of Russell Fuerst. [FILED UNDER SEAL]

12. Attached as <u>Exhibit 46</u> is a copy of Acacia's Trade Secret Identification, dated January 21, 2016. [FILED UNDER SEAL]

13. Attached as <u>Exhibit 47</u> is a copy of excerpts of the condensed transcript of the November 30, 2017 deposition of Stephen D. Prowse, Ph.D., CFA. [FILED UNDER SEAL]

14. Attached as <u>Exhibit 48</u> is a copy of the Supplemental Report of Professor Krishna Narayanan, Ph.D., dated November 8, 2017. [FILED UNDER SEAL]

15. Attached as <u>Exhibit 49</u> is a copy of an Acacia presentation entitled "AC400 Project Review." [FILED UNDER SEAL]

1  16.  I have reviewed and am familiar with the contents of the above-listed documents.

2  17.  The foregoing exhibits appear at the following pages:

| Exhibit | Page(s) |
|---|---|
| 1 | 1-13 |
| 2 | 14-89 |
| 14 | 90-187 |
| 15 | 188-407 |
| 16 | 408-612 |
| 42 | 613-655 |
| 43 | 656-667 |
| 44 | 668-683 |
| 45 | 684-685 |
| 46 | 686-689 |
| 47 | 690-692 |
| 48 | 693-695 |
| 49 | 696-711 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: February 1, 2018                           By: *s/ Stuart V. C. Duncan Smith*
                                                 Stuart V. C. Duncan Smith

## **CERTIFICATE OF SERVICE**

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users.  I further certify that am causing the foregoing document to be served by electronic means via email upon counsel for ViaSat, Inc., per the agreement of counsel.

Date: February 1, 2018                                   *s/Michael A. Albert*
                                                                     Michael A. Albert