FITZGERALD KNAIER LLP
    Kenneth M. Fitzgerald (State Bar No. 142505)
    kfitzgerald@fitzgeraldknaier.com
    David Beckwith (State Bar No. 125130)
    dbeckwith@fitzgeraldknaier.com
    Keith M. Cochran (State Bar No. 254346)
    kcochran@fitzgeraldknaier.com
    402 West Broadway, Suite 1400
    San Diego, California, 92101
+1 (619) 241-4810
+1 (619) 955-5318 facsimile

WARREN LEX LLP
    Matthew S. Warren (State Bar No. 230565)
    Patrick M. Shields (State Bar No. 204739)
    Erika H. Warren (State Bar No. 295570)
    16-463@cases.warrenlex.com
    2261 Market Street, No. 606
    San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

Attorneys for Plaintiff and Counter-Defendant ViaSat, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.<br>a Delaware corporation,<br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC.<br>a Delaware corporation,<br>    Defendant and Counter-Claimant. | Case No. 3:16-463-BEN-JMA<br><br>**ViaSat's Notice of Motion and Motion for Summary Judgment on Acacia's Counterclaim for Patent Misappropriation**<br><br>Date:   March 5, 2018<br>Time:   10:30 a.m. PST<br>Place:   Courtroom 5A<br><br>Hon. Dist. Judge Roger T. Benitez<br>Hon. Magistrate Judge Jan M. Adler<br>Case Initiated:  January 21, 2016 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 5, 2018, at 10:30 a.m. PST, or as soon thereafter as counsel may be heard in Courtroom 5A of the Edward J. Schwartz Courthouse, located at 221 West Broadway, San Diego, California, 92101, Plaintiff and Counter-Defendant ViaSat, Inc., will move, and hereby does move, under Rule 56 of the Federal Rules of Civil Procedure, for an order granting summary judgment in favor of ViaSat on Acacia's counterclaim for patent misappropriation.  ViaSat submits that based on the undisputed material facts, and as a matter of law, Acacia cannot prevail on a claim for patent misappropriation or equitable ownership under Title 35.  Therefore, ViaSat seeks an order granting summary judgment on Count 1 of Acacia's counterclaims.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of ViaSat's Motion for Summary Judgment on Acacia's Counterclaim for Patent Misappropriation, the Declaration of Erika H. Warren, and exhibits attached to it, all of which are filed and served with this notice, as well as any other evidence and argument as may be presented at or before the hearing of this matter.

Dated:  February 2, 2018

/s/ *Kenneth M. Fitzgerald*
Kenneth M. Fitzgerald
David Beckwith
Keith M. Cochran
FITZGERALD KNAIER LLP
402 West Broadway, Suite 1400
San Diego, California, 92101

Matthew S. Warren
Patrick M. Shields
Erika H. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114

*Attorneys for Plaintiff and Counter-Defendant ViaSat, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users.  I further certify that am causing the foregoing document to be served by electronic means via email upon counsel for Acacia Communications, Inc., per the agreement of counsel.

Dated:   February 2, 2018                              s/ *Kenneth M. Fitzgerald*
                                                                    Kenneth M. Fitzgerald, Esq.