FITZGERALD KNAIER LLP
    Kenneth M. Fitzgerald (State Bar No. 142505)
    kfitzgerald@fitzgeraldknaier.com
    David Beckwith (State Bar No. 125130)
    dbeckwith@fitzgeraldknaier.com
    Keith M. Cochran (State Bar No. 254346)
    kcochran@fitzgeraldknaier.com
    402 West Broadway, Suite 1400
    San Diego, California, 92101
+1 (619) 241-4810
+1 (619) 955-5318 facsimile

WARREN LEX LLP
    Matthew S. Warren (State Bar No. 230565)
    Patrick M. Shields (State Bar No. 204739)
    Erika H. Warren (State Bar No. 295570)
    16-463@cases.warrenlex.com
    2261 Market Street, No. 606
    San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

Attorneys for Plaintiff and Counter-Defendant ViaSat, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.<br>a Delaware corporation,<br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC.<br>a Delaware corporation,<br>    Defendant and Counter-Claimant. | Case No. 3:16-463-BEN-JMA<br><br>**ViaSat's Notice of Motion and Motion to Exclude Expert Testimony**<br><br>Date:   March 5, 2018<br>Time:  10:30 a.m. PST<br>Place:  Courtroom 5A<br><br>Hon. Dist. Judge Roger T. Benitez<br>Hon. Magistrate Judge Jan M. Adler<br><br>Case Initiated: January 21, 2016 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 5, 2018, at 10:30 a.m. PST, or as soon thereafter as counsel may be heard in Courtroom 5A of the Edward J. Schwartz Courthouse, located at 221 West Broadway, San Diego, California, 92101, Plaintiff and Counter-Defendant ViaSat, Inc., will move, and hereby does move, based on Rule 702 of the Federal Rules of Evidence and the standards set forth in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), for an order to exclude certain opinions of Dr. Richard Koralek, Dr. Alexander Vardy, and Mr. Brent Bersin.  ViaSat seeks an order prohibiting Defendant and Counter-Claimant Acacia Communications, Inc. from offering at trial expert opinion testimony on any of the following issues:

1. Dr. Koralek's and Dr. Vardy's opinions regarding the contractual scope of the licensed "SDFEC Core," found at ¶¶ 119–24 of Dr. Koralek's November 21, 2017 Report and ¶¶ 28-35, 55–59, 85, 117–18, 120, 200, 245, 277, 308, 336, 358, and 380 of Dr. Vardy's November 21, 2017 Report.

2. Dr. Koralek's opinion that Acacia does not use ViaSat's Trade Secret No. 7, found at ¶¶ 24, 77–86, 99–105 of his November 21, 2017 Report.

3. Dr. Vardy's opinions that simply repeat assertions by fact witnesses, found at ¶¶ 60, 89, 200, 245, 277, 308, 336, 358, and 380 of his November 21, 2017 Report.

4. Dr. Vardy's opinions regarding trade secret protection, found at ¶¶ 28–35, 256–59, 261, 289–304, 306, 351–356 of his November 21, 2017 Report.

5. Mr. Bersin's opinion regarding the amount of ViaSat's unjust enrichment damages, found at ¶¶ 10, 56, and 58 of his November 21, 2017 Report.

6. Mr. Bersin's opinion regarding the amount of Acacia's unjust enrichment damages attributable to ViaSat's Project Gemini, found at ¶¶ 6, 49, 66–67, and 69 of his October 27, 2017 Report and Exhibits 749 and 750 to his December 13, 2017 deposition.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of ViaSat's Motion to Exclude Expert Testimony, the Declaration of Patrick M. Shields and exhibits attached to it, and the Declaration of Dr.

— 1 —
3:16-463-BEN-JMA

1  Russell Fuerst, all of which are filed and served with this notice, as well as any other
2  evidence and argument as may be presented at or before the hearing of this matter.

Dated:  February 2, 2018        /s/ *Kenneth M. Fitzgerald*
                                        Kenneth M. Fitzgerald
                                        David Beckwith
                                        Keith M. Cochran
                                        FITZGERALD KNAIER LLP
                                        402 West Broadway, Suite 1400
                                        San Diego, California, 92101

                                        Matthew S. Warren
                                        Patrick M. Shields
                                        Erika H. Warren
                                        WARREN LEX LLP
                                        2261 Market Street, No. 606
                                        San Francisco, California, 94114

                                        *Attorneys for Plaintiff and*
                                        *Counter-Defendant ViaSat, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users. I further certify that am causing the foregoing document to be served by electronic means via email upon counsel for Acacia Communications, Inc., per the agreement of counsel.

Dated:   February 2, 2018                                        s/ *Kenneth M. Fitzgerald*
                                                                                    Kenneth M. Fitzgerald, Esq.