# EXHIBIT 10
## (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 11
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 12
## (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 13
## (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 14
# (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 15
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 16
# (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 17
## (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)