FITZGERALD KNAIER LLP
   Kenneth M. Fitzgerald, Esq. (SBN: 142505)
   kfitzgerald@fitzgeraldknaier.com
   Keith M. Cochran, Esq. (SBN: 254346)
   kchochran@fitzgeraldknaier.com
402 West Broadway, Suite 1400
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

WARREN LEX LLP
   Matthew S. Warren, Esq. (SBN: 230565)
   16-463@cases.warrenlex.com
   Patrick M. Shields, Esq. (SBN: 204739)
   16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

Attorneys for Plaintiff and Counter Defendant
ViaSat, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*, <br><br> Plaintiff and Counter Defendant, <br><br> v. <br><br> **Acacia Communications, Inc.**, *a Delaware corporation*, <br><br> Defendant and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA <br><br> **Plaintiff ViaSat, Inc.'s Notice of Motion and Motion for Partial Summary Judgment** <br><br> Date: March 5, 2018 <br> Time: 10:30 a.m. <br> Place: Courtroom 5A <br>         221 West Broadway <br>         San Diego, CA 92101 <br> Dist. Judge: Hon. Roger T. Benitez <br> Hon. Magistrate Jan M. Adler <br> Case Initiated: January 21, 2016 |

1 **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that on March 5, 2018, at 10:30 a.m., or as soon
3 thereafter as counsel may be heard in Courtroom 5A of the Edward J. Schwartz
4 Courthouse, located at 221 West Broadway, San Diego, CA 92101, Plaintiff and
5 counter defendant ViaSat, Inc. ("ViaSat"), will move, and hereby does move, under
6 Rule 56 of the Federal Rules of Civil Procedure, for an order granting partial
7 summary judgment on ViaSat's claims for breach of contract and misappropriation
8 of trade secrets. ViaSat submits that based on the undisputed material facts, and as a
9 matter of law, defendant is liable to ViaSat for breach of the License Agreement
10 between the parties, and that ViaSat has established the misappropriation element of
11 its claim for misappropriation of trade secrets. Therefore, ViaSat seeks an order
12 finding that defendant is liable to ViaSat for breach of contract (with damages to be
13 determined at trial), and that defendant misappropriated ViaSat's claimed trade
14 secrets 1 through 6 (with the validity of those trade secrets and damages to be
15 determined at trial).

16     This Motion is based on this Notice of Motion and Motion, the
17 Memorandum of Points and Authorities in Support of ViaSat, Inc.'s Motion for
18 Partial Summary Judgment attached hereto, the Declaration of Kenneth M.
19 Fitzgerald and exhibits attached to it, all of which are filed and served with this
20 notice, and all evidence and argument as may be presented at the hearing of this
21 matter.

22

23 Dated: February 2, 2018                                 FITZGERALD KNAIER LLP

24                                                    By: s/ *Kenneth M. Fitzgerald*
25                                                       Kenneth M. Fitzgerald, Esq.
26                                                       Keith M. Cochran, Esq.

27                                                       -and-

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WARREN LEX LLP
Matthew S. Warren, Esq.
Patrick M. Shields, Esq.

Attorneys for Plaintiff and Counter Defendant ViaSat, Inc.

**CERTIFICATE OF SERVICE**

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users. I further certify that am causing the foregoing document to be served by electronic means via email upon counsel for Acacia Communications, Inc., per the agreement of counsel.

Dated:   February 2, 2018                              s/ *Kenneth M. Fitzgerald*
                                                       Kenneth M. Fitzgerald, Esq.