FITZGERALD KNAIER LLP
   Kenneth M. Fitzgerald, Esq. (SBN: 142505)
   kfitzgerald@fitzgeraldknaier.com
   Keith M. Cochran, Esq. (SBN: 254346)
   kchochran@fitzgeraldknaier.com
402 West Broadway, Suite 1400
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

WARREN LEX LLP
   Matthew S. Warren, Esq. (SBN: 230565)
   16-463@cases.warrenlex.com
   Patrick M. Shields, Esq. (SBN: 204739)
   16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

Attorneys for Plaintiff and Counter Defendant
ViaSat, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*, <br><br> Plaintiff and Counter Defendant, <br><br> v. <br><br> **Acacia Communications, Inc.**, *a Delaware corporation*, <br><br> Defendant and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA <br><br> **Declaration of Kenneth M. Fitzgerald In Support Of Plaintiff ViaSat, Inc.'s Motion for Partial Summary Judgment** <br><br> Date: March 5, 2018 <br> Time: 10:30 a.m. <br> Place: Courtroom 5A <br><br> Dist. Judge: Hon. Roger T. Benitez <br> Hon. Magistrate Jan M. Adler <br> Case Initiated: January 21, 2016 |

*ViaSat v. Acacia,* 3:16-00463-BEN-JMA
Declaration of Kenneth M. Fitzgerald ISO Motion for Partial Summary Judgment

I, Kenneth M. Fitzgerald, declare as follows:

1. I am an attorney at Fitzgerald Knaier LLP, counsel for plaintiff and counter defendant ViaSat, Inc. I am licensed to practice law in the State of California and admitted to this Court. I have personal knowledge of the facts set forth in this declaration, to which I could and would testify competently if called upon to do so.

2. Attached hereto as Exhibit 1 is a demonstrative exhibit, showing comparisons of pages from ViaSat's Low Level Technical Specifications from the Everest project, and various versions of Acacia's Low Level Technical Specifications for products on which it has not paid royalties. The ViaSat specifications and the versions of the Acacia specifications from which this demonstrative exhibit was prepared are attached as Exhibits 4 through 8. All of the Acacia specification documents were produced in discovery by Acacia, as indicated by the Acacia Bates numbers beginning with "ACI." Where these documents were marked as deposition exhibits, the deposition exhibit numbers appear in the lower right hand corner of the first page of each specification.

3. Attached hereto as Exhibit 2 is a list of personnel from Acacia and ViaSat whose emails, documents, and testimony are relied on in support of this motion, with descriptions of their respective titles and roles. These titles and roles are described in their deposition testimony, in the excerpts cited in Exhibit 2 and included in Exhibits 9 through 18.

4. Attached hereto as Exhibit 3 is a chronologically ordered list of Acacia products, with the approximate dates when each was developed, with citations to the deposition testimony of Acacia witnesses where such approximate dates were described. In addition, this demonstrative exhibit includes an indication of whether each product is an Accused Product, that is a product on which Acacia has not paid royalties.

5. Exhibits 1 through 3 are provided as basic reference guides, and are

intended to aid the Court in its review of this motion.

6. Attached hereto as Exhibits 9 through 18 are true and correct excerpts from the deposition transcripts of the following witnesses, with the relevant testimony marked in brackets:

- 9 – Mehmet Aydinlik, Ph.D.
- 10 – Pierre Humblet, Ph.D.
- 11 – Gary Martin, Ph.D. (30(b)(6) designee of Acacia)
- 12 – Benny Mikkelsen, Ph.D.
- 13 – Peter Monsen
- 14 – Larry Pellach
- 15 – Graeme Pendock, Ph.D.
- 16 – Christian Rasmussen, Ph.D.
- 17 – Bhupen Shah (30(b)(6) designee of Acacia)
- 18 – Alexander Vardy, Ph.D.

7. Attached hereto as Exhibits 19-21 are true and correct copies of correspondence between ViaSat's Associate General Counsel Erik Bliss and Acacia's Vice President Bhupen Shah and General Counsel Janene Asgeirsson.

8. Attached hereto as Exhibit 22 is a true and correct copy of Deposition Exhibit 501, the License Agreement at issue in this action.

9. Attached hereto as Exhibit 23 is a true and correct copy of Deposition Exhibit 85, the Non-Disclosure Agreement between the parties to this action.

10. Attached hereto as Exhibit 24 is a true and correct copy of relevant excerpts from the opening expert report of ViaSat's retained technical expert Krishna Narayanan, Ph.D.

11. Attached hereto as Exhibit 25 is a true and correct copy of relevant excerpts from the opening expert report of Acacia's retained technical expert Alexander Vardy, Ph.D.

12. Attached hereto as Exhibit 26 is ViaSat's Amended Trade Secret

1 | Identification, which we served on Acacia's counsel in this case.

2 |     13.    Attached as Exhibits 27 through 58 are true and correct highlighted copies of documents produced in discovery by counsel for Acacia. The documents all bear the Bates numbers used by Acacia to designate its documents, beginning with the prefix "ACI,", and all were marked by Acacia as "Highly Confidential – Attorneys' Eyes Only" under the terms of the Stipulated Protective Order in this action. Many of these documents were marked and used as deposition exhibits in the depositions of Acacia's witnesses. Where the exhibits were used as deposition exhibits, the deposition exhibit numbers are reflected in the numbered exhibit stamp on the first page of each exhibit, and indicated in the Index of Exhibits accompanying this motion. We have highlighted certain language from these exhibits where that language is relevant to the assertions in our motion.

    14.    Attached hereto as Exhibit 59 is a true and correct copy of an investor presentation produced by Acacia's venture capital investor Matrix Partners, in response to a subpoena we served on that firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of February 2018 in San Diego, California.

                            s/ *Kenneth M. Fitzgerald*
                            Kenneth M. Fitzgerald

**CERTIFICATE OF SERVICE**

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users. I further certify that am causing the foregoing document to be served by electronic means via email upon counsel for Acacia Communications, Inc., per the agreement of counsel.

Dated: February 2, 2018                              s/ *Kenneth M. Fitzgerald*
                                                                      Kenneth M. Fitzgerald, Esq.