# Index of Exhibits to Fitzgerald Declaration
# In Support of Motion for Partial Summary Judgment

| Exhibit | Description |
| --- | --- |
| 1. | Demonstrative exhibit: showing comparisons of pages from ViaSat's Low Level Technical Specifications from the Everest project, and various versions of Acacia's Low Level Technical Specifications for products on which it has not paid royalties [Lodged Under Seal] |
| 2. | Summary of Acacia's personnel and their roles [Lodged Under Seal] |
| 3. | Chronologically ordered summary of Acacia's products, including whether royalties have been paid on those products [Lodged Under Seal] |
| 4. | Low level technical specification for a product on which Acacia has not paid a royalty [Lodged Under Seal] |
| 5. | Deposition Exhibit 236: Low level technical specification for a product on which Acacia has not paid a royalty [Lodged Under Seal] |
| 6. | Deposition Exhibit 213: Low level technical specification for a product on which Acacia has not paid a royalty [Lodged Under Seal] |
| 7. | Deposition Exhibit 212: Low level technical specification for the Everest Encoder [Lodged Under Seal] |
| 8. | Deposition Exhibit 204: Low level technical specification for the Everest Decoder [Lodged Under Seal] |
| 9. | Excerpts from the deposition transcript of Mehmet Aydinlik, Ph.D. [Lodged Under Seal] |
| 10. | Excerpts from the deposition transcript of Pierre Humblet, Ph.D. |

|     | [Lodged Under Seal] |
| --- | --- |
| 11. | Excerpts from the deposition transcript of Gary Martin, Ph.D. (30(b)(6) designee of Acacia) [Lodged Under Seal] |
| 12. | Excerpts from the deposition transcript of Benny Mikkelsen, Ph.D. [Lodged Under Seal] |
| 13. | Excerpts from the deposition transcript of Peter Monsen [Lodged Under Seal] |
| 14. | Excerpts from the deposition transcript of Larry Pellach [Lodged Under Seal] |
| 15. | Excerpts from the deposition transcript of Graeme Pendock, Ph.D. [Lodged Under Seal] |
| 16. | Excerpts from the deposition transcript of Christian Rasmussen, Ph.D. [Lodged Under Seal] |
| 17. | Excerpts from the deposition transcript of Bhupen Shah (30(b)(6) designee of Acacia) [Lodged Under Seal] |
| 18. | Excerpts from the deposition transcript of Alexander Vardy, Ph.D. [Lodged Under Seal] |
| 19. | July 22, 2015 letter from Erik S. Bliss to Bhupen Shah |
| 20. | August 13, 2015 letter from Janene Asgeirsson to Erik S. Bliss |
| 21. | November 22, 2015 letter from Janene Asgeirsson to Erik S. Bliss |
| 22. | Deposition Exhibit 501: License Agreement at issue in this action |

| | |
|---|---|
| 23. | Deposition Exhibit 85: Non-Disclosure Agreement between the parties to this action [Lodged Under Seal] |
| 24. | Relevant excerpts from the opening expert report of ViaSat's retained technical expert Krishna Narayanan, Ph.D. [Lodged Under Seal] |
| 25. | Relevant excerpts from the opening expert report of Acacia's retained technical expert Alexander Vardy, Ph.D. [Lodged Under Seal] |
| 26. | ViaSat's Amended Trade Secret Identification, which we served on Acacia's counsel in this case [Lodged Under Seal] |
| 27. | November 30, 2012 email between Pierre Humblet and Christian Rasmussen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 28. | October 24, 2010 email between Christian Rasmussen and Eric Swanson, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 29. | January 28, 2011 email between Pierre Humblet and Christian Rasmussen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 30. | May 9, 2012 email between Christian Rasmussen and Pierre Humblet, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 31. | November 8, 2010 email between Bhupen Shah and Christian Rasmussen, Eric Swanson, Benny Mikkelsen, Raj Shanmuguraj, and Mehrdad Givehchi, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 32. | Deposition Exhibit 300: October 5, 2012 email between Benny Mikkelsen and Eric Swanson, which Acacia designated as Highly |

|  | |
|---|---|
|  | Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 33. | February 18, 2014 email between Bhupen Shah and Christian Rasmussen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 34. | August 5, 2009 email between Bhupen Shah and Christian Rasmussen, Benny Mikkelsen, and Graeme Pendock, including an attachment, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 35. | Deposition Exhibit 238: February 21, 2013 email between Peter Monsen and Pierre Humblet, including an attachment, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 36. | Deposition Exhibit 563: October 24, 2012 email from Christian Rasmussen to Mehrdad Givechi, including an attachment, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 37. | November 9, 2007 email between Christian Rasmussen, Supriyo Dey, Fenghai Liu, and Benny Mikkelsen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 38. | June 15, 2009 email between Christian Rasmussen, Russell Fuerst, and Benny Mikkelsen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 39. | Deposition Exhibit 201: April 29, 2011 email between Gary Martin, Pierre Humblet, Bhupen Shah, Benny Mikkelsen, and Christian Rasmussen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 40. | Deposition Exhibit 565: June 13, 2009 email between Eric Swanson, Christian Rasmussen, and Benny Mikkelsen, which Acacia designated as |

|     |     |
| --- | --- |
|     | Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 41. | June 12, 2009 email between Russell Fuerst and Christian Rasmussen, along with an attachment, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 42. | Deposition Exhibit 514: August 21, 2009 email between Christian Rasmussen and Benny Mikkelsen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 43. | Deposition Exhibit 209: March 17, 2010 PowerPoint Presentation, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 44. | Deposition Exhibit 509: July 17, 2009 email between Russell Fuerst and Bhupen Shah, with an attachment, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 45. | Deposition Exhibit 304: October 14, 2009 PowerPoint Presentation, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 46. | Deposition Exhibit 511: July 23, 2009 email between Bhupen Shah, Christian Rasmussen, Graeme Pendock, and Benny Mikkelsen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 47. | Deposition Exhibit 510: Notes prepared by Acacia, which Acacia designated as Highly Confidential – Attorneys' Eyes Only |
| 48. | Deposition Exhibit 517: February 1, 2010 email between Eric Swanson, John Lomedico, and Benny Mikkelsen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 49. | February 25, 2013 letter from Ted Gammell to Bhupen Shah, which Acacia designated as Highly Confidential – Attorneys' Eyes Only |

|     |                                                                                                                                                                                                                                          |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | [Lodged Under Seal]                                                                                                                                                                                                                      |
| 50. | Deposition Exhibit 500: March 18, 2013 letter from Bhupen Shah to Ted Gammell, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal]                                                                 |
| 51. | Deposition Exhibit 505: March 13, 2013 email between Raj Shanmugaraj, Benny Mikkelsen, Christian Rasmussen, and Bhupen Shah, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal]                   |
| 52. | Deposition Exhibit 560: May 9, 2012 email between Pierre Humblet and Christian Rasmussen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal]                                                      |
| 53. | Deposition Exhibit 591: March 14, 2012 email between Gary Martin and Christian Rasmussen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal]                                                      |
| 54. | Deposition Exhibit 592: March 14, 2012 email between Christian Rasmussen and Pierre Humblet, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal]                                                   |
| 55. | Update to the encoder and decoder specification for the Meru product, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal]                                                                          |
| 56. | Deposition Exhibit 588: March 13, 2012 email between Christian Rasmussen and Pierre Humblet, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal]                                                   |
| 57. | May 10, 2012 email between Pierre Humblet and Christian Rasmussen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal]                                                                             |

| | |
|---|---|
| 58. | Spreadsheet prepared by Acacia showing ViaSat royalty payments and liabilities, which Acacia designated as Highly Confidential – Attorneys' Eyes Only [Lodged Under Seal] |
| 59. | Deposition Exhibit 515: October 13, 2009 email between Benny Mikkelsen, Bhupen Shah, Christian Rasmussen, Eric Swanson, John Lomedico, and Stan Reiss, which was provided by Acacia's venture capital investor Matrix Partners [Lodged Under Seal] |