# EXHIBIT 1
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 2
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 3
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 4
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 5
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 6
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 7
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 8
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 9
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 10
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 11
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 12
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 13
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 14
## (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 15
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 16
# (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 17
# (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 18
# (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)