# EXHIBIT 19

[Exhibit 19-473]



July 22, 2015

**VIA E-MAIL AND REGULAR MAIL**

Bhupen Shah
Vice President of Engineering
Acacia Communications, Inc.
Three Clock Tower Place, Suite 100
Maynard, MA 01754
E-Mail: bhupen.shah@acacia-inc.com

Re:   "IP Core Development and License Agreement No. TG11102009," (the "Agreement") dated November 20, 2009, by and between ViaSat, Inc. ("ViaSat") and Acacia Communications, Inc. ("Acacia")

Mr. Shah:

ViaSat has learned that Acacia has developed, and is selling, a "Metro Coherent CFP Module" (the "CFP Module"), and possibly other modules, containing soft decision forward error correction, and that the module is specifically represented by Acacia to be "backwards compatible" with modules for which Acacia has been paying ViaSat royalties under the Agreement. ViaSat cannot understand how the CFP Module might provide such backwards compatibility without containing some or all of the "SDFEC Core" or proprietary design specifications provided to Acacia by ViaSat.

The SDFEC Core is, under the Agreement, specifically designated "Background Information," to which ViaSat retains all rights. Also, the SDFEC Core is defined as "Licensed Materials" in the Agreement, and the incorporation of all or any of the SDFEC Core or proprietary design specifications into a product—"regardless of whether or not the [SDFEC Core is] enabled or disabled in such . . . [p]roduct"—renders the product a Licensed Product for which Acacia must pay ViaSat royalties.

Please immediately confirm in writing that Acacia is paying, and will pay, the applicable royalties to ViaSat for all sales of the CFP Module, as well as for any additional modules sold by Acacia which contain any part of the SDFEC Core (in enabled or disabled form).

Very truly yours,

Erik S. Bliss
Associate General Counsel
ViaSat, Inc.

cc:   Russell Fuerst

6155 EL CAMINO REAL CARLSBAD CA 92009 | TEL: 760.476.2200 FAX: 760-929-3926 | WWW.VIASAT.COM

[Exhibit 19-474]