# EXHIBIT 20

[Exhibit 20-475]



August 13, 2015

Erik S. Bliss
Associate General Counsel
ViaSat, Inc.
6155 El Camino Real
Carlsbad, CA 92009

Re: "IP Core Development and License Agreement No. TG11102009," (the "Agreement) dated November 20, 2009, by and between ViaSat, Inc. ("ViaSat") and Acacia Communications, Inc. ("Acacia")

Dear Attorney Bliss:

This letter responds to your letter of July 22, 2015 to Bhupen Shah regarding the above-identified license agreement.

Please be assured that Acacia values its relationship with ViaSat and the rights of both parties under the Agreement. We can confirm that Acacia has and continues to comply with the terms of that Agreement. With respect to your question about the "Metro Coherent CFP Module", that product does not contain or utilize the "SDFEC Core" referenced in the Agreement, or indeed any variant or derivative thereof. On the contrary, Acacia has independently developed its own distinct product. Acacia has every right under the Agreement to independently develop soft decision forward error correction technology. Thus, Acacia has no obligation to pay royalties to ViaSat for the Metro Coherent CFP Modules.

We trust this addresses your inquiry. If you have further questions, please let us know.

Kind regards,

Janene I. Ásgeirsson
Vice President, General Counsel

cc: Bhupen Shah

3 Clock Tower | Suite 100 | Maynard, MA 01754 | 978-938-4896 | Fax: 978-938-4899

[Exhibit 20-476]