# EXHIBIT 21

[Exhibit 21-477]



November 24, 2015

Erik S. Bliss
Associate General Counsel
ViaSat, Inc.
6155 El Camino Real
Carlsbad, CA 92009

      Re:    "IP Core Development and License Agreement No. TGl 1102009," (the "Agreement) dated November 20, 2009, by and between ViaSat, lnc. ("ViaSat") and Acacia Communications, Inc. ("Acacia")

Dear Mr. Bliss:

Thank you for your letter dated November 16, 2015.

In ViaSat's letter dated July 22, 2015, ViaSat indicated a lack of understanding as to how Acacia's Metro Coherent CFP Module (the "CFP Module") could provide backwards compatibility to prior Acacia products for which Acacia was paying royalties to ViaSat under the Agreement, without containing some or all of the "SDFEC Core" referenced in that letter. In response, Acacia's August 13, 2015 letter notified ViaSat that it had independently developed its own distinct product, which incorporated its own independently developed soft decision forward error correction technology, and that such product did not contain or utilize the "SDFEC Core" referenced in the Agreement or any variant or derivative thereof. As such, Acacia also notified ViaSat that it had no obligation to pay royalties to ViaSat for its CFP Modules.

It appears that ViaSat's November 16, 2015 letter is merely restating ViaSat's prior lack of understanding without consideration or acknowledgement of Acacia's August 2015 response. In addition, ViaSat is requesting an in-person meeting with appropriate Acacia engineers and managers to further discuss this issue.

Acacia is not opposed to such a meeting, but needs to better understand ViaSat's expectations to ensure that any such meeting will be productive. In particular, Acacia would like to better understand why its prior response to ViaSat's inquiry was insufficient, particularly given that ==Acacia did not have access to the details or coding of the SDFEC Core.== In addition, Acacia respectfully requests that ViaSat respond to the following specific inquiries:

- Is ViaSat's position that Acacia is not permitted or is not capable of engaging in the independent development efforts referenced above and in its prior letter? If so, please explain the basis for that position.

- What type of information would satisfy ViaSat that the CFP Module is an independently developed product rather than a copy of the SDFEC Core?

[Exhibit 21-478]

- With respect to the statement in your letter of November 16, 2015 that ViaSat has heard certain things in the marketplace about the CFP Module, exactly what features and/or capabilities has ViaSat heard of that it believes require that the "SDFEC Core" referenced in the Agreement (or any variant or derivative thereof) be contained in or used by the CFP Module?

Assuming ViaSat's responses to the above inquiries are satisfactory to Acacia, please also indicate what procedural safeguards ViaSat is prepared to agree to, to ensure that nothing discussed at any agreed upon meeting between Acacia and ViaSat personnel would result in the improper disclosure of Acacia information.

Responses to the above inquiries will help Acacia determine both whether an in-person meeting is the appropriate next step and, if so, who should attend on behalf of Acacia.

Kind regards,

Janene I. Asgeirsson
Vice President, General Counsel

cc:     Bhupen Shah