WOLF, GREENFIELD & SACKS, P.C.
   Michael A. Albert (Admitted *Pro Hac Vice*)
   Mass. B.B.O No. 558566
   malbert@wolfgreenfield.com
   Hunter D. Keeton (Admitted *Pro Hac Vice*)
   Mass. B.B.O No. 660609
   hkeeton@wolfgreenfield.com
   Stuart V. C. Duncan Smith (Admitted *Pro Hac Vice*)
   Mass. B.B.O No. 687976
   sduncansmith@wolfgreenfield.com
600 Atlantic Avenue
Boston, Massachusetts, 02210
Tel: (617) 646-8000   Fax: (617) 646-8646

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   Victor M. Felix (SBN: 179622)
   victor.felix@procopio.com
525 B Street, Suite 2200
San Diego, California, 92101
Tel: (619) 515-3229   Fax: (619) 744-5409

Attorneys for Defendant and Counter Claimant Acacia Communications, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.,**<br>*a Delaware corporation,*<br><br>        Plaintiff<br>        and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.,**<br>*a Delaware corporation,*<br><br>        Defendant<br>        and Counter Claimant. | Case No. 3:16-cv-00463-BEN-JMA<br><br>**DECLARATION OF HUNTER D. KEETON IN SUPPORT OF ACACIA COMMUNICATIONS, INC.'S *EX PARTE* APPLICATION**<br><br>Judge: Hon. Roger T. Benitez<br>Mag. Judge: Hon. Jan M. Adler<br><br>**NO ORAL ARGUMENT<br>MOTION UNDER SUBMISSION** |

Declaration of Hunter D. Keeton in Support
of Acacia Communications, Inc.'s *Ex Parte* Application

Case No. 3:16-CV-00463-BEN-JMA

I, Hunter D. Keeton, declare:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and counsel at the law firm of Wolf, Greenfield & Sacks P.C., which represents Defendant and Counter Claimant Acacia Communications, Inc. ("Acacia") in the above-referenced action filed by Plaintiff and Counter Defendant ViaSat, Inc. ("ViaSat"). I have been admitted *pro hac vice* in this matter. I make this declaration in support of Acacia's *Ex Parte* Application for an Order Clarifying the Page Count Related to ViaSat's February 2d, 2018 Motion Papers, or in the Alternative for an Order Granting Acacia Leave To File Oppositions with Additional Pages. I am familiar with the facts set forth in this Declaration and could testify competently to their truth if called as a witness.

2. I spoke with Amy Bailey, counsel for ViaSat, on February 6, 2018. I informed counsel that ViaSat's Memoranda filed on February 2, 2018 appeared to be in excess of the page limits under Civil Local Rule 7.1(h), and that ViaSat had failed to seek leave of the Court to file the excess pages. Ms. Bailey did not indicate that ViaSat would be withdrawing its Memoranda or the pages in excess of 25.

3. I informed Ms. Bailey that Acacia would file an *ex parte* application seeking clarification from the Court regarding whether Acacia's Oppositions are limited to a combined total of 25 pages per Local Rule 7.1(h).

4. I also informed Ms. Bailey that Acacia would ask the Court, in the alternative, for an Order permitting Acacia additional pages to respond to ViaSat's Memoranda, should the Court indicate that they were acceptable. Ms. Bailey indicated that ViaSat did not at that point have a position as to whether it would object to that request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: February 6, 2018        By: *s/ Hunter D. Keeton*
                              Hunter D. Keeton

Declaration of Hunter D. Keeton in Support                       Case No. 3:16-CV-00463-BEN-JMA
of Acacia Communications, Inc.'s *Ex Parte* Application                                      1

# **CERTIFICATE OF SERVICE**

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users. I further certify that, to the extent they are not registered CM/ECF Users, I am causing the foregoing document to be served by electronic means via email upon counsel for ViaSat, Inc., per the agreement of counsel.

Date: February 6, 2018      *s/Michael A. Albert*
                                                            Michael A. Albert

Declaration of Hunter D. Keeton in Support
of Acacia Communications, Inc.'s *Ex Parte* Application

Case No. 3:16-CV-00463-BEN-JMA

2