# Exhibit 35

Exhibit 35-1230

1  Michael A. Albert; malbert@wolfgreenfield.com
2  (Admitted *pro hac vice*)
   Hunter Keeton; hkeeton@wolfgreenfield.com
3  (Admitted *pro hac vice*)
   WOLF, GREENFIELD & SACKS, P.C.
4  600 Atlantic Avenue
5  Boston, MA 02210
   T: (617) 646-8000; F: (617) 646-8646
6

7  Victor M. Felix (SBN: 179622);
   victor.felix@procopio.com
8  PROCOPIO CORE HARGREAVES AND
9  SAVITCH LLP
   522 B Street, Suite 2200
10 San Diego, CA 92101-4469
11 (619) 515-3229 Phone; (619) 744-5409 Fax

12
   Attorneys for Defendant and Counter Claimant
13 Acacia Communications, Inc.

14                UNITED STATES DISTRICT COURT

15                SOUTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17 **ViaSat, Inc.,** *a Delaware corporation,* | Case No. 3:16-cv-00463-BEN-JMA |
| 18 | |
| 19 Plaintiff and Counter Defendant, | **Acacia Communications, Inc.'s Responses to ViaSat, Inc.'s Requests for Production (Set One)** |
| 20 | |
| 21 v. | Dis. Judge: Hon. Robert T. Benitez |
| 22 **Acacia Communications, Inc.,** *a Delaware corporation,* | Hon. Magistrate Jan M. Adler |
| 23 | Case Initiated January 21, 2016 |
| 24 Defendant and Counter Claimant | |
| 25 | |

26

27

28


# INITIAL GENERAL OBJECTIONS

Defendant and Counter-Claimant Acacia Communications, Inc. ("Acacia") provides its initial General Objections to Plaintiff and Counter-Defendant ViaSat, Inc.'s ("ViaSat") Requests for Production as follows.

ViaSat served its discovery requests prior to identifying its alleged trade secrets. California's Uniform Trade Secrets Act requires ViaSat to identify its allegedly misappropriated trade secrets "with reasonable particularity" prior to commencing discovery. Cal. Code. Civ. Proc. § 2019.210. Consequently, ViaSat's pending requests are untimely.

Acacia will provide a full set of General Objections, Specific Objections, and Responses to ViaSat's discovery requests after ViaSat provides the required identification of its trade secrets. That full set of responses will be due according to the timeline set forth by Federal Rules of Civil Procedure 33(b)(2), 34(b)(2)(A), 36(a)(3), and 6(d) respectively (30 + 3 days) after ViaSat complies with Cal. Code. Civ. Proc. § 2019.210.

Date: October 3, 2016            /s/ Hunter D. Keeton
                                 Michael A. Albert
                                 Hunter D. Keeton
                                 WOLF, GREENFIELD & SACKS, P.C.
                                 600 Atlantic Ave.
                                 Boston, MA  02210
                                 (617) 646-8000 Phone
                                 (617) 646-8646 Fax

## CERTIFICATE OF SERVICE

I certify that today I am causing the foregoing document to be served by electronic means via email upon counsel for ViaSat, Inc., per the agreement of counsel.

Date: October 3, 2016            /s/ Hunter D. Keeton
                                 Hunter D. Keeton

Case No. 3:16-cv-00463-BEN-JMA                                              1
Acacia Communications, Inc.'s Responses to ViaSat, Inc.'s Interrogatories (Set One)