# Index of Exhibits to Fitzgerald Declaration
# In Support Of ViaSat's Opposition to Acacia's MSJ Re No Liability

| Exhibit | Page No. | Description |
|---|---|---|
| 1. | 1-44 | Deposition Exhibit 501: License Agreement at issue in this action |
| 2. | 45 | July 22, 2015 letter from Erik S. Bliss to Bhupen Shah |
| 3. | 46 | August 13, 2015 letter from Janene Asgeirsson to Erik S. Bliss |
| 4. | 47-48 | November 24, 2015 letter from Janene Asgeirsson to Erik S. Bliss |
| 5. | 49-63 | Excerpts from the deposition transcript of Gary Martin, Ph.D. (30(b)(6) designee of Acacia) [Lodged Under Seal] |
| 6. | 64-74 | Excerpts from the deposition transcript of Pierre Humblet, Ph.D. [Lodged Under Seal] |
| 7. | 75-86 | Excerpts from the deposition transcript of Peter Monsen [Lodged Under Seal] |
| 8. | 87-113 | Excerpts from the deposition transcript of Christian Rasmussen, Ph.D. [Lodged Under Seal] |
| 9. | 114-126 | Excerpts from the deposition transcript of Benny Mikkelsen, Ph.D. [Lodged Under Seal] |
| 10. | 127-132 | Excerpts from the deposition transcript of Lawrence Pellach [Lodged Under Seal] |

| | | |
|---|---|---|
| 11. | 133-141 | Excerpts from the deposition transcript of Bhupen Shah (30(b)(6) designee of Acacia) [Lodged Under Seal] |
| 12. | 142-145 | Excerpts from the deposition transcript of Russell Fuerst, Ph.D. [Lodged Under Seal] |
| 13. | 146-155 | Excerpts from the deposition transcript of Richard Koralek, Ph.D. [Lodged Under Seal] |
| 14. | 156-158 | Excerpts from the deposition transcript of Alexander Vardy, Ph.D. [Lodged Under Seal] |
| 15. | 159-160 | Excerpts from the deposition transcript of Krishna Narayanan, Ph.D. [Lodged Under Seal] |
| 16. | 161-177 | Excerpts from the deposition transcript of Marwan Hassoun, Ph.D. [Lodged Under Seal] |
| 17. | 178-382 | The opening expert report of ViaSat's retained technical expert Krishna Narayanan, Ph.D. |
| 18. | 383-602 | The opening expert report of Acacia's retained technical expert Alexander Vardy, Ph.D. [Lodged Under Seal] |
| 19. | 603-775 | The opening expert report of ViaSat's retained source code expert Dr. Marwan Hassoun [Lodged Under Seal] |
| 20. | 776-851 | The Expert Report of ViaSat's retained expert Stephen Prowse, Ph.D. |
| 21. | 852-856 | ViaSat's Amended Trade Secret Identification, which we served on Acacia's counsel in this case [Lodged Under Seal] |

| | | |
|---|---|---|
| 22. | 857-866 | Acacia Communications, Inc.'s Supplemental Responses to ViaSat, Inc.'s Requests for Admission (Set One) [Lodged Under Seal] |
| 23. | 867-925 | Deposition Exhibit 212: A low level technical specification for the Everest Encoder. ViaSat produced this specification during discovery. [Lodged Under Seal] |
| 24. | 926-949 | Deposition Exhibit 236: A low level technical specification for a product on which Acacia has not paid a royalty. [Lodged Under Seal] |
| 25. | 950-993 | Deposition Exhibit 213: A low level technical specification for a product on which Acacia has not paid a royalty. Acacia produced this specification during discovery. [Lodged Under Seal] |
| 26. | 994 | June 15, 2009 email between Christian Rasmussen, Russell Fuerst, and Benny Mikkelsen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only. [Lodged Under Seal] |
| 27. | 995-1003 | June 12, 2009 email between Russell Fuerst and Christian Rasmussen, along with an attachment, which Acacia designated as Highly Confidential – Attorneys' Eyes Only. [Lodged Under Seal] |
| 28. | 1004-1024 | Deposition Exhibit 209: March 17, 2010 PowerPoint Presentation, which Acacia designated as Highly Confidential – Attorneys' Eyes Only. [Lodged Under Seal] |
| 29. | 1025-1026 | February 25, 2013 letter from Ted Gammell to Bhupen Shah, which Acacia designated as Highly Confidential – Attorneys' Eyes Only. [Lodged Under Seal] |

| | | |
|---|---|---|
| 30. | 1027-1028 | Deposition Exhibit 500: March 18, 2013 letter from Bhupen Shah to Ted Gammell, which Acacia designated as Highly Confidential – Attorneys' Eyes Only. [Lodged Under Seal] |
| 31. | 1029-1030 | Deposition Exhibit 505: March 13, 2013 email between Raj Shanmugaraj, Benny Mikkelsen, Christian Rasmussen, and Bhupen Shah, which Acacia designated as Highly Confidential – Attorneys' Eyes Only. [Lodged Under Seal] |
| 32. | 1031-1033 | An update to the encoder and decoder specification for the Meru product, which Acacia designated as Highly Confidential – Attorneys' Eyes Only. [Lodged Under Seal] |
| 33. | 1034-1037 | November 27, 2012 email between Christian Rasmussen and Benny Mikkelsen, Bhupen Sha, John LoMedico, Mehrdad Givechi, Raj Shanmugaraj, and Feng-hai Liu, along with an attachment, which Acacia designated as Highly Confidential – Attorneys' Eyes only. [Lodged Under Seal] |
| 34. | 1038-1040 | June 11, 2012 email between Gary Martin and Pierre Humblet, which Acacia designated as Highly Confidential – Attorneys' Eyes Only. [Lodged Under Seal] |
| 35. | 1041 | Deposition Exhibit 128: October 24, 2012 email between Jon Stahl, Larry Pellach, Kevin Hinchey, Gary Martin, and Peter Monsen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only. [Lodged Under Seal] |
| 36. | 1042-1043 | Deposition Exhibit 303: July 8, 2009 email between Benny Mikkelsen, Bhupen Shah, Eric Swanson, Christian Rasmussen, and Stan Reiss, which Acacia designated as Highly Confidential – Attorneys' Eyes Only. [Lodged Under Seal] |

| 37. | 1044-1045 | Deposition Exhibit 535: March 20, 2014 email between Bhupen Shah, John LoMedico, Benny Mikkelsen, Feng-hai Liu, and Christian Rasmussen, which Acacia designated as Highly Confidential – Attorneys' Eyes Only.  [Lodged Under Seal] |
|---|---|---|
| 38. | 1046-1047 | Deposition Exhibit 543: June 10, 2010 email between Benny Mikkelsen, Eric Swanson, and Raj Shanmugaraj, which Acacia designated as Highly Confidential – Attorneys' Eyes Only.  [Lodged Under Seal] |
| 39. | 1048-1049 | Deposition Exhibit 549: November 27, 2012 email between Raj Shanmugaraj, Benny Mikkelsen, Christian Rasmussen, Bhupen Shah, and Mehrdad Givehchi, which Acacia designated as Highly Confidential – Attorneys' Eyes Only. [Lodged Under Seal] |