# EXHIBIT 5

(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 6
## (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 7
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 8

(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 9
## (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 10
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 11
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 12
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 13
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 14

(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 15

(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 16
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 17
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 18
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 19
(THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 20
## (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 21

(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 22
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 23

(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 24
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 25
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 26
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 27
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 28

(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 29
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 30

(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 31

(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 32
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 33
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 34

(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 35

## (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

# EXHIBIT 36

(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 37
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 38
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)

# EXHIBIT 39
(THIS EXHIBIT IS SUBJECT TO A
MOTION TO FILE UNDER SEAL)