WOLF, GREENFIELD & SACKS, P.C.
   Michael A. Albert (Admitted *Pro Hac Vice*)
   Mass. B.B.O No. 558566
   malbert@wolfgreenfield.com
   Hunter D. Keeton (Admitted *Pro Hac Vice*)
   Mass. B.B.O No. 660609
   hkeeton@wolfgreenfield.com
   Stuart V. C. Duncan Smith (Admitted Pro Hac Vice)
   Mass. B.B.O No. 687976
   sduncansmith@wolfgreenfield.com
600 Atlantic Avenue
Boston, Massachusetts, 02210
Tel: (617) 646-8000   Fax: (617) 646-8646

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   Victor M. Felix (SBN: 179622)
   victor.felix@procopio.com
525 B Street, Suite 2200
San Diego, California, 92101
Tel: (619) 515-3229   Fax: (619) 744-5409

Attorneys for Defendant and Counter Claimant Acacia Communications, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.,** *a Delaware corporation,*<br><br>         Plaintiff<br>         and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.,** *a Delaware corporation,*<br><br>         Defendant<br>         and Counter Claimant | Case No. 3:16-cv-00463-BEN-JMA<br><br>**ACACIA COMMUNICATIONS, INC.'S MOTION TO FILE UNDER SEAL DOCUMENTS ASSOCIATED WITH ITS REPLY IN SUPPORT OF ACACIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DAMAGES**<br><br>Judge: Hon. Roger T. Benitez<br>Mag. Judge: Hon. Jan M. Adler<br><br>Date: February 20, 2018<br>Time: 10:30 a.m.<br>Courtroom: 5A |

Acacia Communications, Inc.'s Motion to File Under                         Case No. 3:16-CV-00463-BEN-JMA
Seal Documents Associated with Its Reply in Support of
Its Motion for Partial Summary Judgment Regarding Damages

Under Federal Rule of Civil Procedure 26(c), Local Rule 79.2(c), ECF Administrative Policies and Procedures 2(j), the Stipulated Protective Order § 1 (D.I. 29), and Magistrate Judge Adler's Chamber Rules at 3, defendant and counter claimant Acacia Communications, Inc. ("Acacia") submits this motion to file under seal portions of its Reply in Support of Acacia Communications, Inc.'s Motion for Summary Judgment Regarding Damages ("Acacia's Reply").

## ARGUMENT

Certain limited portions of Acacia's Reply contain confidential information that one or both of the parties have designated as Confidential or Highly Confidential – Attorneys' Eyes Only under the Stipulated Protective Order (D.I. 29), disclosure of which would harm the competitive standing of the parties and could be used to the parties' competitive disadvantage outside of this case.

Acacia seeks to seal the following document:

a. Portions of Acacia's Reply, which contains information that ViaSat and Acacia have designated as Highly Confidential – Attorneys' Eyes Only. These portions contain confidential business and financial information of both ViaSat and Acacia regarding product sales, royalty and other payments, contractual obligations, and the value of the technology and products at issue in this case.

Acacia will electronically file a public version of Acacia's Reply with the confidential information redacted. Therefore, this request is narrowly tailored to protect only the information that is confidential.

While the public generally enjoys the right of access to court records, the public's right to access to court records "is not absolute," and documents are properly filed under seal where disclosure would harm a party by forcing it to disclose trade secrets or other valuable confidential proprietary business information. *See, e.g.*, *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569-70 (9th Cir. 2008).

Acacia Communications, Inc.'s Motion to File Under
Seal Documents Associated with Its Reply in Support of
Its Motion for Partial Summary Judgment Regarding Damages

Case No. 3:16-CV-00463-BEN-JMA

1

"Where a party shows that its documents contain sources of business information that might harm its competitive standing, the need for public access to the records is lessened." *Algarin v. Maybelline, LLC*, No. 12-3000, 2014 WL690410, at *3 (S.D. Cal. Feb. 21, 2014). Courts must ensure that their records are not used "as sources of business information that might harm a litigant's competitive standing." *Nixon*, 435 U.S. at 598; *see also Bauer Bros. LLC v. Nike, Inc.*, No. 09500, 2012 WL1899838, at *3-4 (S.D. Cal. May 24, 2012) (granting motion to seal non-public financial data); *Davis v. Soc. Serv. Coordinators, Inc.*, No. 10-023 72, 2012 WL 1940677, at *3 (E.D. Cal. May 29, 2012) (noting that "[g]ood cause to seal is generally found where the disclosure of proprietary information could cause a party competitive injury").

Good cause to file under seal exists because the information Acacia seeks to seal has been identified as confidential by Acacia, ViaSat, and third parties. Publicly filing the information would prejudice Acacia, ViaSat, and third parties by revealing technical and financial information that could be used for competitive advantage outside of this case. Therefore, there is good cause to seal this information.

## **CONCLUSION**

For the foregoing reasons, Acacia respectfully requests that the Court seal the portions of Acacia's Reply. A Proposed Order will be emailed to efile_benitez@casd.uscourts.gov and efile_adler@casd.uscourts.gov.

Date: February 13, 2018

Respectfully Submitted,

WOLF, GREENFIELD & SACKS, P.C.

By: *s/Michael A. Albert*
Michael A. Albert
Hunter D. Keeton
Stuart V. C. Duncan Smith

Attorneys for Defendant and Counter Claimant Acacia Communications, Inc.

Acacia Communications, Inc.'s Motion to File Under Seal Documents Associated with Its Reply in Support of Its Motion for Partial Summary Judgment Regarding Damages

Case No. 3:16-CV-00463-BEN-JMA
2

## CERTIFICATE OF SERVICE

I certify that today I served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users. I further certify that am causing the foregoing document to be served by electronic means via email upon counsel for ViaSat, Inc., per the agreement of counsel.

Date: February 13, 2018   *s/Michael A. Albert*
Michael A. Albert

Acacia Communications, Inc.'s Motion to File Under
Seal Documents Associated with Its Reply in Support of
Its Motion for Partial Summary Judgment Regarding Damages

Case No. 3:16-CV-00463-BEN-JMA
3