1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

13

SOUTHERN DISTRICT OF CALIFORNIA

14  **ViaSat, Inc.,**
    *a Delaware corporation,*
15

16                  Plaintiff and Counter
                              Defendant,
17

18  v.

    **Acacia Communications, Inc.,**
19  *a Delaware corporation,*

20
                    Defendant
21          and Counter Claimant.

22

23

Case No. 3:16-cv-00463-BEN-JMA

**ORDER GRANTING ACACIA
COMMUNICATIONS, INC.'S
MOTION TO FILE UNDER SEAL
DOCUMENTS ASSOCIATED WITH
THE JOINT MOTION FOR
DETERMINATION OF DISCOVERY
DISPUTE NO. 3 [ECF No. 78]**

Dist. Judge: Hon. Roger T. Benitez
Mag. Judge: Hon. Jan M. Adler

Case Initiated January 21, 2016

24
25
26
27
28

Good cause being shown to grant Acacia Communications, Inc.'s Motion to File Under Seal Documents Associated with its Joint Motion for a Discovery Determination No. 3, the Court hereby grants the motion. Accordingly, the following documents that Acacia electronically submitted shall be filed under seal:

a. Exhibit 1 attached thereto, which is a copy of Exhibit 616 from the deposition of Mr. Chandrasekar Raj held on October 13, 2017.

b. Exhibit 2 attached thereto, which is a copy of Exhibit 617 from the deposition of Mr. Raj held on October 13, 2017.

c. Exhibit 3 attached thereto, which is a copy of Mr. Raj's errata sheet dated December 4, 2017.

d. Exhibit 4 attached thereto, which is a copy of excerpts from the deposition of Mr. Chandra Raj held on October 13, 2017.

e. Exhibit 5 attached thereto, which is a copy of a non-disclosure agreement executed between ViaSat and a third-party.

f. Exhibit 6 attached thereto, which is a copy of a portion of the non-disclosure agreement attached as Exhibit 5 along with corresponding metadata.

g. Exhibit 7 attached thereto, which is a copy of an email chain between Mr. Raj and a third party.

h. Exhibit 8 attached thereto, which is a copy of excerpts from the deposition of Dr. Paul Pruncal held on December 4, 2017.

i. Exhibit 9 attached thereto, which is a copy of a declaration from Chandrasekar Raj.

//

//

//

//

j.  <u>Exhibit 10</u> attached thereto, which is a copy of Dr. Paul Prucnal's errata sheet dated January 16, 2018.

**IT IS SO ORDERED**.

Dated:  February 15, 2018

_____
Honorable Jan M. Adler
United States Magistrate Judge