FITZGERALD KNAIER LLP
    Kenneth M. Fitzgerald (State Bar No. 142505)
    kfitzgerald@fitzgeraldknaier.com
    David Beckwith (State Bar No. 125130)
    dbeckwith@fitzgeraldknaier.com
    Keith M. Cochran (State Bar No. 254346)
    kcochran@fitzgeraldknaier.com
    402 West Broadway, Suite 1400
    San Diego, California, 92101
+1 (619) 241-4810
+1 (619) 955-5318 facsimile

WARREN LEX LLP
    Matthew S. Warren (State Bar No. 230565)
    Patrick M. Shields (State Bar No. 204739)
    Erika H. Warren (State Bar No. 295570)
    16-463@cases.warrenlex.com
    2261 Market Street, No. 606
    San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

Attorneys for Plaintiff and Counter-Defendant ViaSat, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.<br>a Delaware corporation,<br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC.<br>a Delaware corporation,<br>    Defendant and Counter-Claimant. | Case No. 3:16-463-BEN-JMA<br><br>**Proof of Service of Documents filed on February 19, 2018**<br><br>Hon. Dist. Judge Roger T. Benitez<br>Hon. Magistrate Judge Jan M. Adler<br><br>Case Initiated: January 21, 2016 |

I certify that on February 19, 2018, I served the following documents by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users:

1. Motion to File Under Seal Corrected Documents, Docket No. 123;

2. ViaSat's *Ex Parte* Application for Leave to Correct Errors in its Motions for Summary Judgment and to Exclude Expert Testimony, Docket No. 127;

3. Declaration of Matthew S. Warren in Support of *Ex Parte* Application for Leave to Correct Errors in Motions for Summary Judgment and to Exclude Expert Testimony, filed as Exhibit A to *Ex Parte* Application, Docket No. 127-1;

4. Exhibit B to ViaSat's *Ex Parte* Application, Docket No. 127-2;

5. Exhibit C to ViaSat's *Ex Parte* Application, Docket No. 127-3;

6. Exhibit D to ViaSat's *Ex Parte* Application, Docket No. 127-4; and

7. Exhibit E to ViaSat's *Ex Parte* Application, Docket No. 127-5;

I further certify that on February 19, 2018, I served the following documents by secure electronic mail under Fed. R. Civ. P. 5(b)(2)(E) on counsel for Defendant and Counter-Claimant Acacia Communications, Inc.:

8. Exhibit F to ViaSat's *Ex Parte* Application, filed under seal, Docket No. 124;

9. Exhibit G to ViaSat's *Ex Parte* Application, filed under seal, Docket No. 125.

Dated: February 20, 2018

Erika H. Warren