**Index of Exhibits to Reply Declaration of Kenneth M. Fitzgerald
In Support of Motion for Partial Summary Judgment**

| Exhibit | Page No. | Description |
|---------|----------|-------------|
| 60. | 1-17 | A September 29, 2009 email between Bhupen Shah and Russell Fuerst, along with an attachment. |
| 61. | 18-29 | A copy of excerpts of the September 28, 2017 deposition transcript of Acacia employee Bhupendra Shah. |
| 62. | 30-42 | A copy of excerpts of the August 16, 2017 deposition transcript of Acacia employee Benny Mikkelsen. |
| 63. | 43-46 | A June 11, 2012 email between Gary Martin and Pierre Humblet |