1   FITZGERALD KNAIER LLP
2       Kenneth M. Fitzgerald (State Bar No. 142505)
        kfitzgerald@fitzgeraldknaier.com
3       David Beckwith (State Bar No. 125130)
        dbeckwith@fitzgeraldknaier.com
4       Keith M. Cochran (State Bar No. 254346)
        kcochran@fitzgeraldknaier.com
5
6       402 West Broadway, Suite 1400
        San Diego, California, 92101
7   +1 (619) 241-4810
8   +1 (619) 955-5318 facsimile

9   WARREN LEX LLP
10      Matthew S. Warren (State Bar No. 230565)
        Patrick M. Shields  (State Bar No. 204739)
11      Erika H. Warren (State Bar No. 295570)
12      16-463@cases.warrenlex.com
        2261 Market Street, No. 606
13      San Francisco, California, 94114
14  +1 (415) 895-2940
15  +1 (415) 895-2964 facsimile

16  Attorneys for Plaintiff and Counter-Defendant ViaSat, Inc.
17
18              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
19
20  VIASAT, INC.                        )   Case No. 3:16-463-BEN-JMA
    a Delaware corporation,             )
21      Plaintiff and Counter-Defendant, )  **Motion to File Under Seal Unredacted**
                                        )   **Reply Memorandum in Support of**
22  v.                                  )   **ViaSat's Motion for Summary Judgment**
                                        )   **on Acacia's Counterclaim for Patent**
23                                      )   **Misappropriation**
    ACACIA COMMUNICATIONS, INC.         )
24  a Delaware corporation,             )
25      Defendant and Counter-Claimant.  )  Hon. Dist. Judge Roger T. Benitez
                                        )   Hon. Magistrate Judge Jan M. Adler
26                                      )
27                                      )   Case Initiated:  January 21, 2016
                                        )
28  _____   )

Under Federal Rule of Civil Procedure 26(c), Local Rule 79.2(c), ECF Administrative Policies and Procedures 2(j), and Paragraph 1 of the Stipulated Protective Order (Dkt. No. 29), as amended (Dkt. No. 47), Plaintiff and Counter-Defendant ViaSat, Inc. ("ViaSat") respectfully requests that the Court file under seal portions of the Reply Memorandum in Support of ViaSat's Motion for Summary Judgment on Acacia's Counterclaim for Patent Misappropriation.

## ARGUMENT

Certain limited portions of the Reply Memorandum in Support of ViaSat's Motion for Summary Judgment on Acacia's Counterclaim for Patent Misappropriation contain confidential information that Acacia designated as Confidential or Highly Confidential – Attorneys' Eyes Only under the Stipulated Protective Order (Dkt. No. 29), disclosure of which would harm the competitive standing of the parties and could be used to the parties' competitive disadvantage outside of this case.

Specifically, ViaSat seeks to seal the following documents:

(a) Reply Memorandum in Support of ViaSat's Motion for Summary Judgment on Acacia's Counterclaim for Patent Misappropriation contains information that Acacia designated as Highly Confidential – Attorneys' Eyes Only. ViaSat previously moved to file the same material under seal. Docket Nos. 87, 123. Acacia did not oppose these motions. Thus, ViaSat seeks to seal this document for the same reasons ViaSat has already described in its Motion to Seal its Memorandum in Support of ViaSat's Motion for Summary Judgment on Acacia's Counterclaim for Patent Misappropriation, Docket Nos. 87, 123.

**CONCLUSION**

For the foregoing reasons, ViaSat respectfully requests that the Court seal portions of the Reply Memorandum in Support of ViaSat's Motion for Summary Judgment on Acacia's Counterclaim for Patent Misappropriation. A Proposed Order will be emailed to efile_benitez@casd.uscourts.gov and efile_adler@casd.uscourts.gov.

Dated: February 26, 2018                    Respectfully Submitted,

Matthew S. Warren
Patrick M. Shields
Erika H. Warren
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114

Kenneth M. Fitzgerald
David Beckwith
Keith M. Cochran
FITZGERALD KNAIER LLP
402 West Broadway, Suite 1400
San Diego, California, 92101

*Attorneys for Plaintiff and*
*Counter-Defendant ViaSat, Inc.*