FITZGERALD KNAIER LLP
    Kenneth M. Fitzgerald (State Bar No. 142505)
    kfitzgerald@fitzgeraldknaier.com
    David Beckwith (State Bar No. 125130)
    dbeckwith@fitzgeraldknaier.com
    Keith M. Cochran (State Bar No. 254346)
    kcochran@fitzgeraldknaier.com
    402 West Broadway, Suite 1400
    San Diego, California, 92101
+1 (619) 241-4810
+1 (619) 955-5318 facsimile

WARREN LEX LLP
    Matthew S. Warren (State Bar No. 230565)
    Patrick M. Shields  (State Bar No. 204739)
    Erika H. Warren (State Bar No. 295570)
    16-463@cases.warrenlex.com
    2261 Market Street, No. 606
    San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

Attorneys for Plaintiff and Counter-Defendant ViaSat, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.<br>a Delaware corporation,<br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC.<br>a Delaware corporation,<br>    Defendant and Counter-Claimant.<br>_____ ) | Case No. 3:16-463-BEN-JMA<br><br>**Certificate of Service of Documents filed on February 26, 2018**<br><br>Hon. Dist. Judge Roger T. Benitez<br>Hon. Magistrate Judge Jan M. Adler<br><br>Case Initiated:  January 21, 2016 |

I certify that today, February 26, 2018, I served the following documents by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users:

1.  Motion to File Under Seal: (a) Unredacted Memorandum in Opposition to Acacia's Motion to Strike and Exclude Certain Opinions of ViaSat's Experts and (b) Exhibits 1–3 and 5-6 to the Declaration of Matthew S. Warren, Docket No. 136;

2.  ViaSat's Opposition to Motion to Strike and Exclude Certain Opinions of ViaSat's Experts, Declaration of Matthew S. Warren, and Exhibit 4, Docket No. 138;

4.  Motion to File Under Seal: (a) Unredacted Reply Memorandum in Support of ViaSat's Motion to Exclude Expert Testimony, and (b) Exhibits to the Reply Declaration of Patrick M. Shields, Docket No. 139;

5.  Reply in Support of ViaSat's Motion to Exclude Expert Testimony and Declaration of Patrick M. Shields, Docket No. 141;

6.  Motion to File Under Seal Unredacted Reply Memorandum in Support of ViaSat's Motion for Summary Judgment on Acacia's Counterclaim for Patent Misappropriation, Docket No. 142; and

7.  Reply in Support of ViaSat's Motion for Summary Judgment on Acacia's Counterclaim for Patent Misappropriation, Docket No. 144.

I further certify that on February 26, 2018, I served the following documents by secure electronic mail under Fed. R. Civ. P. 5(b)(2)(E) on counsel for Defendant and Counter-Claimant Acacia Communications, Inc.:

1.  Unredacted Memorandum in Opposition to Acacia's Motion to Strike and Exclude Certain Opinions of ViaSat's Experts and Exhibits 1–3 and 5-6 to the Declaration of Matthew S. Warren, filed under seal, Docket No. 137;

//

//

2.     Unredacted Reply Memorandum in Support of ViaSat's Motion to Exclude Expert Testimony and Exhibits Reply Declaration of Patrick M. Shields, filed under seal, Docket No. 140; and

3.     Unredacted Reply Memorandum in Support of ViaSat's Motion for Summary Judgment on Acacia's Counterclaim for Patent Misappropriation, filed under seal, Docket No. 143.

Dated: February 26, 2018

_____

Matthew S. Warren