FILED

2018 MAR -6 AM 8:43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC., a Delaware corporation,<br><br>Defendant.<br><br>ACACIA COMMUNICATIONS, INC., a Delaware corporation,<br><br>Counter Claimant,<br><br>v.<br><br>VIASAT, INC., a Delaware corporation,<br><br>Counter Defendant. | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE HEARING DATES**<br><br>[Doc. No. 131] |

The Court has reviewed the parties' Joint Motion to Consolidate Hearing Dates filed by Plaintiff and Counter-Defendant ViaSat, Inc. and Defendant and Counter-Claimant Acacia Communications, Inc., the parties' joint motion is **GRANTED**.

It is hereby **ORDERED** the currently scheduled hearing dates for the parties' pending motions (ECF Nos. 75, 83, 86, 89, 93, 95, 98) are vacated and all the motions are

1 | reset for Motion Hearing on April 16, 2018, at 10:30 a.m. The previously set briefing
2 | deadlines remain the same.

3 | **IT IS SO ORDERED.**

5 | DATED: February 28, 2018

HON. ROGER T. BENITEZ
United States District Judge