FILED

MAR 20 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., a Delaware corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC., a Delaware corporation,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE HEARING DATES**<br><br>[Doc. No. 153] |
| ACACIA COMMUNICATIONS, INC., a Delaware corporation,<br><br>　　　　　　　　　　　Counter Claimant,<br><br>v.<br><br>VIASAT, INC., a Delaware corporation,<br><br>　　　　　　　　　　　Counter Defendant. | |

The Court has reviewed the parties' Joint Motion to Continue Motion Hearing filed by Plaintiff and Counter-Defendant ViaSat, Inc. and Defendant and Counter-Claimant Acacia Communications, Inc., the parties' joint motion is **GRANTED**.

1

3:17-cv-00463-BEN-JMA

1    It is hereby **ORDERED** the motion hearing currently scheduled for April 16,
2    2018, is continued to April 30, 2018, at 10:30 a.m. The previously set briefing deadlines
3    remain the same. No further continuances will be granted without good cause.
4    **IT IS SO ORDERED.**

6    DATED: March 16, 2018

     _____
     HON. ROGER T. BENITEZ
     United States District Judge