FITZGERALD KNAIER LLP
   Kenneth M. Fitzgerald, Esq. (SBN: 142505)
   kfitzgerald@fitzgeraldknaier.com
   Keith M. Cochran, Esq. (SBN: 254346)
   kchochran@fitzgeraldknaier.com
402 W. Broadway, Suite 1400
San Diego, California  92101
Tel:  (619) 241-4810
Fax:  (619) 955-5318

WARREN LEX LLP
   Matthew S. Warren, Esq. (SBN: 230565)
   16-463@cases.warrenlex.com
   Patrick M. Shields, Esq. (SBN: 204739)
   16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

Attorneys for Plaintiff and Counter Defendant ViaSat, Inc.

WOLF, GREENFIELD & SACKS, P.C.
   Michael A. Albert (Admitted *Pro Hac Vice*)
   malbert@wolfgreenfield.com
   Hunter D. Keeton (Admitted *Pro Hac Vice*)
   hkeeton@wolfgreenfield.com
600 Atlantic Avenue
Boston, Massachusetts 02210
Tel:  (617) 646-8000
Fax:  (617) 646-8646

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   Victor M. Felix (SBN: 179622)
   victor.felix@procopio.com
525 B Street, Suite 2200
San Diego, California  92101
Tel:  (619) 515-3229
Fax:  (619) 744-5409

Attorneys for Defendant and Counter Claimant
Acacia Communications, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.,** *a Delaware corporation,*  Plaintiff and Counter Defendant,  v.  **Acacia Communications, Inc.,** *a Delaware corporation*  Defendant and Counter Claimant. | Case No.: 3:16-cv-00463-BEN-JMA  **JOINT MOTION TO VACATE OR CONTINUE MANDATORY SETTLEMENT CONFERENCE**  Judge: Hon. Roger T. Benitez Mag. Judge: Hon. Jan M. Adler |

Plaintiff and counterclaim defendant ViaSat, Inc. ("ViaSat") and defendant and counterclaimant Acacia Communications, Inc. ("Acacia") jointly move the Court to vacate or, in the alternative, to continue the Mandatory Settlement Conference from the current schedule (Dkt. No. 26, as modified by Dkt. Nos. 48, 59, and 68).

The Mandatory Settlement Conference is currently scheduled for 10:00 a.m. on April 19, 2018, and the corresponding Mandatory Settlement Conference statements must be submitted on or before April 12, 2018. (Dkt. No. 68 ¶ 7). ViaSat and Acacia jointly request that the Court vacate the Mandatory Settlement Conference from the schedule and vacate the deadline for the corresponding Mandatory Settlement Conference statements. In the alternative, the parties request that the Court continue the Mandatory Settlement Conference to a date after the Court rules on the parties' pending summary judgment and *Daubert* motions (currently set for hearing on April 30, 2018).

Good cause exists for the parties' proposed modification to the scheduling orders. After this Court's entry of the current schedule on September 11, 2017 (Dkt. No. 68), ViaSat and Acacia conducted private mediation on March 9, 2018. The parties chose the Honorable Faith Hochberg, former United States District Judge for the District of New Jersey, to mediate. The parties provided Judge Hochberg with mediation statements and copies of the parties' motion briefing.

Senior leadership with settlement authority traveled from California, Massachusetts, and Denmark to attend the mediation. Attending on behalf of Acacia was General Counsel and Vice President Janene I. Asgeirsson; Acacia Founder and Vice President of Digital Signal Processing and Optics, Christian J. Rasmussen; and Acacia's Vice President of Engineering, Bhupendera C. Shah. Attending for ViaSat was Vice President, General Counsel, and Secretary Robert Blair; Vice President & General Manager of Comsat Labs at ViaSat, Prakash Chitre; Vice President and General Manager of ViaSat Cleveland, Russel Fuerst; and Associate General Counsel and Head of Litigation, Colin Ward. Both parties were represented by trial counsel.

During the mediation, the mediator led a discussion of the issues that divide the parties.  Despite having the decision makers present, and despite the parties' best efforts to find agreement, the parties were not able to reach a settlement.

Given that the private mediation occurred just several weeks ago, and given that the parties were unable to reach a settlement at that time, the parties do not feel that the Mandatory Settlement Conference scheduled for April 19, 2018 would be productive.  Therefore, the parties respectfully request that the Court remove the April 19, 2018 Mandatory Settlement Conference from the schedule and vacate the deadline for the corresponding Mandatory Settlement Conference statements.  Following the District Court's rulings on the pending summary judgment and *Daubert* motions, the parties will inform the Court whether they feel that a Settlement Conference with the Court would be productive.

Date:   March 21, 2018          WOLF, GREENFIELD & SACKS, P.C.

By: *s/  Michael A. Albert*
Michael A. Albert
Hunter D. Keeton
Attorneys for Defendant and Counter Claimant Acacia Communications, Inc.

Date:   March 21, 2018          FITZGERALD KNAIER LLP

By: *s/  Kenneth M. Fitzgerald*
Kenneth M. Fitzgerald, Esq.
Keith M. Cochran, Esq.
Attorneys for Plaintiff and Counter Defendant ViaSat, Inc.

Joint Motion to Vacate or Continue
Mandatory Settlement Conference

Case No. 3:16-CV-00463-BEN-JMA

2


## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Kenneth M. Fitzgerald, and I have obtained his authorization to affix his electronic signature to this document.

Date: March 21, 2018                         By: *s/ Michael A. Albert*
                                                  Michael A. Albert

## CERTIFICATE OF SERVICE

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users. I further certify that, to the extent they are not registered CM/ECF Users, I am causing the foregoing document to be served by electronic means via email upon counsel for ViaSat, Inc., per the agreement of counsel.

Date: March 21, 2018                         By: *s/ Michael A. Albert*
                                                  Michael A. Albert