# EXHIBIT A

## (THIS EXHIBIT IS SUBJECT TO A MOTION TO FILE UNDER SEAL)

**[Exhibit A-1]**

FITZGERALD KNAIER LLP
Kenneth M. Fitzgerald, Esq. (SBN: 142505)
kfitzgerald@fitzgeraldknaier.com
Keith M. Cochran, Esq. (SBN: 254346)
kcochran@fitzgeraldknaier.com
402 West Broadway, Suite 1400
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

Attorneys for Plaintiff and Counter Defendant
ViaSat, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**ViaSat, Inc.**,
*a Delaware corporation*,

Plaintiff
and Counter Defendant,

v.

**Acacia Communications, Inc.**,
*a Delaware corporation*,

Defendant
and Counter Claimant,

Case No.: 3:16-cv-00463-BEN-JMA

**Plaintiff and Counter Defendant ViaSat, Inc.'s Amended Trade Secret Identification**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Dist. Judge: Hon. Roger T. Benitez
Hon. Magistrate Jan M. Adler

Case Initiated: January 21, 2016

**[Exhibit A-2]**



[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**[Exhibit A-3]**

- 1 - 3:16-cv-00463-BEN-JMA
ViaSat's Amended Trade Secret Identification
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



[Exhibit A-4]

- 2 - 3:16-cv-00463-BEN-JMA
ViaSat's Amended Trade Secret Identification
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

.

- 3 - 3:16-cv-00463-BEN-JMA
ViaSat's Amended Trade Secret Identification

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



Dated: October 25, 2017

FITZGERALD KNAIER LLP

By: */s/ Kenneth M. Fitzgerald*

Kenneth M. Fitzgerald, Esq.
Keith M. Cochran, Esq.
Attorneys for Plaintiff and Counter Defendant ViaSat, Inc.

**[Exhibit A-6]**

- 4 - 3:16-cv-00463-BEN-JMA
ViaSat's Amended Trade Secret Identification
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY