# EXHIBIT A

# EXHIBIT A

## Acacia Communications, Inc.'s Opening Deposition Designations

### *ViaSat, Inc. v. Acacia Communications, Inc.*
### No. 3:16-cv-0463-BEN-JMA

**Prakash Chitre, October 13, 2017**

| | | | |
|---|---|---|---|
| 6:6-14 | 71:13-73:2 | 104:22-22 | 132:23-134:5 |
| 7:3-8 | 73:3-74:7 | 105:1-2 | 134:6-16 |
| 14:15-15:3 | 74:8-10 | 109:6-110:18 | 135:14-18 |
| 15:13-17:12 | 74:12-75:18 | 111:4-15 | 135:19-23 |
| 18:9-20:13 | 75:19-23 | 112:15-22 | 137:1-10 |
| 21:2-24:2 | 76:4-11 | 113:12-115:7 | 137:19-139:1 |
| 24:3-6 | 76:12-16 | 115:8-10 | 142:21-143:1 |
| 25:14-17 | 76:20-77:18 | 115:19-24 | 143:9-21 |
| 25:24-27:21 | 77:19-79:18 | 116:3-3 | 144:10-16 |
| 28:7-29:21 | 80:10-82:4 | 116:13-18 | 144:17-145:5 |
| 30:3-31:9 | 82:7-16 | 116:21-117:9 | 148:11-149:5 |
| 31:12-12 | 84:7-85:6 | 119:4-5 | 149:11-150:12 |
| 31:16-32:21 | 86:15-87:17 | 119:8-11 | 150:13-151:10 |
| 33:6-34:12 | 87:19-88:23 | 119:13-120:3 | 151:14-23 |
| 34:18-40:17 | 89:2-90:4 | 120:17-22 | 152:8-17 |
| 41:8-43:5 | 90:5-20 | 121:12-122:11 | 152:21-153:9 |
| 43:10-45:10 | 90:23-93:15 | 122:12-124:18 | 153:12-21 |
| 45:23-46:21 | 93:24-94:10 | 124:22-125:1 | 153:24-154:19 |
| 48:21-57:19 | 94:24-95:18 | 125:2-127:21 | 155:6-156:19 |
| 58:18-62:9 | 95:21-97:6 | 127:22-128:20 | 156:20-158:1 |
| 62:15-24 | 97:7-7 | 128:23-129:7 | 158:2-165:19 |
| 63:4-65:15 | 97:11-102:9 | 129:10-22 | 167:10-16 |
| 66:1-68:17 | 102:12-103:7 | 130:1-2 | 167:18-169:18 |
| 68:24-71:3 | 103:11-11 | 130:4-131:4 | 169:19-170:6 |
| 71:4-7 | 103:13-18 | 131:5-12 | 170:19-172:10 |
| 71:8-12 | 104:7-19 | 131:20-132:20 | 173:2-16 |

**Sameep Dave, September 12, 2017**

| | | | |
|---|---|---|---|
| 8:13-16 | 16:18-23 | 24:11-15 | 32:5-11 |
| 8:23-9:4 | 16:24-17:9 | 25:4-4 | 33:2-8 |
| 10:20-11:6 | 18:18-22 | 25:7-9 | 33:9-12 |
| 12:8-24 | 19:2-6 | 25:13-20 | 33:23-34:1 |
| 15:8-11 | 20:15-20 | 27:5-9 | 34:8-35:3 |
| 15:16-18 | 23:22-24 | 29:10-24 | 35:21-23 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 36:12-13 | 92:5-8 | 128:1-13 | 171:8-9 |
| 37:8-21 | 92:10-23 | 128:17-18 | 171:11-11 |
| 39:19-40:11 | 93:1-13 | 132:15-15 | 171:16-172:2 |
| 40:16-19 | 93:19-94:4 | 132:17-20 | 172:4-6 |
| 41:20-22 | 94:8-10 | 132:23-133:3 | 172:15-17 |
| 42:5-10 | 94:13-18 | 133:4-5 | 172:20-21 |
| 44:11-15 | 94:21-95:1 | 133:7-8 | 173:13-21 |
| 44:19-45:2 | 95:16-17 | 133:21-134:4 | 174:11-13 |
| 45:3-4 | 96:1-8 | 137:13-18 | 174:18-23 |
| 45:10-19 | 96:10-12 | 140:11-18 | 175:5-7 |
| 45:20-22 | 97:13-20 | 142:15-143:2 | 175:9-10 |
| 46:3-21 | 98:3-7 | 143:13-19 | 175:11-12 |
| 46:22-24 | 98:11-18 | 144:22-145:7 | 175:15-16 |
| 47:15-17 | 102:8-103:2 | 146:12-148:13 | 175:17-19 |
| 51:2-4 | 104:22-105:18 | 148:15-22 | 176:10-10 |
| 51:6-11 | 105:21-106:22 | 148:24-149:9 | 176:17-177:9 |
| 54:13-55:4 | 107:1-2 | 149:14-23 | 177:10-12 |
| 55:5-7 | 107:5-7 | 152:7-10 | 177:15-178:3 |
| 55:10-13 | 107:24-108:10 | 154:4-8 | 178:7-9 |
| 55:23-56:4 | 108:12-12 | 154:9-20 | 178:12-15 |
| 56:14-15 | 108:16-21 | 158:20-159:2 | 178:16-17 |
| 56:18-19 | 109:12-13 | 159:23-24 | 178:20-24 |
| 57:1-8 | 109:16-110:10 | 160:13-15 | 179:1-4 |
| 60:7-15 | 110:18-20 | 161:12-14 | 179:19-21 |
| 61:15-62:1 | 111:1-8 | 163:5-8 | 179:24-180:3 |
| 67:16-68:7 | 111:17-112:8 | 164:4-6 | 180:17-20 |
| 68:8-9 | 112:13-21 | 164:9-15 | 181:3-4 |
| 68:17-22 | 112:24-113:6 | 165:11-20 | 181:8-16 |
| 68:23-69:8 | 113:17-114:5 | 165:21-24 | 181:19-20 |
| 69:12-17 | 114:11-14 | 166:9-16 | 182:2-11 |
| 72:13-73:3 | 115:24-116:12 | 166:17-23 | 183:23-24 |
| 73:11-13 | 117:12-15 | 167:2-5 | 184:4-17 |
| 73:16-19 | 117:16-17 | 167:18-19 | 184:18-22 |
| 74:16-19 | 117:20-24 | 168:1-3 | 184:23-185:3 |
| 74:22-24 | 119:18-22 | 168:4-4 | 185:7-18 |
| 78:19-22 | 121:2-6 | 168:7-13 | 185:19-22 |
| 79:3-4 | 121:18-18 | 168:16-20 | 186:3-21 |
| 79:7-11 | 121:23-122:10 | 169:1-4 | 187:19-22 |
| 79:18-80:5 | 124:10-20 | 169:18-20 | 188:1-7 |
| 83:2-5 | 125:5-8 | 170:6-14 | 188:8-12 |
| 83:8-11 | 125:9-13 | 170:17-171:7 | 188:16-189:8 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 189:9-191:5 | 222:6-8 | 254:7-14 | 288:1-5 |
| 191:8-16 | 222:11-19 | 255:11-14 | 288:12-289:2 |
| 192:20-193:7 | 223:21-23 | 258:21-259:1 | 289:3-7 |
| 193:8-14 | 224:2-3 | 259:5-8 | 289:12-14 |
| 193:15-17 | 224:5-15 | 265:11-15 | 289:17-22 |
| 193:19-194:5 | 228:12-17 | 265:24-266:5 | 290:12-16 |
| 194:6-10 | 228:19-24 | 266:6-7 | 290:17-19 |
| 194:15-17 | 229:15-22 | 266:14-16 | 290:22-23 |
| 195:15-16 | 232:14-19 | 266:18-24 | 293:14-18 |
| 195:18-22 | 232:22-233:10 | 267:6-7 | 295:16-21 |
| 197:3-5 | 233:11-23 | 273:10-20 | 297:24-298:9 |
| 197:10-198:1 | 234:2-2 | 274:5-6 | 299:4-13 |
| 198:5-9 | 236:2-7 | 274:9-10 | 301:11-13 |
| 198:13-18 | 236:8-10 | 276:8-13 | 301:17-21 |
| 199:12-16 | 241:11-15 | 277:8-19 | 303:9-12 |
| 200:4-7 | 241:19-20 | 278:23-24 | 306:7-20 |
| 200:8-21 | 242:13-22 | 279:5-6 | 307:20-23 |
| 200:22-202:5 | 243:8-20 | 279:8-9 | 308:3-9 |
| 202:7-22 | 245:16-18 | 280:6-12 | 308:13-14 |
| 205:8-206:8 | 245:21-23 | 280:13-19 | 310:20-21 |
| 206:20-23 | 246:4-8 | 280:22-281:2 | 310:24-311:15 |
| 207:1-3 | 248:22-249:7 | 285:7-9 | 311:20-24 |
| 209:4-17 | 249:10-14 | 285:12-18 | 313:13-20 |
| 212:1-213:10 | 249:15-21 | 286:11-16 | 314:8-14 |
| 218:18-21 | 250:1-6 | 286:22-287:5 | 314:22-24 |
| 219:4-15 | 254:3-5 | 287:14-22 | 317:10-14 |

### Lawrence Esker, September 13, 2017

| | | | |
|---|---|---|---|
| 7:17-21 | 18:4-7 | 26:9-27:2 | 42:9-17 |
| 11:20-21 | 18:8-10 | 27:16-28:2 | 42:18-21 |
| 11:23-24 | 18:11-23 | 28:8-29:4 | 42:22-43:3 |
| 13:9-21 | 18:24-19:2 | 29:22-30:9 | 44:3-7 |
| 14:1-8 | 19:20-20:2 | 31:3-20 | 44:12-15 |
| 14:9-18 | 20:14-19 | 32:9-24 | 44:18-45:1 |
| 14:23-15:6 | 21:18-22:3 | 33:5-7 | 45:15-24 |
| 15:22-24 | 22:23-23 | 36:22-37:1 | 47:20-24 |
| 16:1-3 | 23:2-2 | 38:2-16 | 50:4-6 |
| 16:12-17 | 23:20-23 | 40:16-41:6 | 50:7-10 |
| 17:2-6 | 23:24-24:5 | 41:7-14 | 50:11-51:5 |
| 17:13-17 | 25:19-26:5 | 41:18-21 | 51:11-52:2 |

3

# EXHIBIT A

| | | | |
|---|---|---|---|
| 53:14-16 | 98:9-11 | 140:3-141:3 | 172:8-10 |
| 53:19-54:10 | 99:1-4 | 141:4-7 | 173:11-18 |
| 54:15-55:7 | 99:18-100:11 | 141:10-18 | 176:12-177:16 |
| 57:22-58:9 | 101:1-12 | 142:22-23 | 178:8-10 |
| 61:8-62:2 | 101:13-17 | 143:9-15 | 179:10-180:5 |
| 62:8-8 | 102:1-16 | 144:1-18 | 180:9-19 |
| 63:1-14 | 102:22-103:11 | 145:1-5 | 180:20-23 |
| 66:8-18 | 103:12-104:3 | 145:7-8 | 181:4-182:2 |
| 67:15-18 | 105:2-9 | 145:9-19 | 182:3-8 |
| 68:7-11 | 105:15-21 | 145:24-146:3 | 182:9-12 |
| 68:19-22 | 106:6-11 | 146:17-147:9 | 182:17-183:3 |
| 70:23-71:10 | 106:14-19 | 147:19-148:12 | 183:17-24 |
| 74:16-18 | 107:15-19 | 149:3-9 | 184:2-3 |
| 74:20-21 | 108:9-24 | 149:24-150:4 | 185:14-17 |
| 74:22-24 | 111:9-16 | 150:5-151:16 | 185:18-186:3 |
| 75:3-4 | 112:12-19 | 152:4-8 | 186:8-12 |
| 75:16-18 | 113:5-10 | 152:15-153:9 | 186:15-24 |
| 75:19-76:3 | 114:22-115:3 | 153:10-154:21 | 187:5-188:4 |
| 76:5-6 | 116:9-14 | 154:22-155:1 | 189:11-14 |
| 76:16-77:1 | 116:15-117:4 | 155:2-6 | 189:21-22 |
| 77:14-16 | 118:13-16 | 155:11-18 | 190:2-9 |
| 77:20-24 | 118:18-22 | 155:24-156:13 | 190:10-23 |
| 78:10-14 | 119:4-5 | 157:10-16 | 191:24-192:7 |
| 79:6-7 | 119:10-13 | 157:17-158:1 | 192:8-16 |
| 79:19-24 | 121:12-24 | 158:2-159:11 | 193:20-194:1 |
| 80:1-11 | 124:17-125:1 | 159:12-160:15 | 194:2-6 |
| 83:2-7 | 125:2-18 | 161:22-23 | 194:16-21 |
| 84:4-8 | 125:19-126:13 | 162:7-17 | 195:3-8 |
| 84:12-85:12 | 126:14-20 | 162:23-163:2 | 195:11-14 |
| 85:13-17 | 127:8-12 | 163:3-13 | 195:17-21 |
| 85:18-22 | 127:23-24 | 164:14-16 | 195:22-196:4 |
| 86:6-18 | 128:5-15 | 164:17-165:7 | 196:6-9 |
| 86:19-87:6 | 129:21-130:1 | 166:1-6 | 196:12-20 |
| 87:17-88:8 | 130:5-16 | 166:13-20 | 197:1-2 |
| 91:8-9 | 134:4-9 | 166:24-167:5 | 197:9-15 |
| 92:10-93:1 | 135:4-9 | 167:16-23 | 197:22-198:5 |
| 93:15-19 | 135:11-19 | 168:4-12 | 198:6-199:1 |
| 94:13-95:3 | 136:23-137:8 | 168:21-169:11 | 199:6-200:8 |
| 96:5-20 | 137:12-138:1 | 170:10-19 | 200:11-201:13 |
| 96:21-97:8 | 138:12-139:9 | 171:2-9 | 201:14-15 |
| 97:9-24 | 139:17-140:2 | 171:24-172:7 | 202:1-17 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 203:6-206:11 | 224:17-225:8 | 240:1-2 | 257:20-24 |
| 206:14-16 | 225:9-226:9 | 240:15-242:11 | 258:12-20 |
| 206:21-207:5 | 226:15-227:1 | 243:4-10 | 258:24-259:22 |
| 207:8-13 | 227:11-12 | 243:15-23 | 259:23-260:21 |
| 207:23-208:11 | 228:4-6 | 243:24-244:3 | 262:6-9 |
| 208:12-210:5 | 228:16-21 | 244:4-6 | 262:18-263:7 |
| 210:6-24 | 229:2-14 | 244:7-13 | 263:14-17 |
| 211:5-7 | 230:21-231:1 | 244:14-20 | 263:20-22 |
| 212:7-10 | 231:8-19 | 245:4-15 | 264:16-20 |
| 212:16-24 | 234:5-6 | 250:6-10 | 265:7-12 |
| 213:4-14 | 234:7-17 | 250:21-251:11 | 265:22-266:7 |
| 214:8-14 | 234:24-235:11 | 251:12-15 | 266:16-21 |
| 219:18-19 | 235:15-19 | 251:19-252:8 | 266:24-267:1 |
| 219:21-23 | 235:21-22 | 252:16-253:3 | 267:4-4 |
| 220:3-7 | 236:1-7 | 253:4-7 | 268:3-7 |
| 220:8-13 | 236:8-14 | 253:18-21 | 268:8-18 |
| 220:21-221:2 | 236:15-20 | 254:1-7 | 269:17-270:4 |
| 221:7-11 | 237:21-24 | 255:3-9 | 271:11-21 |
| 222:1-7 | 238:1-9 | 255:13-24 | |
| 223:7-12 | 239:20-24 | 256:3-24 | |

**Russell Fuerst, July 26, 2017**

| | | | |
|---|---|---|---|
| 8:14-18 | 27:8-20 | 44:8-13 | 65:24-66:12 |
| 9:7-11 | 29:11-22 | 45:9-10 | 66:20-67:7 |
| 10:24-11:7 | 30:5-31:2 | 46:1-8 | 67:14-16 |
| 14:6-15:18 | 31:23-32:4 | 46:10-11 | 67:20-23 |
| 14:6-15:18 | 32:6-7 | 47:9-16 | 68:2-8 |
| 16:5-7 | 32:9-9 | 47:21-23 | 68:12-17 |
| 16:12-17:6 | 32:11-11 | 48:2-5 | 68:24-69:7 |
| 18:11-17 | 32:16-33:2 | 48:23-49:2 | 69:8-22 |
| 19:9-16 | 33:5-14 | 49:6-12 | 70:10-11 |
| 19:20-20:2 | 34:5-8 | 52:1-11 | 70:17-20 |
| 20:15-17 | 34:15-22 | 53:20-54:14 | 71:5-7 |
| 20:18-23 | 34:23-35:4 | 55:16-56:4 | 71:12-14 |
| 21:15-22 | 35:5-36:2 | 56:10-57:4 | 71:17-22 |
| 22:11-18 | 36:6-11 | 57:15-19 | 72:7-14 |
| 23:3-11 | 36:17-24 | 58:22-60:6 | 72:16-17 |
| 23:24-24:17 | 37:3-9 | 60:20-61:3 | 72:23-73:5 |
| 25:5-8 | 41:21-42:4 | 61:8-20 | 73:6-16 |
| 25:12-17 | 42:13-43:1 | 62:4-15 | 73:17-74:3 |
| 26:1-27:7 | 43:8-13 | 63:17-21 | 74:4-10 |

5

## EXHIBIT A

| | | | |
|---|---|---|---|
| 74:13-75:3 | 131:24-132:4 | 160:21-22 | 196:22-197:2 |
| 75:22-76:8 | 133:13-134:8 | 160:24-161:9 | 197:21-24 |
| 76:12-18 | 136:9-13 | 164:2-5 | 198:2-19 |
| 77:15-78:3 | 136:14-21 | 164:8-10 | 198:20-199:7 |
| 78:18-79:13 | 137:2-8 | 164:23-165:4 | 200:19-201:10 |
| 80:10-17 | 138:15-20 | 165:8-9 | 202:11-203:1 |
| 81:4-18 | 140:2-10 | 166:23-167:3 | 204:5-10 |
| 83:5-18 | 142:20-143:1 | 167:9-9 | 206:4-6 |
| 84:1-6 | 143:11-20 | 167:11-18 | 206:10-14 |
| 84:9-17 | 144:2-12 | 168:18-18 | 207:14-19 |
| 84:18-85:4 | 144:14-21 | 168:20-169:5 | 208:20-209:2 |
| 85:5-8 | 144:23-145:5 | 170:11-19 | 209:14-210:2 |
| 85:12-14 | 145:13-19 | 170:20-22 | 210:17-211:1 |
| 86:5-20 | 146:11-147:3 | 170:23-171:1 | 211:2-9 |
| 86:23-87:8 | 147:8-19 | 171:11-13 | 215:17-24 |
| 87:18-24 | 147:22-148:6 | 171:20-21 | 217:15-17 |
| 88:16-20 | 148:16-20 | 172:18-173:1 | 218:4-7 |
| 89:2-20 | 149:4-5 | 173:17-19 | 218:16-20 |
| 89:24-90:2 | 149:11-12 | 174:12-21 | 222:20-223:1 |
| 90:7-8 | 150:3-16 | 174:22-23 | 223:23-224:5 |
| 94:11-16 | 150:19-20 | 175:1-1 | 224:16-225:5 |
| 105:7-13 | 150:22-24 | 175:3-4 | 225:21-226:3 |
| 107:22-108:1 | 151:3-4 | 175:7-11 | 227:23-228:3 |
| 109:16-22 | 151:6-7 | 177:16-178:8 | 229:1-5 |
| 110:1-6 | 151:10-11 | 179:15-20 | 229:15-22 |
| 112:22-113:5 | 151:17-23 | 180:7-8 | 230:10-14 |
| 115:2-116:9 | 152:5-6 | 180:16-22 | 231:17-232:14 |
| 116:21-117:2 | 152:9-11 | 181:2-5 | 232:15-20 |
| 117:5-20 | 152:19-19 | 181:14-16 | 236:4-6 |
| 117:23-118:8 | 152:21-21 | 181:20-182:3 | 236:8-9 |
| 118:13-16 | 152:23-153:4 | 182:4-13 | 240:5-6 |
| 118:19-21 | 153:7-7 | 182:14-183:3 | 240:15-15 |
| 119:12-15 | 153:9-10 | 183:10-21 | 240:18-20 |
| 122:7-9 | 153:12-12 | 183:22-184:3 | 240:22-23 |
| 122:13-14 | 153:14-23 | 184:18-185:5 | 241:10-12 |
| 122:23-123:2 | 154:4-17 | 185:8-18 | 241:24-242:7 |
| 123:4-8 | 156:14-18 | 187:1-21 | 242:11-16 |
| 123:17-124:3 | 157:2-12 | 190:4-10 | 242:23-243:9 |
| 124:20-125:5 | 159:6-10 | 190:24-191:15 | 244:7-245:4 |
| 125:14-17 | 160:5-7 | 193:19-24 | 246:3-12 |
| 130:20-131:16 | 160:10-13 | 194:21-195:7 | 248:10-19 |

6

# EXHIBIT A

| | | | |
|---|---|---|---|
| 254:18-255:4 | 264:24-265:5 | 266:22-267:7 | 272:9-10 |
| 260:11-261:6 | 265:9-10 | 270:14-21 | |
| 262:10-17 | 266:2-10 | 272:2-5 | |

### Ted Gammell, July 27, 2017

| | | | |
|---|---|---|---|
| 6:10-23 | 69:12-70:4 | 130:2-13 | 163:11-164:4 |
| 7:24-8:6 | 70:5-71:16 | 131:1-13 | 164:12-165:6 |
| 11:13-20 | 71:17-17 | 133:14-19 | 165:7-166:14 |
| 12:15-24 | 72:3-73:6 | 133:20-23 | 170:9-174:1 |
| 13:8-10 | 73:13-75:3 | 134:16-136:13 | 174:3-7 |
| 13:15-14:4 | 75:12-76:18 | 137:1-7 | 174:13-177:19 |
| 14:11-21 | 77:12-79:2 | 137:8-12 | 177:20-178:9 |
| 15:5-21:16 | 79:22-80:21 | 137:13-16 | 178:24-179:24 |
| 22:2-29:4 | 87:23-91:14 | 137:18-20 | 180:8-22 |
| 29:13-31:11 | 91:24-92:22 | 138:1-139:5 | 181:5-23 |
| 32:4-35:6 | 94:2-97:15 | 139:10-140:2 | 182:22-183:2 |
| 35:8-38:5 | 98:10-102:4 | 140:18-142:14 | 183:5-187:13 |
| 38:6-8 | 102:16-20 | 143:12-144:2 | 187:16-188:19 |
| 38:10-17 | 103:5-104:8 | 144:12-145:11 | 188:21-189:4 |
| 38:19-39:7 | 104:12-105:15 | 145:18-21 | 190:5-191:15 |
| 39:13-40:15 | 105:18-107:3 | 146:5-23 | 191:16-193:5 |
| 40:23-41:13 | 107:14-21 | 147:6-149:5 | 193:6-194:21 |
| 41:23-46:14 | 107:24-108:8 | 149:9-17 | 197:2-6 |
| 46:17-51:14 | 108:11-113:11 | 149:20-152:8 | 197:7-198:7 |
| 51:24-52:5 | 114:9-115:23 | 152:9-18 | 198:23-199:8 |
| 53:2-58:1 | 116:2-14 | 153:11-155:6 | 199:16-200:4 |
| 58:2-2 | 117:9-123:14 | 155:24-157:1 | 200:22-201:18 |
| 58:5-61:10 | 123:15-124:7 | 157:2-159:2 | 201:21-202:2 |
| 61:16-65:15 | 124:16-125:8 | 159:15-161:2 | 202:4-15 |
| 65:24-66:13 | 125:9-127:18 | 161:11-13 | |
| 69:3-11 | 127:19-128:22 | 161:23-162:9 | |

### Fan Mo, September 14, 2017

| | | | |
|---|---|---|---|
| 6:5-10 | 19:3-34:1 | 40:17-41:2 | 49:8-13 |
| 6:18-7:15 | 34:3-35:11 | 41:5-11 | 49:15-16 |
| 10:10-11 | 35:12-38:11 | 41:13-21 | 50:3-5 |
| 10:17-11:18 | 38:13-39:7 | 41:23-23 | 50:8-8 |
| 12:13-13:8 | 39:9-13 | 42:18-18 | 54:15-24 |
| 13:14-16 | 39:16-22 | 42:20-46:10 | 55:3-12 |
| 13:23-14:18 | 40:1-10 | 46:12-47:3 | 55:16-16 |
| 14:19-18:21 | 40:11-11 | 47:9-12 | 56:6-8 |

7

## EXHIBIT A

| | | | |
|---|---|---|---|
| 56:11-15 | 87:18-20 | 126:22-127:1 | 158:5-12 |
| 57:9-10 | 87:23-88:17 | 127:16-18 | 158:16-17 |
| 57:17-23 | 88:22-23 | 127:19-19 | 159:14-16 |
| 58:2-6 | 89:2-5 | 127:22-22 | 159:21-22 |
| 58:8-16 | 91:17-21 | 128:14-15 | 160:1-6 |
| 58:23-24 | 91:23-92:10 | 128:18-18 | 160:7-161:18 |
| 59:2-4 | 92:13-17 | 133:18-134:15 | 161:24-162:6 |
| 61:11-62:1 | 93:2-5 | 134:17-135:4 | 162:9-163:1 |
| 62:4-63:8 | 93:7-20 | 135:6-7 | 163:5-7 |
| 63:11-19 | 94:4-7 | 135:16-17 | 163:10-11 |
| 63:24-64:1 | 94:9-95:15 | 135:20-136:3 | 163:12-20 |
| 64:4-11 | 96:18-22 | 136:6-11 | 163:24-164:1 |
| 64:19-65:4 | 96:24-98:24 | 136:12-13 | 164:11-17 |
| 65:7-15 | 99:12-100:2 | 136:16-18 | 165:6-21 |
| 65:19-24 | 103:9-104:2 | 136:19-137:19 | 166:14-17 |
| 66:2-5 | 104:9-19 | 137:23-138:13 | 166:23-167:12 |
| 67:2-6 | 107:4-5 | 138:16-139:2 | 169:1-6 |
| 67:9-14 | 107:11-21 | 139:5-8 | 171:16-172:12 |
| 67:17-20 | 109:4-6 | 139:14-16 | 172:15-16 |
| 67:23-23 | 109:9-16 | 140:24-141:1 | 172:21-23 |
| 68:5-8 | 110:21-111:7 | 141:5-18 | 173:4-6 |
| 68:11-69:2 | 111:16-112:5 | 141:22-142:3 | 173:9-10 |
| 69:15-70:2 | 113:12-20 | 142:5-143:3 | 174:12-175:1 |
| 70:5-9 | 114:6-14 | 143:19-144:6 | 175:2-10 |
| 70:16-71:5 | 116:11-14 | 144:23-145:2 | 176:2-16 |
| 71:20-22 | 116:18-21 | 145:3-19 | 177:5-178:3 |
| 71:24-72:14 | 117:3-5 | 145:22-146:16 | 178:5-20 |
| 73:2-17 | 117:8-11 | 146:24-147:1 | 178:23-179:8 |
| 74:16-17 | 117:12-16 | 147:15-18 | 179:11-180:5 |
| 75:5-6 | 118:24-119:4 | 147:21-148:6 | 180:7-16 |
| 78:5-8 | 119:5-10 | 149:2-150:2 | 181:3-182:2 |
| 78:11-17 | 119:21-24 | 150:5-10 | 182:5-184:4 |
| 80:11-15 | 120:1-20 | 150:17-151:4 | 184:6-24 |
| 81:21-82:9 | 120:21-121:8 | 152:17-153:1 | 185:2-186:14 |
| 83:3-8 | 121:11-122:18 | 153:14-22 | 186:16-187:17 |
| 83:10-13 | 122:21-123:10 | 153:24-154:23 | 190:18-191:13 |
| 84:2-3 | 123:13-124:10 | 155:2-6 | 191:14-15 |
| 84:5-17 | 124:13-17 | 155:9-10 | 191:18-19 |
| 84:18-22 | 125:19-126:6 | 155:13-13 | 192:9-10 |
| 85:23-86:11 | 126:9-9 | 155:22-156:5 | 192:13-17 |
| 87:1-2 | 126:10-16 | 156:11-20 | 192:22-22 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 193:18-23 | 202:18-19 | 220:24-221:2 | 239:8-9 |
| 194:1-2 | 203:9-10 | 221:4-16 | 239:12-14 |
| 194:6-6 | 203:13-17 | 221:19-23 | 239:18-19 |
| 194:7-16 | 203:20-20 | 222:3-4 | 239:22-24 |
| 194:19-22 | 205:20-206:4 | 222:6-13 | 240:19-241:6 |
| 195:1-1 | 206:6-7 | 222:14-223:10 | 241:7-10 |
| 195:2-3 | 206:8-15 | 223:13-17 | 241:13-13 |
| 195:9-10 | 206:17-207:2 | 224:5-225:20 | 241:24-243:24 |
| 195:11-14 | 207:4-6 | 225:23-226:5 | 244:9-12 |
| 195:20-21 | 207:9-10 | 226:8-8 | 244:15-23 |
| 196:20-23 | 207:12-208:1 | 226:15-16 | 245:19-20 |
| 197:3-6 | 208:3-11 | 226:20-20 | 245:23-24 |
| 197:13-15 | 208:16-17 | 227:1-6 | 246:2-9 |
| 197:18-19 | 209:2-11 | 227:12-22 | 247:5-16 |
| 197:22-23 | 210:8-17 | 228:5-7 | 247:21-21 |
| 198:3-5 | 210:19-211:3 | 228:11-229:1 | 248:1-2 |
| 198:7-9 | 211:9-19 | 229:8-230:2 | 251:22-253:9 |
| 198:13-13 | 212:16-213:1 | 230:8-12 | 253:10-12 |
| 198:14-15 | 213:3-11 | 230:16-16 | 254:18-255:2 |
| 198:17-18 | 213:14-14 | 231:19-20 | 255:5-11 |
| 199:9-10 | 213:17-19 | 232:1-1 | 257:16-258:1 |
| 199:14-15 | 214:11-23 | 232:11-233:3 | 258:7-11 |
| 199:20-200:1 | 215:3-10 | 233:14-22 | 258:16-259:21 |
| 200:5-8 | 215:17-22 | 234:1-2 | 260:14-15 |
| 200:19-20 | 216:3-4 | 235:19-236:6 | 260:18-21 |
| 200:23-24 | 216:22-217:12 | 236:20-237:3 | 261:5-8 |
| 202:1-2 | 217:16-19 | 237:4-13 | 261:20-22 |
| 202:6-7 | 217:21-218:18 | 237:14-16 | 262:1-3 |
| 202:8-8 | 218:23-219:23 | 238:2-6 | 263:1-4 |
| 202:11-12 | 220:6-10 | 238:13-16 | |
| 202:13-13 | 220:15-22 | 238:20-23 | |

## Matthew Nimon, June 30, 2017

| | | | |
|---|---|---|---|
| 8:10-17 | 16:15-17:1 | 20:10-13 | 39:19-20 |
| 9:2-8 | 17:19-21 | 21:13-33:7 | 39:21-24 |
| 9:23-10:4 | 17:19-21 | 33:9-11 | 40:16-19 |
| 10:24-13:11 | 17:22-18:9 | 33:23-34:6 | 41:1-1 |
| 13:12-14:12 | 19:4-5 | 36:1-17 | 41:5-43:7 |
| 14:21-23 | 19:8-11 | 37:19-21 | 43:14-44:5 |
| 15:11-16:5 | 19:13-17 | 37:22-38:4 | 44:14-17 |
| 16:14-17:1 | 19:13-17 | 39:10-17 | 45:5-48:18 |

9

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 51:14-16 | 93:6-13 | 135:7-136:1 | 182:6-19 |
| 52:4-4 | 94:4-95:7 | 136:6-14 | 182:24-183:6 |
| 52:8-11 | 95:15-96:4 | 136:15-137:12 | 183:7-184:18 |
| 52:13-15 | 96:8-19 | 137:13-141:11 | 185:5-15 |
| 54:11-55:3 | 96:20-98:24 | 142:2-3 | 185:16-22 |
| 55:18-21 | 99:1-7 | 142:4-17 | 188:19-189:11 |
| 55:22-22 | 99:8-19 | 142:21-145:5 | 189:15-23 |
| 56:4-59:1 | 100:1-20 | 145:16-22 | 189:24-190:2 |
| 59:23-60:8 | 101:18-102:12 | 147:2-148:12 | 191:9-194:4 |
| 61:14-62:17 | 102:18-24 | 148:14-14 | 194:5-17 |
| 63:1-13 | 103:1-19 | 148:21-149:17 | 195:11-17 |
| 63:14-69:5 | 103:20-104:8 | 150:2-9 | 195:19-196:5 |
| 69:8-70:2 | 104:12-105:1 | 150:10-16 | 196:8-12 |
| 70:13-23 | 105:8-106:3 | 150:17-23 | 196:13-197:4 |
| 70:24-71:2 | 106:12-107:8 | 152:13-153:8 | 197:11-198:24 |
| 71:3-13 | 107:18-23 | 154:6-14 | 199:1-16 |
| 71:14-72:22 | 108:8-109:8 | 154:17-156:11 | 200:14-20 |
| 73:19-74:13 | 109:14-111:5 | 156:21-157:14 | 200:24-202:24 |
| 75:22-77:21 | 111:6-112:2 | 157:18-158:11 | 203:1-204:3 |
| 78:5-13 | 114:12-19 | 158:16-19 | 204:9-205:17 |
| 78:14-23 | 114:20-115:4 | 158:22-159:5 | 207:5-208:20 |
| 79:3-80:8 | 115:14-116:19 | 159:6-18 | 209:6-21 |
| 80:23-81:11 | 116:20-117:17 | 159:19-161:16 | 210:7-211:8 |
| 81:16-82:17 | 118:5-120:10 | 163:2-167:17 | 213:10-18 |
| 82:20-83:8 | 120:22-121:11 | 168:4-171:4 | 214:3-22 |
| 83:11-84:12 | 121:20-123:6 | 171:11-176:21 | 215:2-5 |
| 85:2-5 | 123:7-125:23 | 177:4-23 | 215:19-216:10 |
| 85:8-87:9 | 126:10-128:12 | 179:6-9 | 217:5-21 |
| 88:7-90:12 | 128:23-131:6 | 179:10-17 | 218:1-13 |
| 91:7-21 | 131:15-132:5 | 179:24-180:17 | 219:1-10 |
| 91:22-92:5 | 132:8-133:24 | 180:21-181:6 | |
| 92:9-17 | 134:2-135:4 | 181:9-14 | |

**Chandra Raj, October 13, 2017**

| | | | |
|---|---|---|---|
| 7:11-24 | 22:15-23:15 | 32:17-36:13 | 46:15-47:11 |
| 8:1-4 | 26:23-27:1 | 36:18-37:9 | 48:12-50:18 |
| 9:4-5 | 27:7-7 | 37:10-13 | 50:21-51:6 |
| 9:21-10:6 | 27:8-21 | 38:2-14 | 51:9-55:9 |
| 14:4-15:17 | 30:2-17 | 39:16-40:2 | 55:11-12 |
| 16:2-20:7 | 31:1-3 | 41:17-21 | 56:6-59:6 |
| 20:8-22:14 | 31:5-32:3 | 41:24-45:18 | 59:7-20 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 60:21-61:2 | 85:12-23 | 121:14-123:15 | 158:21-159:12 |
| 61:19-62:18 | 86:2-2 | 124:4-126:12 | 159:13-160:16 |
| 64:11-70:24 | 86:16-87:19 | 127:6-128:15 | 161:6-163:4 |
| 71:3-5 | 90:21-91:22 | 128:16-130:3 | 163:8-9 |
| 71:15-72:5 | 94:18-95:4 | 131:6-19 | 163:12-14 |
| 72:15-74:10 | 98:3-6 | 132:21-133:5 | 164:2-11 |
| 76:9-23 | 98:9-99:3 | 133:8-13 | 164:14-16 |
| 77:7-10 | 99:6-8 | 133:15-134:16 | 166:5-167:8 |
| 78:1-10 | 99:10-100:6 | 134:20-135:24 | 167:11-15 |
| 79:22-23 | 100:18-101:1 | 136:3-137:5 | 167:18-169:13 |
| 80:2-4 | 101:2-20 | 139:4-141:13 | 170:14-175:22 |
| 82:3-12 | 102:1-103:10 | 142:21-143:14 | 176:14-178:17 |
| 82:15-83:8 | 103:13-19 | 143:18-144:2 | 178:18-179:11 |
| 83:11-21 | 105:1-22 | 144:5-145:15 | 180:13-181:9 |
| 83:24-24 | 106:11-107:21 | 146:3-8 | 183:17-24 |
| 84:11-11 | 107:24-108:23 | 146:19-147:19 | 184:7-19 |
| 84:14-16 | 109:10-110:3 | 147:22-151:10 | 184:20-185:5 |
| 84:18-21 | 110:6-111:9 | 151:14-152:23 | |
| 84:23-23 | 111:23-113:12 | 153:2-154:9 | |
| 85:2-9 | 113:15-119:13 | 156:15-158:10 | |

**William Thesling, July 25, 2017**

| | | | |
|---|---|---|---|
| 7:11-16 | 99:17-103:22 | 170:1-176:13 | 201:12-208:16 |
| 7:23-8:5 | 104:1-21 | 176:21-21 | 208:22-212:11 |
| 8:16-21 | 105:2-107:15 | 176:22-180:22 | 212:23-223:17 |
| 11:6-30:9 | 107:22-112:16 | 180:23-181:8 | 223:20-227:7 |
| 30:10-32:8 | 112:19-114:13 | 181:9-182:4 | 227:8-234:10 |
| 32:11-35:14 | 114:16-117:14 | 182:5-19 | 234:11-236:21 |
| 35:20-39:23 | 117:17-118:24 | 182:20-184:13 | 236:22-242:5 |
| 40:1-19 | 119:14-146:1 | 184:17-185:13 | 242:15-246:18 |
| 40:21-45:1 | 146:9-155:6 | 185:19-186:15 | 246:21-248:23 |
| 45:5-49:5 | 155:17-156:5 | 186:21-194:12 | 249:1-261:23 |
| 49:15-63:15 | 156:8-157:13 | 194:13-14 | 262:2-265:20 |
| 64:2-74:17 | 157:16-164:10 | 195:11-196:20 | 265:23-273:14 |
| 74:24-86:3 | 165:10-23 | 197:5-11 | |
| 86:16-18 | 168:2-23 | 197:14-15 | |
| 87:7-99:1 | 169:9-16 | 197:17-201:11 | |

**Ivan Djordjevic, December 12, 2017**

| | | | |
|---|---|---|---|
| 6:10-11 | 7:7-11 | 9:1-6 | 11:7-25 |
| 6:16-24 | 7:21-8:10 | 11:3-5 | 14:14-15:5 |

11

# EXHIBIT A

| | | | |
|---|---|---|---|
| 15:21-23 | 42:19-21 | 70:17-17 | 118:24-119:1 |
| 15:25-16:9 | 42:24-43:2 | 70:20-20 | 119:5-7 |
| 16:12-20 | 43:4-5 | 70:23-24 | 119:11-120:17 |
| 17:4-6 | 43:8-10 | 71:1-3 | 121:9-122:2 |
| 17:10-11 | 43:13-13 | 71:6-6 | 122:5-9 |
| 18:20-21 | 43:16-16 | 71:8-9 | 122:11-12 |
| 18:23-19:5 | 43:19-20 | 71:11-12 | 122:15-123:19 |
| 19:8-17 | 43:23-44:1 | 71:15-72:2 | 124:18-25 |
| 19:22-20:7 | 44:21-23 | 72:5-11 | 125:18-20 |
| 20:9-12 | 45:1-3 | 82:7-9 | 125:25-126:12 |
| 20:15-21:18 | 45:7-8 | 82:11-12 | 126:15-17 |
| 22:8-11 | 45:12-13 | 84:24-25 | 128:1-4 |
| 22:24-23:8 | 45:16-20 | 85:5-6 | 131:18-133:10 |
| 23:11-11 | 45:23-25 | 85:8-11 | 134:9-11 |
| 23:23-24 | 46:3-5 | 85:14-86:2 | 136:1-3 |
| 24:5-9 | 46:6-9 | 86:5-6 | 136:6-9 |
| 35:14-16 | 46:12-13 | 86:9-15 | 136:12-13 |
| 35:19-21 | 47:24-48:1 | 86:18-19 | 142:4-5 |
| 35:24-36:1 | 48:5-6 | 86:22-87:4 | 142:8-143:24 |
| 36:12-13 | 48:9-12 | 87:9-10 | 144:6-9 |
| 36:16-18 | 48:15-18 | 87:12-16 | 144:12-23 |
| 36:21-37:1 | 51:8-10 | 88:14-18 | 145:1-1 |
| 37:4-7 | 51:18-52:10 | 88:21-22 | 145:2-146:5 |
| 37:10-16 | 52:15-17 | 88:25-89:1 | 146:7-17 |
| 37:19-22 | 53:2-54:2 | 89:3-7 | 146:21-147:3 |
| 38:2-3 | 55:11-15 | 89:10-14 | 155:5-8 |
| 38:6-19 | 59:15-17 | 91:1-1 | 155:11-20 |
| 39:1-3 | 59:22-24 | 91:3-8 | 157:15-158:3 |
| 39:25-40:1 | 60:1-2 | 91:11-12 | 158:6-13 |
| 40:4-15 | 60:5-7 | 91:15-17 | 158:16-159:10 |
| 40:18-19 | 60:10-10 | 98:15-16 | 159:16-20 |
| 40:22-22 | 64:2-65:5 | 98:20-99:12 | 161:2-6 |
| 40:25-25 | 68:3-4 | 100:13-14 | 161:8-24 |
| 41:3-4 | 68:6-7 | 100:17-101:1 | 162:2-165:3 |
| 41:8-9 | 68:9-10 | 101:4-103:17 | 167:21-168:5 |
| 41:13-15 | 68:13-15 | 103:19-104:18 | 168:8-169:18 |
| 41:18-18 | 68:23-69:1 | 104:19-105:8 | 173:10-174:6 |
| 41:21-22 | 69:4-10 | 105:11-106:17 | 174:9-12 |
| 42:2-4 | 69:13-15 | 115:9-116:12 | 174:15-175:1 |
| 42:8-8 | 70:7-9 | 117:12-18 | 175:17-176:16 |
| 42:11-15 | 70:12-14 | 118:1-21 | 176:19-21 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 177:1-5 | 213:14-16 | 269:10-15 | 327:10-328:5 |
| 177:7-22 | 213:22-25 | 269:17-270:23 | 328:7-16 |
| 179:1-9 | 215:11-216:1 | 271:1-274:6 | 328:18-329:3 |
| 179:14-19 | 219:4-19 | 287:15-289:7 | 329:17-331:24 |
| 179:22-180:3 | 220:4-6 | 294:10-297:4 | 332:2-20 |
| 180:14-181:13 | 221:1-4 | 301:1-3 | 333:4-14 |
| 183:22-184:3 | 223:7-14 | 301:6-302:8 | 334:10-336:6 |
| 184:5-9 | 228:8-231:5 | 302:25-303:1 | 337:20-22 |
| 185:8-20 | 233:22-235:3 | 303:4-15 | 337:25-338:20 |
| 185:23-186:4 | 235:4-16 | 303:17-304:15 | 339:14-17 |
| 186:11-14 | 235:21-236:12 | 309:4-6 | 339:20-340:10 |
| 186:17-187:3 | 237:12-15 | 309:9-22 | 340:12-24 |
| 187:6-23 | 238:13-239:9 | 309:25-310:7 | 341:2-9 |
| 191:24-24 | 239:12-240:18 | 311:5-312:3 | 342:2-5 |
| 192:1-1 | 241:19-242:1 | 312:19-313:1 | 342:8-18 |
| 192:6-12 | 242:19-243:15 | 315:4-317:3 | 342:21-346:11 |
| 195:23-196:3 | 244:10-12 | 319:23-25 | 346:13-347:2 |
| 196:5-198:1 | 245:2-4 | 320:7-22 | 347:24-348:17 |
| 198:2-18 | 246:16-23 | 321:6-7 | 348:20-349:20 |
| 200:11-203:5 | 247:5-23 | 321:20-322:16 | 350:16-17 |
| 204:10-20 | 248:3-249:21 | 324:21-325:1 | 350:21-22 |
| 204:22-205:3 | 256:6-10 | 325:14-21 | |
| 207:15-208:6 | 256:20-258:8 | 326:1-18 | |
| 208:14-213:11 | 261:24-264:4 | 326:19-21 | |

### Marwan Hassoun, December 6, 2017

| | | | |
|---|---|---|---|
| 7:20-8:1 | 26:24-27:25 | 43:9-19 | 57:21-58:11 |
| 8:8-13 | 28:12-23 | 43:22-45:4 | 58:17-25 |
| 10:1-11:17 | 29:1-30:22 | 45:6-24 | 59:3-16 |
| 12:12-13:22 | 30:24-31:12 | 46:1-10 | 59:19-60:14 |
| 14:7-15:3 | 31:15-21 | 46:12-15 | 60:17-61:3 |
| 15:5-17:8 | 31:24-33:9 | 47:3-9 | 61:6-23 |
| 17:10-18:14 | 33:12-34:15 | 47:11-50:7 | 61:25-62:15 |
| 19:15-20:2 | 34:17-23 | 50:11-51:9 | 62:25-63:8 |
| 20:5-24 | 35:1-6 | 51:11-21 | 63:11-64:14 |
| 21:2-22:20 | 35:8-12 | 53:19-21 | 64:17-65:12 |
| 22:23-23:9 | 35:14-36:4 | 53:23-54:2 | 65:15-66:4 |
| 23:11-23 | 36:7-37:12 | 54:4-17 | 66:6-16 |
| 24:2-20 | 37:14-38:5 | 54:20-56:15 | 66:19-22 |
| 24:25-26:14 | 38:8-19 | 56:18-57:7 | 66:24-67:5 |
| 26:16-21 | 38:22-43:1 | 57:10-18 | 67:14-23 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 68:2-12 | 113:17-114:5 | 152:16-24 | 178:3-11 |
| 68:14-20 | 114:8-17 | 153:2-11 | 178:14-179:1 |
| 69:17-23 | 114:24-115:2 | 153:13-154:1 | 179:3-16 |
| 70:1-7 | 115:4-11 | 154:4-9 | 179:19-180:3 |
| 70:12-74:22 | 115:15-116:14 | 154:11-155:13 | 180:6-12 |
| 75:2-76:25 | 116:19-24 | 155:22-24 | 180:14-20 |
| 77:3-11 | 117:2-7 | 156:2-157:11 | 180:23-181:16 |
| 77:13-20 | 117:10-16 | 157:14-158:11 | 181:18-23 |
| 77:23-78:13 | 117:19-118:4 | 158:13-160:15 | 182:10-19 |
| 78:16-81:4 | 118:7-119:4 | 160:18-23 | 182:22-183:7 |
| 81:6-82:19 | 119:8-13 | 160:25-161:9 | 183:10-17 |
| 83:12-14 | 119:15-23 | 161:11-24 | 183:19-184:8 |
| 83:16-84:17 | 120:1-13 | 162:1-14 | 184:10-19 |
| 84:20-85:2 | 120:16-23 | 162:17-163:3 | 184:22-186:18 |
| 85:16-21 | 121:1-8 | 163:5-164:12 | 186:21-187:21 |
| 85:23-86:24 | 121:11-19 | 164:14-19 | 187:24-189:20 |
| 87:3-14 | 121:22-122:7 | 164:22-165:9 | 189:25-191:23 |
| 87:16-25 | 122:10-20 | 165:12-166:9 | 192:1-193:9 |
| 88:3-20 | 122:23-123:11 | 166:16-17 | 193:11-21 |
| 88:23-89:24 | 123:13-124:12 | 166:19-19 | 193:23-194:8 |
| 90:2-91:8 | 124:15-125:21 | 166:21-21 | 194:10-196:13 |
| 91:16-19 | 125:24-127:16 | 166:23-23 | 196:15-19 |
| 91:22-97:5 | 127:19-128:17 | 166:25-25 | 196:23-197:22 |
| 97:8-23 | 128:20-131:14 | 167:6-23 | 198:3-199:3 |
| 98:8-100:9 | 131:17-134:15 | 168:2-9 | 199:6-18 |
| 100:12-101:2 | 134:18-25 | 168:12-18 | 199:21-200:3 |
| 101:4-24 | 135:3-11 | 169:7-10 | 200:11-24 |
| 102:1-2 | 135:13-136:2 | 169:12-25 | 201:2-8 |
| 102:5-23 | 136:5-137:5 | 170:2-11 | 201:10-202:9 |
| 103:1-20 | 137:10-138:6 | 170:14-19 | 202:12-203:5 |
| 104:2-15 | 138:9-15 | 170:22-171:24 | 203:8-205:22 |
| 104:19-105:6 | 138:17-21 | 172:2-9 | 206:5-207:3 |
| 105:9-16 | 139:9-23 | 172:12-173:3 | 208:8-209:10 |
| 105:20-106:4 | 140:4-12 | 173:6-174:18 | 209:18-210:6 |
| 106:7-107:9 | 140:14-143:7 | 174:25-175:5 | 210:17-212:19 |
| 107:15-108:23 | 143:9-144:20 | 175:8-176:2 | 212:20-213:7 |
| 110:14-111:7 | 144:22-146:11 | 176:5-17 | 213:9-13 |
| 111:10-112:9 | 146:13-148:21 | 176:20-177:3 | 213:16-214:2 |
| 112:12-16 | 148:23-150:7 | 177:6-12 | 214:5-215:3 |
| 112:19-113:5 | 150:15-151:12 | 177:14-19 | 215:5-13 |
| 113:8-14 | 151:14-152:13 | 177:21-178:1 | 215:15-216:10 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 216:12-219:9 | 225:9-21 | 241:19-242:22 | 250:21-252:14 |
| 219:12-220:8 | 225:23-226:4 | 242:24-243:24 | 252:21-253:2 |
| 220:24-221:2 | 226:6-7 | 244:2-245:2 | 253:3-254:14 |
| 221:5-14 | 226:10-238:4 | 245:5-246:8 | 254:21-255:9 |
| 221:16-25 | 238:18-239:3 | 246:9-247:15 | 255:12-13 |
| 222:2-20 | 239:6-17 | 247:21-248:5 | 255:21-257:2 |
| 222:24-223:22 | 239:19-240:16 | 248:6-249:6 | 257:5-259:20 |
| 224:1-19 | 240:19-20 | 249:8-24 | |
| 224:22-225:7 | 240:23-241:16 | 250:1-17 | |

## Krishna Narayanan, December 8, 2017

| | | | |
|---|---|---|---|
| 6:8-13 | 68:15-23 | 97:15-17 | 116:16-18 |
| 10:24-11:20 | 68:25-69:2 | 97:20-21 | 117:5-118:1 |
| 12:17-21 | 71:10-11 | 97:23-24 | 118:1-2 |
| 26:16-21 | 71:13-14 | 98:2-3 | 118:22-119:4 |
| 40:18-20 | 71:17-20 | 98:8-11 | 119:16-120:5 |
| 40:22-22 | 71:23-72:1 | 98:17-20 | 120:22-121:5 |
| 40:23-24 | 75:18-20 | 98:23-99:1 | 121:6-9 |
| 41:20-24 | 76:2-9 | 99:5-8 | 121:12-25 |
| 42:10-11 | 76:11-11 | 99:12-14 | 122:1-6 |
| 42:13-13 | 76:14-17 | 102:6-7 | 122:9-12 |
| 42:15-20 | 76:18-19 | 102:10-12 | 122:16-17 |
| 42:21-23 | 77:1-2 | 102:13-14 | 123:16-19 |
| 43:4-6 | 80:23-24 | 102:17-17 | 124:21-125:4 |
| 43:7-18 | 81:2-6 | 103:4-6 | 125:16-19 |
| 43:20-22 | 83:11-13 | 103:8-11 | 127:11-13 |
| 52:14-15 | 83:16-16 | 103:20-22 | 127:16-16 |
| 52:17-19 | 85:7-10 | 104:5-11 | 127:19-25 |
| 53:1-3 | 85:13-14 | 104:15-19 | 128:14-129:1 |
| 53:6-6 | 86:5-6 | 106:3-3 | 130:8-131:6 |
| 54:23-25 | 86:8-12 | 106:6-7 | 131:16-19 |
| 55:8-9 | 87:8-9 | 112:22-113:3 | 131:22-132:4 |
| 56:18-20 | 87:12-21 | 113:11-18 | 132:21-133:3 |
| 56:23-57:1 | 90:3-5 | 113:19-25 | 133:4-10 |
| 58:9-10 | 90:8-11 | 114:10-13 | 133:12-15 |
| 58:13-14 | 90:22-25 | 114:16-18 | 133:17-134:4 |
| 59:4-13 | 91:7-23 | 114:19-22 | 134:7-22 |
| 60:1-4 | 92:1-1 | 115:4-15 | 134:23-135:6 |
| 61:14-18 | 95:23-96:3 | 115:16-22 | 135:7-17 |
| 65:3-4 | 97:5-7 | 116:4-6 | 135:18-21 |
| 65:7-8 | 97:10-10 | 116:8-11 | 135:24-136:2 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 136:21-24 | 167:3-14 | 197:9-11 | 217:17-19 |
| 137:2-4 | 168:23-169:3 | 197:14-23 | 217:21-218:9 |
| 137:14-16 | 169:9-11 | 197:24-198:1 | 218:10-12 |
| 137:19-19 | 169:14-23 | 198:3-5 | 218:17-17 |
| 137:21-138:3 | 169:24-170:16 | 198:8-10 | 220:5-6 |
| 138:6-9 | 170:19-172:1 | 198:12-14 | 220:17-24 |
| 138:14-19 | 174:21-22 | 199:21-200:1 | 220:25-221:2 |
| 139:4-5 | 174:25-175:4 | 200:3-11 | 221:5-8 |
| 139:7-14 | 175:5-10 | 200:14-16 | 221:9-16 |
| 144:13-17 | 175:13-15 | 201:1-5 | 221:20-222:3 |
| 144:20-22 | 176:15-16 | 203:2-10 | 222:20-21 |
| 145:1-4 | 176:24-177:6 | 203:13-23 | 222:24-24 |
| 145:7-15 | 177:7-9 | 204:2-11 | 224:1-10 |
| 147:3-6 | 177:24-178:19 | 204:22-205:5 | 224:18-23 |
| 147:9-11 | 178:21-179:1 | 205:7-18 | 224:25-225:3 |
| 147:12-14 | 179:5-7 | 205:19-25 | 225:6-6 |
| 147:17-20 | 180:18-181:3 | 206:1-3 | 231:5-11 |
| 148:12-17 | 181:6-12 | 206:6-14 | 233:7-10 |
| 149:5-8 | 181:21-182:7 | 206:16-17 | 233:13-234:10 |
| 149:14-15 | 184:16-17 | 207:23-25 | 234:12-13 |
| 149:18-23 | 184:20-24 | 208:3-7 | 234:15-22 |
| 150:1-5 | 184:25-185:4 | 208:10-11 | 235:18-22 |
| 150:23-25 | 185:7-19 | 208:12-15 | 236:8-14 |
| 151:3-7 | 185:21-186:15 | 208:18-209:2 | 236:16-22 |
| 157:15-20 | 186:17-18 | 209:6-9 | 237:11-12 |
| 157:23-158:13 | 187:3-6 | 210:14-211:7 | 237:24-25 |
| 158:16-159:15 | 187:7-7 | 211:11-13 | 238:1-2 |
| 160:2-4 | 190:9-13 | 211:15-213:5 | 238:5-8 |
| 160:12-13 | 190:21-191:2 | 213:8-13 | 238:22-25 |
| 161:5-7 | 191:22-23 | 213:16-214:1 | 239:6-8 |
| 161:10-12 | 192:1-6 | 214:2-4 | 240:25-241:1 |
| 161:13-13 | 192:8-10 | 214:7-8 | 241:4-6 |
| 161:22-25 | 192:16-20 | 214:9-11 | 241:7-8 |
| 163:23-164:2 | 193:18-23 | 214:14-17 | 241:14-17 |
| 164:5-5 | 194:1-8 | 215:2-3 | 241:18-25 |
| 164:11-16 | 194:9-13 | 215:6-16 | 242:4-5 |
| 165:16-21 | 194:16-19 | 216:1-3 | 242:9-11 |
| 166:4-6 | 194:24-195:13 | 216:6-25 | 242:20-23 |
| 166:18-22 | 195:16-19 | 217:1-2 | 246:23-247:2 |
| 166:24-24 | 195:21-24 | 217:4-14 | 248:21-24 |
| 166:25-167:1 | 196:11-22 | 217:15-16 | 249:1-8 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 250:4-7 | 266:7-9 | 286:24-287:7 | 305:23-25 |
| 251:22-252:7 | 266:12-24 | 287:9-22 | 306:22-307:9 |
| 252:12-21 | 266:25-267:16 | 287:23-288:10 | 307:10-20 |
| 252:24-24 | 267:18-23 | 288:16-22 | 308:12-17 |
| 254:12-19 | 268:2-4 | 290:19-24 | 308:25-309:1 |
| 254:21-21 | 268:7-17 | 291:1-5 | 309:4-4 |
| 254:23-25 | 268:18-19 | 291:7-7 | 309:13-14 |
| 255:3-6 | 268:21-25 | 292:18-20 | 309:17-20 |
| 255:13-15 | 269:1-7 | 292:23-23 | 310:1-2 |
| 255:18-20 | 269:8-11 | 295:20-24 | 310:3-5 |
| 255:21-22 | 269:14-15 | 295:25-296:14 | 310:9-10 |
| 255:24-256:3 | 269:17-17 | 296:15-25 | 310:12-13 |
| 256:4-14 | 271:3-6 | 297:7-11 | 310:16-16 |
| 257:4-14 | 271:9-10 | 297:13-16 | 314:21-23 |
| 257:17-20 | 271:16-20 | 297:17-25 | 314:25-25 |
| 258:3-22 | 271:23-24 | 298:6-10 | 315:12-20 |
| 258:23-24 | 272:20-23 | 298:13-15 | 316:1-8 |
| 259:2-2 | 273:1-6 | 298:17-19 | 317:4-9 |
| 259:5-24 | 273:9-10 | 298:20-21 | 317:16-16 |
| 262:6-8 | 274:11-13 | 298:23-299:6 | 317:22-318:8 |
| 262:11-15 | 274:16-18 | 299:12-14 | 318:12-17 |
| 262:16-21 | 277:7-7 | 302:2-3 | 319:9-11 |
| 263:5-7 | 277:13-14 | 302:6-20 | 319:14-14 |
| 263:9-11 | 278:21-23 | 302:21-22 | 319:17-20 |
| 263:23-25 | 282:20-283:7 | 302:25-303:1 | 319:23-24 |
| 264:5-10 | 283:17-22 | 303:6-6 | 319:25-320:6 |
| 265:8-9 | 283:23-284:1 | 303:20-304:10 | 320:10-11 |
| 265:15-22 | 284:7-10 | 304:13-20 | 321:25-322:2 |
| 265:25-266:1 | 284:15-20 | 305:9-10 | 322:6-15 |
| 266:4-6 | 286:8-14 | 305:13-20 | |

**Stephen Prowse, November 30, 2017**

| | | | |
|---|---|---|---|
| 8:10-17 | 26:1-27:9 | 41:10-42:13 | 56:17-18 |
| 14:13-15:4 | 28:15-29:1 | 43:4-9 | 56:21-22 |
| 15:6-7 | 31:17-32:17 | 43:11-44:12 | 57:2-5 |
| 15:9-18 | 33:1-36:4 | 46:6-48:4 | 58:4-59:2 |
| 16:11-17:1 | 36:6-7 | 48:16-50:15 | 59:12-13 |
| 19:11-20:12 | 36:9-22 | 50:18-51:8 | 59:17-22 |
| 20:13-22:3 | 37:17-39:12 | 51:23-52:6 | 60:18-22 |
| 22:12-24:19 | 39:21-40:18 | 55:1-9 | 60:23-61:4 |
| 24:20-25:12 | 41:2-9 | 55:19-56:6 | 62:18-63:3 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| 63:9-19 | 100:2-101:17 | 142:20-22 | 191:12-17 |
| 64:7-12 | 101:21-103:6 | 144:1-146:4 | 192:14-193:2 |
| 67:12-68:19 | 103:7-107:6 | 146:9-148:14 | 193:3-202:10 |
| 70:6-71:14 | 107:10-111:20 | 148:15-22 | 202:18-203:12 |
| 72:24-73:4 | 112:22-115:11 | 149:10-150:8 | 204:2-17 |
| 75:11-14 | 118:19-21 | 151:5-21 | 205:13-206:8 |
| 75:21-24 | 119:2-5 | 153:8-13 | 206:18-24 |
| 77:10-78:1 | 120:2-14 | 153:17-157:15 | 207:1-208:4 |
| 80:12-81:2 | 120:19-121:18 | 158:2-161:3 | 208:5-10 |
| 81:3-83:4 | 121:21-123:5 | 161:9-17 | 208:14-18 |
| 84:9-85:3 | 123:9-18 | 161:23-162:6 | 209:15-21 |
| 85:20-22 | 123:22-124:10 | 166:18-22 | 209:23-23 |
| 86:3-21 | 124:19-125:10 | 166:23-167:24 | 210:2-2 |
| 87:15-89:3 | 128:21-130:7 | 170:7-13 | 210:4-4 |
| 91:7-18 | 130:16-19 | 170:15-173:21 | |
| 93:20-97:11 | 131:9-135:6 | 173:23-187:9 | |
| 97:13-19 | 139:18-140:2 | 187:10-190:18 | |