FILED
18 MAY -9 PM 1:53

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**ORDER GRANTING MOTION TO CONTINUE PRETRIAL CONFERENCE AND RELATED DEADLINES**<br><br>[Doc. No. 161] |
| ACACIA COMMUNICATIONS, INC., a Delaware corporation,<br><br>    Counter Claimant,<br><br>v.<br><br>VIASAT, INC., a Delaware corporation,<br><br>    Counter Defendant. | |

The Court has reviewed Defendant/Counter-Claimant, Acacia Communications, Inc.'s ("Acacia"), Motion to Continue the Final Pretrial Conference and Plaintiff/Counter-Defendant, ViaSat, Inc.'s ("ViaSat"), Opposition to the motion. The Court hereby **GRANTS** Acacia's Motion to Continue.

      It is hereby **ORDERED** the Final Pretrial Conference currently scheduled for June 4, 2018, is continued to **August 6, 2018, at 10:30 a.m.** The previously set briefing deadlines are reset as follows:

1. Pre-Trial Disclosures per Rule 26(a)(3) are reset to **July 9, 2018.**
2. Counsel shall meet and confer in compliance with Civil Local Rule 16.1(f)(4) by **July 16, 2018.**
3. Preparation of the pretrial order in compliance with Civil Local Rule 16.1(f), by **July 20, 2018.**
4. Proposed Pretrial Order (*to be lodged*) by **July 30, 2018.**

No further continuances will be granted without good cause.

**IT IS SO ORDERED.**

DATED: May 9, 2018

HON. ROGER T. BENITEZ
United States District Judge