

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., a Delaware corporation,<br><br>  Plaintiff and Counter-Defendant,<br><br>v.<br><br>ACACIA COMMUNICATIONS, INC., a Delaware corporation,<br><br>  Defendant and Counter-Claimant. | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO CORRECT ERRORS IN ITS MOTIONS FOR SUMMARY JUDGMENT AND TO EXCLUDE EXPERT TESTIMONY**<br><br>[ECF No. 127] |

Plaintiff ViaSat, Inc. ("ViaSat") has filed an *Ex Parte* Application for Leave to Correct Errors in its Motions for Summary Judgment and to Exclude Expert Testimony. The proposed corrections will not change the substantive allegations contained in the motions. Instead, they correct erroneous citation and quotations marks contained in each.

Having read and considered ViaSat's Ex Parte Application and given Acacia's lack of objection, and good cause appearing, the Court hereby **GRANTS** the application. ViaSat may file:

1. The Corrected Memorandum of Points and Authorities in Support of ViaSat's Motion for Summary Judgment on Acacia's Counterclaim for Patent Misappropriation, attached in public, redacted form as Exhibit C to

the application, and under seal in unredacted form as Exhibit F to the application; and

2. The Corrected Memorandum of Points and Authorities in Support of ViaSat's Motion to Exclude Expert Testimony, attached in public, redacted form as Exhibit E to the application, and under seal in unredacted form as Exhibit G to the application.

**IT IS SO ORDERED.**

Dated: June 25, 2018

Hon. Roger T. Benitez
United States District Judge