```
FITZGERALD KNAIER LLP
    Kenneth M. Fitzgerald, Esq. (SBN: 142505)
    kfitzgerald@fitzgeraldknaier.com
    David M. Beckwith, Esq. (SBN: 125130)
    dbeckwith@fitzgeraldknaier.com
    Keith M. Cochran, Esq. (SBN: 254346)
    kcochran@fitzgeraldknaier.com
402 West Broadway, Suite 1400
San Diego, California  92101
Tel:   (619) 241-4810
Fax:  (619) 955-5318


WARREN LEX LLP
    Matthew S. Warren, Esq. (SBN: 230565)
    16-463@cases.warrenlex.com
    Patrick M. Shields, Esq. (SBN: 204739)
    16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California  94114
Tel:   (415) 895-2940
Fax:  (415) 895-2964

Attorneys for Plaintiff and Counter Defendant
ViaSat, Inc.
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.**, *a Delaware corporation*,<br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.**, *a Delaware corporation*,<br><br>Defendant and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**Notice of Withdrawal of Plaintiff ViaSat, Inc.'s *Ex Parte* Application to Seal (Doc. No. 173)**<br><br>Dist. Judge:  Hon. Roger T. Benitez<br>Hon. Magistrate Jan M. Adler<br><br>Case Initiated: January 21, 2016 |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**
2  **RECORD:**

3      **PLEASE TAKE NOTICE** that plaintiff and counter-defendant, Viasat, Inc.
4  ("ViaSat") hereby withdraws its *Ex Parte* Application to Seal (Doc. No. 173),
5  including all accompanying exhibits.

6      Plaintiff filed the Application in order to seal portions of expert reports and
7  one documentary exhibit previously submitted with the parties' pending motions, in
8  conformance with the Court's order (Doc. No. 169) requiring a narrower, more
9  particularized request to seal as to those documents.  Accompanying ViaSat's
10 application were redacted versions of the documents which the Court previously
11 determined should not be sealed.  Defendant and counterclaimant Acacia
12 Communications, Inc. ("Acacia") then filed its own motion to seal (Doc. No. 174),
13 with its own redactions of those same documents, along with a request that all of the
14 documents under consideration be sealed pending the Court's ruling.  Acacia
15 informed Viasat that it objected to ViaSat's public filing of the documents with its
16 *Ex Parte* Application, and Acacia requested ViaSat to withdraw its Application so
17 that none of the documents remain in the public record pending the Court's
18 determination on whether to permit sealing of portions of the documents in
19 question.  ViaSat agreed to do so, and therefore respectfully requests the Court to
20 withdraw and remove from the record Doc. No. 173.

21     ViaSat will respond to Acacia's Motion To Seal (Doc. No. 174), and ViaSat
22 will offer its own redactions of the documents in question in the context of that
23 response.  The parties do not agree completely on what should or should not be
24 sealed, but it will be more efficient for the Court to consider their positions by ruling
25 on Acacia's motion, following submission of ViaSat's response.  In the interim,
26 ViaSat wishes to accommodate Acacia's request that the documents remain off the
27 public docket until these issues are fully resolved.
28

- 1 -      3:16-cv-00463-BEN-JMA
Notice of Withdrawal of ViaSat's *Ex Parte* Application to Seal

| | | |
|---|---|---|
| 1 | Dated: June 28, 2018 | FITZGERALD KNAIER LLP |
| 2 | | |
| 3 | | By: s/ *Kenneth M. Fitzgerald* |
| | | Kenneth M. Fitzgerald, Esq. |
| 4 | | David M. Beckwith, Esq. |
| 5 | | Keith M. Cochran, Esq. |
| 6 | | -and- |
| 7 | | WARREN LEX LLP |
| 8 | | Matthew S. Warren, Esq. |
| | | Patrick M. Shields, Esq. |
| 9 | | |
| 10 | | Attorneys for Plaintiff and Counter Defendant ViaSat, Inc. |

**CERTIFICATE OF SERVICE**

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users. I further certify that, to the extent they are not registered CM/ECF Users, I am causing the foregoing document to be served by electronic means via email upon counsel for Acacia Communications, Inc., per the agreement of counsel.

Dated:   June 28, 2018                     s/ *Kenneth M. Fitzgerald*
                                           Kenneth M. Fitzgerald, Esq.