WOLF, GREENFIELD & SACKS, P.C.
  Michael A. Albert (Admitted *Pro Hac Vice*)
  Mass. B.B.O No. 558566
  malbert@wolfgreenfield.com
  Hunter D. Keeton (Admitted *Pro Hac Vice*)
  Mass. B.B.O No. 660609
  hkeeton@wolfgreenfield.com
  Stuart V. C. Duncan Smith (Admitted *Pro Hac Vice*)
  Mass. B.B.O No. 687976
  sduncansmith@wolfgreenfield.com
600 Atlantic Avenue
Boston, Massachusetts, 02210
Tel: (617) 646-8000   Fax: (617) 646-8646

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
  Victor M. Felix (SBN: 179622)
  victor.felix@procopio.com
525 B Street, Suite 2200
San Diego, California, 92101
Tel: (619) 515-3229   Fax: (619) 744-5409

Attorneys for Defendant and Counter Claimant Acacia Communications, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.,**<br>*a Delaware corporation,*<br><br>          Plaintiff<br>          and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.,**<br>*a Delaware corporation,*<br><br>          Defendant<br>          and Counter Claimant. | Case No. 3:16-cv-00463-BEN-JMA<br><br>***EX PARTE* APPLICATION TO CONTINUE THE UPCOMING FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES**<br><br>Judge: Hon. Roger T. Benitez<br>Mag. Judge: Hon. Jan M. Adler<br><br>**NO ORAL ARGUMENT APPLICATION UNDER SUBMISSION** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counter Claimant Acacia Communications, Inc. ("Acacia") applies for an Order to continue the upcoming August 6, 2018 Final Pretrial Conference and related pretrial deadlines until after the resolution of the parties' seven pending and potentially dispositive motions for summary judgment and to strike and/or exclude expert opinion testimony. Continuing the Final Pretrial Conference and related pretrial deadlines would avoid unnecessarily consuming the Court's and the parties' resources while the motions are pending.

The Court scheduled the Final Pretrial Conference for less than a month from now, on August 6, 2018, at 10:30 AM.  (Dkt. No. 168).  Pursuant to the Court's order, a number of other pre-trial filings and submissions will be due over the course of next month, with deadlines falling on July 9, 16, 20, and 30.  (*Id.*).

Good cause exists for continuing the Final Pretrial Conference and these other pretrial deadlines.  As the Court is aware, the parties have seven pending motions, several of which are potentially dispositive.  (Dkt. Nos. 75, 83, 86, 89, 93, 95, 98).  The Court had previously consolidated the hearings on these motions into a single hearing date, set for April 30, 2018.  (Dkt. No. 152, 157).  The Court thereafter vacated the hearings.  (Dkt No. 160).  Resolving those motions may also resolve some or all of the issues in dispute in this case, and certainly would affect the parties' pretrial disclosures leading up to the Final Pretrial Conference.

It would be inefficient and impractical for the parties to prepare pretrial disclosures without knowing what issues (if any) remain for trial; and accordingly the Court's and the parties' pretrial efforts may be wasted, in whole or in part.  Hence, both the Court and the parties will benefit from continuing the Final Pretrial Conference and associated deadlines until after the Court resolves the pending motions.

1        Acacia therefore respectfully requests that the Court issue an amended

2   scheduling order in the proposed form emailed to chambers.  This *Ex Parte*

3   Application is based on the good cause set forth above, and all of the pleadings and

4   exhibits on file herein.

5

6   Date: July 9, 2018                                    Respectfully Submitted,

7
                                                          WOLF, GREENFIELD & SACKS, P.C.
8

9                                                         By: *s/Michael A. Albert*
                                                          _____
10                                                        Michael A. Albert
                                                          Hunter D. Keeton
11                                                        Stuart V. C. Duncan Smith

12                                                        Attorneys for Defendant and Counter
13                                                        Claimant Acacia Communications, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                 **LOCAL RULE 83.3(G) DECLARATION**

2         On July 9, 2018, I conferred with counsel for ViaSat, Inc., at which time I

3 provided notice of Acacia Communications, Inc.'s *Ex Parte* Application To Continue

4 The Upcoming Final Pretrial Conference and Related Deadlines.  I declare under

5 penalty of perjury that the foregoing is true and correct.

6

7 Date:  July 9, 2018                    *s/Michael A. Albert*

                                      Michael A. Albert

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users.  I further certify that, to the extent they are not registered CM/ECF Users, I am causing the foregoing document to be served by electronic means via email upon counsel for ViaSat, Inc., per the agreement of counsel.

Date:  July 9, 2018                              *s/Michael A. Albert*
                                                              Michael A. Albert