WOLF, GREENFIELD & SACKS, P.C.
  Michael A. Albert (Admitted *Pro Hac Vice*)
  Mass. B.B.O. No. 558566
  malbert@wolfgreenfield.com
  Hunter D. Keeton (Admitted *Pro Hac Vice*)
  Mass B.B.O. No. 660609
  hkeeton@wolfgreenfield.com
  Stuart V. C. Duncan Smith (Admitted *Pro Hac Vice*)
  Mass B.B.O. No. 687976
  sduncansmith@wolfgreenfield.com
600 Atlantic Avenue
Boston, Massachusetts, 02210
Tel: (617) 646-8000  Fax: (617) 646-8646

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
  Victor M. Felix (SBN: 179622)
  victor.felix@procopio.com
525 B Street, Suite 2200
San Diego, California, 92101
Tel: (619) 515-3229  Fax: (619) 744-5409

Attorneys for Defendant and Counter Claimant Acacia Communications, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.,** *a Delaware corporation,*<br><br>Plaintiff and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.,** *a Delaware corporation,*<br><br>Defendant and Counter Claimant. | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**ACACIA COMMUNICATIONS, INC.'S AMENDED PRETRIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(3)**<br><br>Judge: Hon. Roger T. Benitez<br>Mag. Judge: Hon. Jan M. Adler |

Under Federal Rule of Civil Procedure 26(a)(3) and the Court's Scheduling Order (Dkt No. 168), Defendant and Counter Claimant Acacia Communications, Inc. ("Acacia") provides the following pretrial disclosures.

In view of the Court's anticipated rulings on the parties' pending motions for summary judgment and other motions, and in view of the currently set Final Pretrial Conference date of August 6, 2018, Acacia respectfully requests leave to (and reserves the right to) serve and promptly file amended disclosures 30 days before trial. *See* Fed. R. Civ. P. 26(a)(3)(B). Acacia serves and files the present disclosures in compliance with the Court's current scheduling order (Dkt No. 168), although Acacia has requested that the Court continue the upcoming Final Pretrial Conference and related deadlines until after resolution of the parties' pending motions.

## I. FED. R. CIV. P. 26(a)(3)(A)(i) – IDENTIFICATION OF WITNESSES, OTHER THAN SOLELY FOR IMPEACHMENT

Acacia expects to present the following witnesses at trial:

| Name | Address and Telephone Number |
|---|---|
| Bhupendra Shah | Acacia Communications, Inc., 3 Mill and Main Place, Suite 400, Maynard, MA 01754, Tel: (978) 938-4896 |
| Gary Martin | Acacia Communications, Inc., 3 Mill and Main Place, Suite 400, Maynard, MA 01754, Tel: (978) 938-4896 |
| Christian Rasmussen | Acacia Communications, Inc., 3 Mill and Main Place, Suite 400, Maynard, MA 01754, Tel: (978) 938-4896 |
| Brent Bersin | Duff & Phelps, LLC, Heritage Plaza 1111 Bagby St., Houston, TX 77002, Tel: (713) 237 5331 |
| Alexander Vardy | University of California San Diego, 9500 Gilman Drive, La Jolla, CA 92093-0407, Tel: (619) 997-1715 |
| Richard Koralek | 35 Bayview Street, Belfast, Maine, 04915-6708, Tel: (207) 930-3552 |
| Paul Prucnal | Department of Electrical Engineering, Princeton University, Princeton, NJ 08544, Tel: (609) 258-5549 |

Acacia may call the following witnesses if the need arises:

| Name | Address and Telephone Number |
|---|---|
| Mehmet Aydinlik | Acacia Communications, Inc., 3 Mill and Main Place, Suite 400, Maynard, MA 01754, Tel: (978) 938-4896 |
| Pierre Humblet | Acacia Communications, Inc., 3 Mill and Main Place, Suite 400, Maynard, MA 01754, Tel: (978) 938-4896 |
| Benny Mikkelsen | Acacia Communications, Inc., 3 Mill and Main Place, Suite 400, Maynard, MA 01754, Tel: (978) 938-4896 |
| Peter Monsen | Acacia Communications, Inc., 3 Mill and Main Place, Suite 400, Maynard, MA 01754, Tel: (978) 938-4896 |
| Lawrence Pellach | Acacia Communications, Inc., 3 Mill and Main Place, Suite 400, Maynard, MA 01754, Tel: (978) 938-4896 |
| Graeme Pendock | Acacia Communications, Inc., 3 Mill and Main Place, Suite 400, Maynard, MA 01754, Tel: (978) 938-4896 |
| Murugesan Shanmugaraj | Acacia Communications, Inc., 3 Mill and Main Place, Suite 400, Maynard, MA 01754, Tel: (978) 938-4896 |

Acacia may also call the following witnesses if the need arises:

- Any witness listed by Plaintiff and Counter Defendant ViaSat, Inc. ("ViaSat") on its May 7, 2018 Rule 26(a)(3) Disclosures, or any subsequent disclosure of anticipated or potential witnesses from ViaSat.
- Any witness called by ViaSat.
- Any witness necessary to rebut or impeach any witness offered in this matter.
- Any witness endorsed by ViaSat for purposes of impeachment or cross-examination.
- Any witness necessary to lay foundation for or authenticate any exhibits.

II. **FED. R. CIV. P. 26(a)(3)(A)(ii) – TESTIMONY ACACIA EXPECTS TO PRESENT BY DEPOSITION, OTHER THAN SOLELY FOR IMPEACHMENT**

Attached as Exhibit A is the designation of those witnesses whose testimony Acacia expects to present by deposition, all of which were taken stenographically.

### III. FED. R. CIV. P. 26(a)(3)(A)(iii) – IDENTIFICATION OF DOCUMENTS AND EXHIBITS, OTHER THAN SOLELY FOR IMPEACHMENT

Attached as Exhibit B is an identification of each document or other exhibit, including summaries of other evidence, that Acacia expects to offer at trial and that Acacia may offer at trial if the need arises. Acacia also may offer at trial if the need arises any exhibit listed in ViaSat's May 7, 2018 Rule 26(a)(3)(A)(iii) Disclosures, any exhibit listed in any subsequent disclosure of exhibits from ViaSat, and any exhibit offered by ViaSat at trial. Acacia also may offer at trial if the need arises demonstrative exhibits with any witness it calls or cross-examines and for its opening and closing statements.

### IV. NO MEMORANDA OF CONTENTIONS OF FACT OR LAW REQUIRED

The Court has indicated that in jury trial cases such as this one, Memoranda of Contentions of Fact and Law are neither requested nor required. The Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings states that "[i]n jury trial cases before the Honorable Roger T. Benitez, neither party, unless otherwise ordered by the Court, is required to file Memoranda of Contentions of Fact and Law pursuant to Civil Local Rule 16.1(f)(2)." For that reason, Acacia does not file such a Memorandum today.

Date: July 9, 2018

Respectfully Submitted,

WOLF, GREENFIELD & SACKS, P.C.

By: *s/Michael A. Albert*
Michael A. Albert
Hunter D. Keeton
Stuart V. C. Duncan Smith

Attorneys for Defendant and Counter Claimant Acacia Communications, Inc.

## **CERTIFICATE OF SERVICE**

    I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users. I further certify that, to the extent they are not registered CM/ECF Users, I am causing the foregoing document to be served by electronic means via email upon counsel for ViaSat, Inc., per the agreement of counsel.

Date: July 9, 2018                                      *s/Michael A. Albert*
                                                                Michael A. Albert