FITZGERALD KNAIER LLP
   Kenneth M. Fitzgerald, Esq. (SBN: 142505)
   kfitzgerald@fitzgeraldknaier.com
   David M. Beckwith, Esq. (SBN: 125130)
   dbeckwith@fitzgeraldknaier.com
   Keith M. Cochran, Esq. (SBN: 254346)
   kcochran@fitzgeraldknaier.com
402 West Broadway, Suite 1400
San Diego, California  92101
Tel:  (619) 241-4810
Fax:  (619) 955-5318

WARREN LEX LLP
   Matthew S. Warren, Esq. (SBN: 230565)
   16-463@cases.warrenlex.com
   Patrick M. Shields, Esq. (SBN: 204739)
   16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California  94114
Tel:  (415) 895-2940
Fax:  (415) 895-2964

Attorneys for Plaintiff and Counter Defendant, Viasat, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Viasat, Inc.**, *a Delaware corporation*,<br><br>               Plaintiff and Counter Defendant,<br><br>   v.<br><br>**Acacia Communications, Inc.**, *a Delaware corporation*,<br><br>               Defendant and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**Opposition of Plaintiff and Counter-Defendant Viasat, Inc. to Ex Parte Application to Continue Final Pretrial Conference and Related Deadlines**<br><br>Dist. Judge:  Hon. Roger T. Benitez<br>Hon. Magistrate Jan M. Adler<br><br>Case Initiated:  January 21, 2016 |

1    Plaintiff and Counter-Defendant Viasat, Inc. ("Viasat") hereby opposes the *Ex Parte* Application To Continue Final Pretrial Conference and Related Deadlines of Defendant and Counter-Claimant Acacia Communications, Inc. ("Acacia"), Docket No. 181.

Acacia has failed to show good cause for delaying the Final Pretrial Conference and related deadlines. This case has been pending since January 21, 2016, and is now ready for trial. The parties have already exchanged pretrial disclosures not once, but twice. Docket Nos. 163, 167, 182, 183. When the Court granted Acacia's last *ex parte* application seeking to delay this matter, Docket No. 161, the Court noted that "No further continuances will be granted without good cause." Docket No. 168. While Acacia argues that resolution of various pending motions may affect the parties' pretrial preparations, that alone is not good cause for further delay.

Viasat therefore respectfully requests that the Court deny Acacia's *Ex Parte* Application to Continue the Upcoming Final Pretrial Conference and Related Deadlines. If the Court does grant Acacia's *Ex Parte* Application, Viasat requests that the Court hold a case management conference on or before August 6, the current date of the Final Pretrial Conference, to discuss the timing and logistics of what Viasat expects to be at least a three-week jury trial.

Dated:  July 10, 2018                     Respectfully Submitted,

|                                    |                                       |
|------------------------------------|---------------------------------------|
|                                    | s/ *Kenneth M. Fitzgerald*            |
| Matthew S. Warren                  | Kenneth M. Fitzgerald                 |
| Patrick M. Shields                 | David Beckwith                        |
| Erika H. Warren                    | Keith M. Cochran                      |
| WARREN LEX LLP                     | FITZGERALD KNAIER LLP                 |
| 2261 Market Street, No. 606        | 402 West Broadway, Suite 1400         |
| San Francisco, California, 94114   | San Diego, California, 92101          |

*Attorneys for Plaintiff and Counter-Defendant Viasat, Inc.*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2   I certify that today I am causing to be served the foregoing document by
3   CM/ECF notice of electronic filing upon the parties and counsel registered as
4   CM/ECF Users.  I further certify that, to the extent they are not registered
5   CM/ECF Users, I am causing the foregoing document to be served by electronic
6   means via email upon counsel for Acacia Communications, Inc., per the agreement
7   of counsel.

8

9   Dated:   July 10, 2018                                    s/ *Kenneth M. Fitzgerald*
10                                                              Kenneth M. Fitzgerald, Esq.