WOLF, GREENFIELD & SACKS, P.C.
  Michael A. Albert (Admitted *Pro Hac Vice*)
  Mass. B.B.O. No. 558566
  malbert@wolfgreenfield.com
  Hunter D. Keeton (Admitted *Pro Hac Vice*)
  Mass B.B.O. No. 660609
  hkeeton@wolfgreenfield.com
  Stuart V. C. Duncan Smith (Admitted *Pro Hac Vice*)
  Mass B.B.O. No. 687976
  sduncansmith@wolfgreenfield.com
600 Atlantic Avenue
Boston, Massachusetts, 02210
Tel: (617) 646-8000  Fax: (617) 646-8646

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
  Victor M. Felix (SBN: 179622)
  victor.felix@procopio.com
525 B Street, Suite 2200
San Diego, California, 92101
Tel: (619) 515-3229  Fax: (619) 744-5409

Attorneys for Defendant and Counter Claimant Acacia Communications, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ViaSat, Inc.,**<br>*a Delaware corporation,*<br><br>        Plaintiff<br>        and Counter Defendant,<br><br>v.<br><br>**Acacia Communications, Inc.,**<br>*a Delaware corporation*<br><br>        Defendant<br>        and Counter Claimant. | Case No.: 3:16-cv-00463-BEN-JMA<br><br>**ACACIA COMMUNICATIONS, INC.'S OPPOSITION TO VIASAT, INC.'S *EX PARTE* APPLICATION FOR CLARIFICATION OR IN THE ALTERNATIVE RECONSIDERATION RE: SEALING OF DOCUMENTS**<br><br>Judge: Hon. Roger T. Benitez<br>Mag. Judge: Hon. Jan M. Adler |

Acacia Communications, Inc.'s Opposition to Viasat, Inc.'s                Case No. 3:16-CV-00463-BEN-JMA
*Ex Parte* Application for Clarification or in the Alternative
Reconsideration Re: Sealing of Documents

1    Viasat, Inc.'s ("Viasat") latest *ex parte* application (Dkt. No. 189) is its *fourth* attempt to seal these documents: (1) Viasat's original motions to seal filed with its summary judgment and *Daubert* motion briefing; (2) its earlier, now-stricken *ex parte* application (Dkt. No. 173); (3) Viasat's cross-motion to seal (Dkt. No. 179); and now (4) this *ex parte* application.  Viasat's prior attempts did not adequately justify sealing the documents, and Viasat presents no compelling basis to change the prior rulings.

Viasat seeks "clarification" of the Court's order (Dkt. No. 186), but the order was clear: Viasat had not adequately justified its proposed redactions.  No clarification is required.  Nor did the Court "overlook" Viasat arguments or commit "clear error."  Dkt. No. 189 at 4.  The Court made clear that it considered the thousands of pages that Viasat submitted (Dkt. No. 186 at 2), and properly rejected Viasat's inadequate argument for redaction (*see* Dkt. No. 185 at 2-3).

Motions for reconsideration are "disfavored" and "should not be granted, absent highly unusual circumstances." *Buchholtz v. Rogers Benefit Grp., Inc.*, No. 12-CV-2167-BEN (DHB), 2013 WL 12108111, at *2 (S.D. Cal. May 8, 2013) ("Motions for reconsideration are not designed merely to provide a dissatisfied litigant with additional opportunity to sway the Court." (citation omitted)).  Viasat's arguments do not meet this stringent standard.  Its latest *ex parte* application should be denied.

Date:  July 31, 2018                         Respectfully Submitted,

WOLF, GREENFIELD & SACKS, P.C.

By: *s/* Michael A. Albert
Michael A. Albert
Hunter D. Keeton
Stuart V. C. Duncan Smith
*Attorneys for Defendant and Counter Claimant Acacia Communications, Inc.*

Acacia Communications, Inc.'s Opposition to Viasat, Inc.'s
*Ex Parte* Application for Clarification or in the Alternative
Reconsideration Re: Sealing of Documents

Case No. 3:16-CV-00463-BEN-JMA

1

## CERTIFICATE OF SERVICE

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users.  I further certify that I am causing the foregoing document to be served by electronic means via email upon counsel for Viasat, Inc., to the extent they are not registered CM/ECF Users, per the agreement of counsel.

Date:  July 31, 2018               *s/ Michael A. Albert*
                                   Michael A. Albert

Acacia Communications, Inc.'s Opposition to Viasat, Inc.'s *Ex Parte* Application for Clarification or in the Alternative Reconsideration Re: Sealing of Documents

Case No. 3:16-CV-00463-BEN-JMA

2