1

WOLF, GREENFIELD & SACKS, P.C.
  Michael A. Albert (Admitted *Pro Hac Vice*)

2
  Mass. B.B.O No. 558566

3
  malbert@wolfgreenfield.com
  Hunter D. Keeton (Admitted *Pro Hac Vice*)

4
  Mass. B.B.O No. 660609

5
  hkeeton@wolfgreenfield.com
  Stuart V. C. Duncan Smith (Admitted *Pro Hac Vice*)

6
  Mass. B.B.O No. 687976

7
  sduncansmith@wolfgreenfield.com

8
600 Atlantic Avenue
Boston, Massachusetts, 02210

9
Tel: (617) 646-8000   Fax: (617) 646-8646

10
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
  Victor M. Felix (SBN: 179622)

11
  victor.felix@procopio.com

12
525 B Street, Suite 2200
San Diego, California, 92101

13
Tel: (619) 515-3229   Fax: (619) 744-5409

14
Attorneys for Defendant and Counter Claimant Acacia Communications, Inc.

15
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

16

17
**ViaSat, Inc.,**
*a Delaware corporation,*

18

19
        Plaintiff
        and Counter Defendant,

20
v.

21
**Acacia Communications, Inc.,**

22
*a Delaware corporation,*

23
        Defendant

24
        and Counter Claimant.

Case No. 3:16-cv-00463-BEN-JMA

***EX PARTE* APPLICATION TO CONTINUE THE UPCOMING FINAL PRETRIAL CONFERENCE**

Judge: Hon. Roger T. Benitez
Mag. Judge: Hon. Jan M. Adler

**NO ORAL ARGUMENT APPLICATION UNDER SUBMISSION**

25

26

27

28

*Ex Parte* Application To Continue          Case No. 3:16-CV-00463-BEN-JMA
The Upcoming Final Pretrial Conference

1          TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2          PLEASE TAKE NOTICE that Defendant and Counter Claimant Acacia

3     Communications, Inc. ("Acacia") applies for an Order to continue the upcoming

4     September 4, 2018 Final Pretrial Conference until after the resolution of the parties'

5     seven pending and potentially dispositive motions for summary judgment and to strike

6     and/or exclude expert opinion testimony.  Continuing the Final Pretrial Conference

7     would avoid unnecessarily consuming the Court's and the parties' resources while the

8     motions are pending.

9          The Court has scheduled the Final Pretrial Conference for about a week from

10    now on September 4, 2018, at 10:30 AM.  (Dkt. No. 192).  As the Court is aware, the

11    parties have seven pending motions, several of which are potentially dispositive.  (Dkt.

12    Nos. 75, 83, 86, 89, 93, 95, 98).  The Court had previously consolidated the hearings

13    on these motions into a single hearing date, set for April 30, 2018.  (Dkt. No. 152,

14    157).  The Court thereafter vacated the hearings.  (Dkt No. 160).  Resolving those

15    motions may also resolve some or all of the issues in dispute in this case.

16         Good cause exists for continuing the Final Pretrial Conference.  It would be

17    inefficient and impractical for the parties to prepare for and attend the Pretrial

18    Conference – including cross-country travel by several attorneys – without knowing

19    what issues (if any) remain for trial; accordingly, the Court's and the parties' efforts

20    may be wasted, in whole or in part.  Hence, both the Court and the parties will benefit

21    from continuing the Final Pretrial Conference until after the Court resolves the

22    pending motions.

23         Acacia therefore respectfully requests that the Court issue an amended

24    scheduling order in the proposed form emailed to chambers.  This *Ex Parte*

25    Application is based on the good cause set forth above, and all of the pleadings and

26    exhibits on file.

27

28

*Ex Parte* Application To Continue                          Case No. 3:16-CV-00463-BEN-JMA
The Upcoming Final Pretrial Conference                                              1

1

2    Date: August 28, 2018                    Respectfully Submitted,

3                                             WOLF, GREENFIELD & SACKS, P.C.

4                                             By: *s/Michael A. Albert*
5                                             Michael A. Albert
                                              Hunter D. Keeton
6                                             Stuart V. C. Duncan Smith

7
                                              Attorneys for Defendant and Counter
8                                             Claimant Acacia Communications, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*Ex Parte* Application To Continue                    Case No. 3:16-CV-00463-BEN-JMA
The Upcoming Final Pretrial Conference                                          2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>LOCAL RULE 83.3(G) DECLARATION</u>

On August 27, 2018, I conferred with counsel for Viasat, Inc., at which time I provided notice of Acacia Communications, Inc.'s *Ex Parte* Application To Continue The Upcoming Final Pretrial Conference.  I declare under penalty of perjury that the foregoing is true and correct.

Date:  August 28, 2018

*s/Michael A. Albert*
Michael A. Albert

*Ex Parte* Application To Continue
The Upcoming Final Pretrial Conference

Case No. 3:16-CV-00463-BEN-JMA

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **CERTIFICATE OF SERVICE**

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users.  I further certify that, to the extent they are not registered CM/ECF Users, I am causing the foregoing document to be served by electronic means via email upon counsel for Viasat, Inc., per the agreement of counsel.

Date:  August 28, 2018                    *s/Michael A. Albert*
                                            Michael A. Albert