FITZGERALD KNAIER LLP
   Kenneth M. Fitzgerald, Esq. (SBN: 142505)
   kfitzgerald@fitzgeraldknaier.com
   David M. Beckwith, Esq. (SBN: 125130)
   dbeckwith@fitzgeraldknaier.com
   Keith M. Cochran, Esq. (SBN: 254346)
   kcochran@fitzgeraldknaier.com
402 West Broadway, Suite 1400
San Diego, California 92101
Tel: (619) 241-4810
Fax: (619) 955-5318

WARREN LEX LLP
   Matthew S. Warren, Esq. (SBN: 230565)
   16-463@cases.warrenlex.com
   Patrick M. Shields, Esq. (SBN: 204739)
   16-463@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California 94114
Tel: (415) 895-2940
Fax: (415) 895-2964

Attorneys for Plaintiff and Counter Defendant Viasat, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Viasat, Inc.,** *a Delaware corporation*, <br><br> Plaintiff and Counter Defendant, <br><br> v. <br><br> **Acacia Communications, Inc.,** *a Delaware corporation*, <br><br> Defendant and Counter Claimant, | Case No.: 3:16-cv-00463-BEN-JMA <br><br> **Plaintiff Viasat, Inc.'s Notice of Party with Financial Interest** <br><br> Dist. Judge: Hon. Roger T. Benitez <br> Hon. Magistrate Jan M. Adler <br><br> Case Initiated: January 21, 2016 |

1  Please take notice that Plaintiff and Counter-Defendant, Viasat, Inc.
2  ("Viasat"), pursuant to Federal Rule of Civil Procedure 7.1 (and Local Civil Rule
3  40.2), makes the following disclosure:
4      1.    Viasat does not have a parent corporation.
5      2.    Blackrock, Inc., a publicly held corporation, currently owns more than
6  10% of the outstanding shares of Viasat's stock.

8  Dated: August 30, 2018                                FITZGERALD KNAIER LLP

By: s/ *Kenneth M. Fitzgerald*
    Kenneth M. Fitzgerald, Esq.
    David M. Beckwith, Esq.
    Keith M. Cochran, Esq.

    -and-

    WARREN LEX LLP
    Matthew S. Warren, Esq.
    Patrick M. Shields, Esq.

    Attorneys for Plaintiff and Counter Defendant Viasat, Inc.

## CERTIFICATE OF SERVICE

I certify that today I am causing to be served the foregoing document by CM/ECF notice of electronic filing upon the parties and counsel registered as CM/ECF Users. I further certify that, to the extent they are not registered CM/ECF Users, I am causing the foregoing document to be served by electronic means via email upon counsel for Acacia Communications, Inc., per the agreement of counsel.

Dated: August 30, 2018

s/ *Kenneth M. Fitzgerald*
Kenneth M. Fitzgerald, Esq.